**Plug Power Inc. (PLUG)**                                                                                   **Ete Adote**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/14/2023 | 250 | $11.0993 |
| Purchase | 7/14/2023 | 500 | $12.9100 |
| Purchase | 7/25/2023 | 1,000 | $12.1700 |
| Purchase | 8/2/2023 | 1,000 | $11.4495 |