**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>            Defendants. | Case No. 1:24-cv-00406 (MAD/DJS) |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>            Defendants. | Case No. 1:24-cv-00598 (MAD/DJS) |

**NOTICE OF LIBREX GROUP SAL'S MOTION FOR:**
**(1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD**
**PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Librex Group SAL ("Librex") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (1) consolidating the above-captioned, related actions; (2) appointing Librex as Lead Plaintiff in the above-captioned actions; and (3) approving Librex's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.[1]

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of James M. Wilson, Jr. and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, Librex respectfully requests that the Court: (1) consolidate the above-captioned, related actions; (2) appoint Librex as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  May 21, 2024                           Respectfully submitted,


                                               **FARUQI & FARUQI, LLP**

                                               By:    /s/ James M. Wilson, Jr.
                                                      James M. Wilson, Jr. (# 700194)

                                               James M. Wilson, Jr.
                                               685 Third Avenue, 26th Floor
                                               New York, NY 10017
                                               Telephone: 212-983-9330
                                               Facsimile: 212-983-9331
                                               Email:  jwilson@faruqilaw.com

---

[1]     Local Rule 7.1(a)(2) requires that counsel confer prior to the filing of non-dispositive motions. Due to the PSLRA's lead plaintiff procedure, however, Librex will not know which other class members may move for appointment as Lead Plaintiff until after all the movants have filed their respective motions. Under these circumstances, Librex respectfully requests that the conferral requirement under Local Rule 7.1(a)(2) be waived.

2

*Attorneys for [Proposed] Lead Plaintiff Librex
Group SAL and [Proposed] Lead Counsel for the
putative Class*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on May 21, 2024 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By:    */s/ James M. Wilson, Jr.*
James M. Wilson, Jr.