# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No. 1:24-cv-00406 (MAD/DJS) |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No. 1:24-cv-00598 (MAD/DJS) |

**DECLARATION OF JAMES M. WILSON, JR. IN SUPPORT OF LIBREX GROUP SAL'S MOTION FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

I, James M. Wilson, Jr., declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court. I am a partner in the law firm of Faruqi & Faruqi, LLP. I submit this declaration in support of the motion filed by Librex Group SAL ("Librex"), for: (1) consolidation of the above-captioned, related actions; (2) appointment of Librex as Lead Plaintiff; and (3) approval of Librex's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class. I have personal knowledge of the facts set forth herein and would testify thereto if called.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

Exhibit A:      First Notice of Pendency of a Class Action

Exhibit B:      Librex's PSLRA Certification

Exhibit C:      Chart setting forth Librex's financial interest in this litigation

Exhibit D:      Declaration of Salim Bechalani, Chairman & President of Librex

Exhibit E:      Firm Resume of Faruqi & Faruqi, LLP

Exhibit F:      Women's Business Enterprise National Council Certificate

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of May 2024 in New York, NY.

*/s/ James M. Wilson, Jr.*_____
James M. Wilson, Jr. (# 700194)

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed on May 21, 2024 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By:    */s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

2