# EXHIBIT A

**Source:** *Pomerantz LLP*

*March 22, 2024 19:37 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action Against Plug Power Inc. and Certain Officers – PLUG

NEW YORK, March 22, 2024 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Plug Power Inc. ("Plug" or the "Company") (NASDAQ: PLUG) and certain officers.   The class action, filed in the United States District Court for the Northern District of New York, and docketed under 24-cv-xxxxx, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Plug securities between May 9, 2023 and January 16, 2024, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Plug securities during the Class Period, you have until May 21, 2024 to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Danielle Peyton at newaction@pomlaw.com or 646-581-9980 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Plug provides hydrogen fuel cell turnkey solutions for the electric mobility and stationary power markets in North America and Europe, focusing on proton exchange membrane fuel cell and fuel processing technologies, fuel cell-battery hybrid technologies, and related hydrogen storage and dispensing infrastructure.  Plug offers its products to retail-distribution and manufacturing businesses through a direct product sales force, original equipment manufacturers, and dealer networks.

Integral to Plug's business are the green hydrogen production plants that the Company operates in multiple locations throughout the U.S. and Europe.  These plants are at various stages of development, from operational to under construction.  Plug's strategy to maintain growth and profitability involves expanding production capabilities at the Company's already completed green hydrogen plants while finishing construction of new plants.  The Company has struggled to execute these hydrogen plant build-out and construction efforts on budget and on time and, as a result, is frequently tasked with identifying additional sources of capital to fund its operations.

Despite the foregoing issues, Defendants assured investors throughout the Class Period that Plug was on a clear path to long-term growth and profitability, that the build-out and construction of its green hydrogen production plants remained "on track", and that the Company had identified multiple opportunities to continue to fund its operations.  Relatedly, Defendants assured investors that Plug had enacted a diversification strategy to mitigate the potential negative impacts that, *inter alia*, supply chain constraints and material shortages could have or were having on the Company's business.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Plug overstated its ability and/or efforts to mitigate the negative impacts that, *inter alia*, supply chain constraints and material shortages could have or were having on the Company's hydrogen business, as well as the sufficiency of its cash and capital to fund its operations; (ii) Plug continued to experience delays related to its green hydrogen production facility build-out plans, as well as in securing external funding sources to finance its growth plans; (iii) Plug downplayed the true scope and severity of all the foregoing when these issues were eventually revealed; (iv) as a result of all the foregoing, Plug also overstated the near-term prospects of its hydrogen production operations, as

well as the viability of expanding those operations; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On November 9, 2023, Plug announced its third quarter 2023 results, including third quarter GAAP earnings-per-share of -$0.47, missing consensus estimates by $0.16, and third quarter revenue of $198.71 million, missing consensus estimates by $23.02 million.  In discussing these results, Plug disclosed that its "2023 overall financial performance has been negatively impacted by unprecedented supply challenges in the hydrogen network in North America", including, *inter alia*, "severe hydrogen shortages", prompting multiple analyst downgrades.

On this news, Plug's stock price fell $2.40 per share, or **40.47%**, to close at $3.53 per share on November 10, 2023.

On November 16, 2023, Citi downgraded Plug's stock from a "Buy" to a "Neutral" rating, as well as slashed its price target on the stock from $12.50 to $5.00, noting, among other things, that Plug management's "subpar execution has led the company into liquidity challenges" and, accordingly, Plug will require $500 million of cash over the next six months.

On this news, Plug's stock price fell $0.17 per share, or 3.91%, to close at $4.18 per share on November 16, 2023.

On December 6, 2023, Morgan Stanley downgraded Plug's stock from an "Equal Weight" to an "Underweight" rating, as well as slashed its price target on the stock from $3.50 to $3.00, citing liquidity concerns and worsening hydrogen economics.

On this news, Plug's stock price fell $0.25 per share, or 5.9%, to close at $3.99 per share on December 6, 2023.

On January 11, 2024, Susquehanna downgraded Plug's stock from a "Positive" to a "Neutral" rating, as well as cut its price target on the stock from $5.50 to $4.00, citing "delays related to both PLUG's green hydrogen production facility build-out and securing external funding sources to finance its growth plans[.]"

On this news, Plug's stock price fell $0.32 per share, or 7.92%, to close at $3.72 per share on January 11, 2024.

On January 16, 2024, Plug announced that it would provide its annual business update on January 23, 2024.

Then, on January 17, 2024, *Seeking Alpha* reported that "the market appears to have reset expectations ahead of [Plug]'s planned January 23 business update with CEO Andy Marsh and CFO Paul Middleton."  For example, *Seeking Alpha* noted that "Morgan Stanley analyst Andrew Percoco maintained his Underweight rating and $3 price target, anticipating downside to Plug's (PLUG) $2.1B revenue and 25% gross margin guidance for FY 2024 announced during its Q4 earnings call"; that "[t]he analyst thinks further delays at Plug's (PLUG) green hydrogen production facility in Georgia could be announced, which would add to pressure on the growth and profitability profile of the company's green hydrogen business model"; and that "Percoco also pointed to an increasing probability that Plug (PLUG) will need to raise $1B-$1.5B of equity and equity-like capital to fund its highly capital intensive business to provide itself runway to improve its margin and cash flow profile, which is not fully baked into the current share price."

On this news, Plug's stock price fell $0.30 per share, or 9.87%, to close at $2.74 per share on January 17, 2024.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered billions of dollars in damages awards on behalf of class members. See www.pomlaw.com.

Attorney advertising.  Prior results do not guarantee similar outcomes.

**CONTACT:**
Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com
646-581-9980 ext. 7980

**CONTACT:**
Danielle Peyton
Pomerantz LLP
dpeyton@pomlaw.com
646-581-9980 ext. 7980