# EXHIBIT C

**Plug Power Inc.**
**Class Period: March 1, 2023 and January 16, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Name | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Net Shares Retained | Net Funds Expended | 90-Days* Mean Price $3.5581 Estimated Value | Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | |
| **Librex Group SAL Account Totals** | | **(16,000)** | | **($97,852.99)** | | **2,000** | | **$20,740.00** | **(14,000)** | **($77,112.99)** | **($29,037.09)** | **($27,300.09)** |
| **Librex Group SAL** | | | | | | | | | | | | |
| | 3/29/2023 | (1,000) | $10.4795 | ($10,479.50) | | | | | | | | |
| | 4/14/2023 | (500) | $9.1800 | ($4,590.00) | | | | | | | | |
| | 5/17/2023 | (500) | $7.8670 | ($3,933.50) | | | | | | | | |
| | | | | | 6/16/2023 | 2,000 | $10.3700 | $20,740.00 | | | | $1,737.00 |
| | 9/6/2023 | (1,000) | $8.5100 | ($8,510.00) | | | | | | | | |
| | 9/8/2023 | (1,000) | $7.9200 | ($7,920.00) | | | | | | | | |
| | 9/26/2023 | (1,000) | $7.5650 | ($7,565.00) | | | | | | | | |
| | 10/2/2023 | (1,000) | $7.0050 | ($7,005.00) | | | | | | | | |
| | 10/4/2023 | (1,000) | $6.4950 | ($6,495.00) | | | | | | | | |
| | 10/9/2023 | (1,000) | $6.3200 | ($6,320.00) | | | | | | | | |
| | 11/1/2023 | (1,000) | $5.6000 | ($5,600.00) | | | | | | | | |
| | 11/10/2023 | (1,000) | $3.8270 | ($3,827.00) | | | | | | | | |
| | 11/10/2023 | (2,000) | $4.1190 | ($8,237.99) | | | | | | | | |
| | 11/15/2023 | (2,000) | $4.3000 | ($8,600.00) | | | | | | | | |
| | 11/15/2023 | (2,000) | $4.3850 | ($8,770.00) | | | | | | | | |

*Avg Closing Prices from January 17, 2024 through April 15, 2024