# EXHIBIT D

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No. 1:24-cv-00406 (MAD/DJS) |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No. 1:24-cv-00598 (MAD/DJS) |

**DECLARATION OF SALIM BECHALANI, CHAIRMAN & PRESIDENT OF MOVANT LIBREX GROUP SAL, IN SUPPORT OF MOVANT'S FOR: (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

I, Salim Bechalani, as owner on behalf of Librex Group SAL ("Movant" or "Librex"), pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.      I respectfully submit this Declaration in Support of Librex's Motion for: (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel in the instant class action on behalf of investors in Plug Power Inc. ("Plug" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA.

2.      I have dual citizenship in Canada and Lebanon I currently reside in Lebanon.

3.      I am the owner of Librex, which provides distribution and marketing services.

4.      I have been investing in the stock market for over 20 years and manage my own investments. The investment transactions in Plug securities that are the subject of this lawsuit were made by Librex under my control and direction.

5.      I believe the securities class action against defendants Plug, Andrew Marsh and Paul B. Middleton is meritorious and should be led by an investor who is committed to maximizing the recovery on behalf of the class.  I traded in Plug securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover my losses for my benefit and the benefit of all members of the Class. It is for this reason that I decided to seek appointment as Lead Plaintiff in the action.  I understand the responsibilities and duties of being Lead Plaintiff, including my fiduciary duties to the class.

6.      I understand and appreciate a Lead Plaintiff's obligation under the PSLRA to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted

1

efficiently.  I have fulfilled the initial part of this responsibility by selecting and retaining counsel with a proven history of handling this type of complex litigation.  In this case, I have selected Faruqi & Faruqi, LLP (the "Faruqi Firm") to serve as lead counsel. Based on the firm's experience in achieving substantial recoveries in securities class actions, I believe the Faruqi Firm is well qualified to represent the class. As part of my due diligence process, prior to our selection of the Faruqi Firm, we assessed the firm's qualifications and communicated with partner James (Josh) Wilson.

7.      I will also, to the best of my ability, fulfill my fiduciary obligation to monitor the actions of counsel to ensure the action is prosecuted zealously and efficiently.  I have directed the Faruqi Firm to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the class. I will continue to supervise lead counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

8.      I understand that a Lead Plaintiff's share of any recovery is the same as every other potential class member. As my certificate states, I will not accept any payment for serving as a representative party beyond my *pro rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the PSLRA.

I, Salim Bechalani, declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2024

*SALIM BECHALANI*
SALIM BECHALANI (May 21, 2024 21:36 GMT+3)
Salim Bechalani

2