## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00406-MAD-DJS |
| Plaintiff, | |
| v. | |
| PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON, | |
| Defendants. | |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-00598-MAD-DJS |
| Plaintiff, | |
| v. | |
| PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON, | |
| Defendants. | |

**DECLARATION OF BRIAN P. MURRAY IN SUPPORT OF FERNANDO GONZALEZ PENAS'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, Brian P. Murray, hereby declare as follows:

1.      I am a Partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Fernando Gonzalez Penas and proposed Co-Lead Counsel for the class in the above-captioned actions. I make this declaration in support of Fernando Gonzalez Penas's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published March 25, 2024 on *Accesswire*, announcing the pendency of the first-filed securities class action against the Defendants herein;

Exhibit B:    Penas's Signed PSLRA Certification;

Exhibit C:    Analysis of Penas's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:    Firm Resume of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed May 21, 2024.

*/s/ Brian P. Murray*
Brian P. Murray

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 21, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 21, 2024, at New York, New York.

/s/ Brian P. Murray
Brian P. Murray