# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Plug Power Inc.
**Ticker:** PLUG
**Class Period:** 03/01/2023 - 01/16/2024
**Name:** Fernando Gonzalez Penas

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/9/2023 | 6,400 | $8.0200 | -$51,328.0000 | | $0.0000 | -$51,328.00 |
| 7/17/2023 | 3,000 | $12.8500 | -$38,550.0000 | | $0.0000 | -$38,550.00 |
| 8/10/2023 | 4,800 | $9.2900 | -$44,592.0000 | | $0.0000 | -$44,592.00 |
| 11/10/2023 | 14,630 | $3.6800 | -$53,838.4000 | | $0.0000 | -$53,838.40 |

| **Shares Retained:** | **28,830** | | | | **Subtotal:** | **-$188,308.40** |
|---|---|---|---|---|---|---|
| | | **90-Day Average Price** | **Shares Retained** | | **90-Day Average:** | $102,579.00 |
| | | $3.5581 | 28,830 | | **Total:** | **-$85,729.40** |

<u>Notes</u>
The 90-Day Average Price used in this loss chart is the average closing price between January 17, 2024 and April 15, 2024.