**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON, <br><br> Defendants. | Case No.: 1:24-CV-406 (MAD/DJS) <br><br> Hon. Mae A. D'Agostino |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON, <br><br> Defendants. | Case No.: 1:24-cv-598 (MAD/DJS) <br><br> Hon. Mae A. D'Agostino |

**NOTICE OF MOTION OF SCOTT KEENAN AND JOSE MARTINEZ FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Scott Keenan and Jose Martinez ("Movants") respectfully move this Court for an order: (1) consolidating the above-captioned actions (the "Actions"), (2) appointing Movants as Co-Lead Plaintiffs pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (3) approving Movants' selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movants seek consolidation of the Actions, appointment as co-lead plaintiffs, and approval of their choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Gregory M. Nespole in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

### COMPLIANCE WITH CIVIL LOCAL RULE 7.1(a)(2)

Movants are cognizant of Local Rule 7.1(a)(2), which provides that prior to making any non-dispositive motion assigned to the Magistrate Judge, the parties make good faith efforts to resolve or reduce all differences and, if the parties are unable to resolve all differences, then request a court conference with the assigned Magistrate Judge. This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movants' counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movants has been unable to confer with opposing counsel as prescribed in Local Rule 7.1(a)(2), and respectfully requests that the requirements of Local Rule 7.1(a)(2) be waived for this motion.

*[Signature on following page]*

Dated: May 21, 2024

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ Gregory M. Nespole
Gregory M. Nespole
(Bar Roll Number: 520397)
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com
Email: aapton@zlk.com

*Lead Counsel for Scott Keenan and Jose Martinez
and [Proposed] Lead Counsel for the Class*

3