**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON, <br><br> Defendants. | Case No.: 1:24-CV-406 (MAD/DJS) <br><br> Hon. Mae A. D'Agostino |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON, <br><br> Defendants. | Case No.: 1:24-cv-598 (MAD/DJS) <br><br> Hon. Mae A. D'Agostino |

**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF SCOTT KEENAN AND JOSE MARTINEZ'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Gregory M. Nespole, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Scott Keenan and Jose Martinez ("Movants") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' motion for consolidation of the above-captioned actions (the "Actions"), appointment as Co-Lead Plaintiffs, and approval of their selection of Levi & Korsinsky as Lead Counsel for the

Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certifications signed by Movants attesting to their transactions of Plug Power Inc. ("Plug" or the "Company") securities;

**Exhibit B**:    Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Plug securities;

**Exhibit C**:    Press Release published March 22, 2024, on *Globe Newswire,* announcing the pendency of the first-filed securities class action against defendants herein: *Adote v. Plug Power Inc., et. al.,* Case No. 1:24-CV-406 (MAD/DJS);

**Exhibit D**:    Joint Declaration signed by Movants; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: May 21, 2024                          Respectfully Submitted,

                                             **LEVI & KORSINSKY, LLP**

                                             By: */s/ Gregory M. Nespole*
                                             Gregory M. Nespole
                                             (Bar Roll Number: 520397)
                                             Adam M. Apton (*pro hac vice* forthcoming)
                                             33 Whitehall Street, 17th Floor
                                             New York, NY 10004
                                             Tel: (212) 363-7500
                                             Fax: (212) 363-7171
                                             Email: gnespole@zlk.com
                                             Email: aapton@zlk.com

                                             *Lead Counsel for Scott Keenan and Jose Martinez*
                                             *and [Proposed] Lead Counsel for the Class*