# EXHIBIT A

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Jose Martinez, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Plug Power Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this:

Date: 5-15-24

Name: Jose Martinez

Signature:

| Case Name | Plug Power Inc. |
| Ticker | PLUG |
| Class Period | 03-01-2023 to 01-16-2024 |

**Client Name**

Jose Martinez

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-29-2023 | S | -13400 | $ 11.0201 |
| 08-01-2023 | P | 10000 | $ 12.7100 |
| 08-03-2023 | P | 10000 | $ 11.8600 |
| 08-10-2023 | P | 9600 | $ 09.3800 |
| 08-10-2023 | P | 400 | $ 09.3750 |
| 08-17-2023 | P | 9298 | $ 08.6490 |
| 08-17-2023 | P | 702 | $ 08.6450 |
| 08-18-2023 | P | 10000 | $ 08.4900 |
| 08-18-2023 | P | 10000 | $ 08.6450 |
| 11-10-2023 | P | 17913 | $ 03.6900 |
| 11-10-2023 | P | 2487 | $ 03.6899 |
| 11-10-2023 | P | 6300 | $ 03.6890 |
| 11-10-2023 | P | 300 | $ 03.6850 |
| 11-10-2023 | P | 28000 | $ 03.3399 |

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Scott Keenan, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Plug Power Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this:

Date: 4/2/24


Name: Scott Keenan


Signature:

| Case Name | Plug Power Inc. |
|---|---|
| Ticker | PLUG |
| Class Period | 03-01-2023 to 01-16-2024 |

**Client Name**

Scott Keenan

Stock

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-31-2023 | P | 1000 | $ 11.3600 |
| 07-12-2023 | S | -1000 | $ 11.5200 |
| 08-11-2023 | P | 40000 | $ 11.5000 |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 3/31/2023 | Sell To Open | -7 | PLUG 4/21/2023 Call $12.00 | $0.48 |
| 3/31/2023 | Sell To Open | -1 | PLUG 4/21/2023 Call $12.00 | $0.47 |
| 3/31/2023 | Sell To Open | -1 | PLUG 4/21/2023 Call $12.00 | $0.47 |
| 3/31/2023 | Sell To Open | -1 | PLUG 4/21/2023 Call $12.00 | $0.47 |
| 4/21/2023 | Expiration | 10 | PLUG 4/21/2023 Call $12.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 5/2/2023 | Sell To Open | -5 | PLUG 5/19/2023 Call $12.00 | $0.07 |
| 5/2/2023 | Sell To Open | -4 | PLUG 5/19/2023 Call $12.00 | $0.07 |
| 5/2/2023 | Sell To Open | -1 | PLUG 5/19/2023 Call $12.00 | $0.07 |
| 5/19/2023 | Expiration | 10 | PLUG 5/19/2023 Call $12.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 8/4/2023 | Sell To Open | -8 | PLUG 8/11/2023 Put $11.50 | $0.55 |
| 8/4/2023 | Sell To Open | -20 | PLUG 8/11/2023 Put $11.50 | $0.55 |
| 8/4/2023 | Sell To Open | -90 | PLUG 8/11/2023 Put $11.50 | $0.55 |
| 8/4/2023 | Sell To Open | -82 | PLUG 8/11/2023 Put $11.50 | $0.55 |
| 8/7/2023 | Sell To Open | -200 | PLUG 8/11/2023 Put $11.50 | $0.78 |
| 8/11/2023 | Assignment | 400 | PLUG 8/11/2023 Put $11.50 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 8/14/2023 | Sell To Open | -7 | PLUG 8/18/2023 Call $11.00 | $0.02 |
| 8/14/2023 | Sell To Open | -393 | PLUG 8/18/2023 Call $11.00 | $0.02 |
| 8/18/2023 | Expiration | 400 | PLUG 8/18/2023 Call $11.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 8/24/2023 | Sell To Open | -104 | PLUG 9/1/2023 Call $11.50 | $0.01 |
| 8/24/2023 | Sell To Open | -266 | PLUG 9/1/2023 Call $11.50 | $0.01 |
| 8/24/2023 | Sell To Open | -12 | PLUG 9/1/2023 Call $11.50 | $0.01 |
| 8/24/2023 | Sell To Open | -18 | PLUG 9/1/2023 Call $11.50 | $0.01 |
| 9/1/2023 | Expiration | 400 | PLUG 9/1/2023 Call $11.50 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 9/6/2023 | Sell To Open | -349 | PLUG 9/15/2023 Call $11.50 | $0.01 |
| 9/6/2023 | Sell To Open | -42 | PLUG 9/15/2023 Call $11.50 | $0.01 |
| 9/6/2023 | Sell To Open | -9 | PLUG 9/15/2023 Call $11.50 | $0.01 |
| 9/15/2023 | Expiration | 400 | PLUG 9/15/2023 Call $11.50 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 9/27/2023 | Sell To Open | -12 | PLUG 9/29/2023 Call $9.50 | $0.01 |
| 9/27/2023 | Sell To Open | -388 | PLUG 9/29/2023 Call $9.50 | $0.01 |
| 9/29/2023 | Expiration | 400 | PLUG 9/29/2023 Call $9.50 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 11/7/2023 | Sell To Open | -10 | PLUG 11/17/2023 Call $15.00 | $0.01 |
| 11/17/2023 | Expiration | 10 | PLUG 11/17/2023 Call $15.00 | $0.00 |