# EXHIBIT B

**Scott Keenan**
**Transactions in Plug Power Inc. - PLUG**
**Class Period: 03-01-2023 to 01-16-2024, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | | |
|---|---|---|
| LIFO Losses/(Gain) Options | | ($29,157.00) |
| *Dura* LIFO Losses/(Gain)* Options | | ($29,157.00) |

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 3/31/2023 | Sell To Open | -7 | PLUG 4/21/2023 Call $12.00 | $0.48 | ($336.00) |
| 3/31/2023 | Sell To Open | -1 | PLUG 4/21/2023 Call $12.00 | $0.47 | ($47.00) |
| 3/31/2023 | Sell To Open | -1 | PLUG 4/21/2023 Call $12.00 | $0.47 | ($47.00) |
| 3/31/2023 | Sell To Open | -1 | PLUG 4/21/2023 Call $12.00 | $0.47 | ($47.00) |
| 4/21/2023 | Expiration | 10 | PLUG 4/21/2023 Call $12.00 | $0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 5/2/2023 | Sell To Open | -5 | PLUG 5/19/2023 Call $12.00 | $0.07 | ($35.00) |
| 5/2/2023 | Sell To Open | -4 | PLUG 5/19/2023 Call $12.00 | $0.07 | ($28.00) |
| 5/2/2023 | Sell To Open | -1 | PLUG 5/19/2023 Call $12.00 | $0.07 | ($7.00) |
| 5/19/2023 | Expiration | 10 | PLUG 5/19/2023 Call $12.00 | $0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/4/2023 | Sell To Open | -8 | PLUG 8/11/2023 Put $11.50 | $0.55 | ($440.00) |
| 8/4/2023 | Sell To Open | -20 | PLUG 8/11/2023 Put $11.50 | $0.55 | ($1,100.00) |
| 8/4/2023 | Sell To Open | -90 | PLUG 8/11/2023 Put $11.50 | $0.55 | ($4,950.00) |
| 8/4/2023 | Sell To Open | -82 | PLUG 8/11/2023 Put $11.50 | $0.55 | ($4,510.00) |
| 8/7/2023 | Sell To Open | -200 | PLUG 8/11/2023 Put $11.50 | $0.78 | ($15,600.00) |
| 8/11/2023 | Assignment | 400 | PLUG 8/11/2023 Put $11.50 | $0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/14/2023 | Sell To Open | -7 | PLUG 8/18/2023 Call $11.00 | $0.02 | ($14.00) |
| 8/14/2023 | Sell To Open | -393 | PLUG 8/18/2023 Call $11.00 | $0.02 | ($786.00) |
| 8/18/2023 | Expiration | 400 | PLUG 8/18/2023 Call $11.00 | $0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 8/24/2023 | Sell To Open | -104 | PLUG 9/1/2023 Call $11.50 | $0.01 | ($104.00) |
| 8/24/2023 | Sell To Open | -266 | PLUG 9/1/2023 Call $11.50 | $0.01 | ($266.00) |
| 8/24/2023 | Sell To Open | -12 | PLUG 9/1/2023 Call $11.50 | $0.01 | ($12.00) |
| 8/24/2023 | Sell To Open | -18 | PLUG 9/1/2023 Call $11.50 | $0.01 | ($18.00) |
| 9/1/2023 | Expiration | 400 | PLUG 9/1/2023 Call $11.50 | $0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 9/6/2023 | Sell To Open | -349 | PLUG 9/15/2023 Call $11.50 | $0.01 | ($349.00) |
| 9/6/2023 | Sell To Open | -42 | PLUG 9/15/2023 Call $11.50 | $0.01 | ($42.00) |
| 9/6/2023 | Sell To Open | -9 | PLUG 9/15/2023 Call $11.50 | $0.01 | ($9.00) |
| 9/15/2023 | Expiration | 400 | PLUG 9/15/2023 Call $11.50 | $0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 9/27/2023 | Sell To Open | -12 | PLUG 9/29/2023 Call $9.50 | $0.01 | ($12.00) |
| 9/27/2023 | Sell To Open | -388 | PLUG 9/29/2023 Call $9.50 | $0.01 | ($388.00) |
| 9/29/2023 | Expiration | 400 | PLUG 9/29/2023 Call $9.50 | $0.00 | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 11/7/2023 | Sell To Open | -10 | PLUG 11/17/2023 Call $15.00 | $0.01 | ($10.00) |
| 11/17/2023 | Expiration | 10 | PLUG 11/17/2023 Call $15.00 | $0.00 | $0.00 |

| Client Name | Jose Martinez |
|---|---|
| Company Name | Plug Power Inc. |
| Ticker Symbol | PLUG |
| Security Type | |
| Class Period Start | 03-01-2023 |
| Class Period End | 01-16-2024 |
| 90-DAY Lookback Period Start | 01-17-2024 |
| 90-DAY Lookback Period End | 04-15-2024 |
| 90-DAY Lookback Average | $ 03.56 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $466,174.02 |
| DURA LIFO* Total | $466,174.02 |
| Gross Shares Purchased | 115,000 |
| Net Shares Retained | 101,600 |
| Net Funds Expended | $642,805.00 |

### Jose Martinez

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-01-2023 | 10000 | 12.71 | $ 127,100.00 | 04-15-2024 | | 10000 | $ 02.82 | | $ 28,200.00 | 10000 | - | $ 03.56 | | $ 98,900.00 | $ 98,900.00 |
| 08-03-2023 | 10000 | 11.86 | $ 118,600.00 | 04-15-2024 | | 10000 | $ 02.82 | | $ 28,200.00 | 10000 | - | $ 03.56 | | $ 90,400.00 | $ 90,400.00 |
| 08-10-2023 | 9600 | 9.38 | $ 90,048.00 | 04-15-2024 | | 9600 | $ 02.82 | | $ 27,072.00 | 9600 | - | $ 03.56 | | $ 62,976.00 | $ 62,976.00 |
| 08-10-2023 | 400 | 9.375 | $ 3,750.00 | 04-15-2024 | | 400 | $ 02.82 | | $ 1,128.00 | 400 | - | $ 03.56 | | $ 2,622.00 | $ 2,622.00 |
| 08-17-2023 | 9298 | 8.649 | $ 80,418.40 | 04-15-2024 | | 9298 | $ 02.82 | | $ 26,220.36 | 9298 | - | $ 03.56 | | $ 54,198.04 | $ 54,198.04 |
| 08-17-2023 | 702 | 8.645 | $ 6,068.79 | 04-15-2024 | | 702 | $ 02.82 | | $ 1,979.64 | 702 | - | $ 03.56 | | $ 4,089.15 | $ 4,089.15 |
| 08-18-2023 | 10000 | 8.49 | $ 84,900.00 | 04-15-2024 | | 10000 | $ 02.82 | | $ 28,200.00 | 10000 | - | $ 03.56 | | $ 56,700.00 | $ 56,700.00 |
| 08-18-2023 | 10000 | 8.645 | $ 86,450.00 | 04-15-2024 | | 10000 | $ 02.82 | | $ 28,200.00 | 10000 | - | $ 03.56 | | $ 58,250.00 | $ 58,250.00 |
| 11-10-2023 | 17913 | 3.69 | $ 66,098.97 | 04-15-2024 | | 17913 | $ 02.82 | | $ 50,514.66 | 17913 | - | $ 03.56 | | $ 15,584.31 | $ 15,584.31 |
| 11-10-2023 | 2487 | 3.6899 | $ 9,176.78 | 04-15-2024 | | 2487 | $ 02.82 | | $ 7,013.34 | 2487 | - | $ 03.56 | | $ 2,163.44 | $ 2,163.44 |
| 11-10-2023 | 6300 | 3.689 | $ 23,240.70 | 04-15-2024 | | 6300 | $ 02.82 | | $ 17,766.00 | 6300 | - | $ 03.56 | | $ 5,474.70 | $ 5,474.70 |
| 11-10-2023 | 300 | 3.685 | $ 1,105.50 | 04-15-2024 | | 300 | $ 02.82 | | $ 846.00 | 300 | - | $ 03.56 | | $ 259.50 | $ 259.50 |
| 11-10-2023 | 3260 | 3.3399 | $ 10,888.07 | 04-15-2024 | | 3260 | $ 02.82 | | $ 9,193.53 | 3260 | - | $ 03.56 | | $ 1,694.55 | $ 1,694.55 |
| 11-10-2023 | 24740 | 3.3399 | $ 82,629.13 | 04-15-2024 | | 24740 | $ 02.82 | | $ 69,766.80 | 24740 | - | $ 03.56 | | $ 12,862.33 | $ 12,862.33 |
| Matched against pre class period holdings | | | | 03-29-2023 | 13400 | | $ 11.02 | $ 147,669.34 | - | - | - | $ 03.56 | | | |
| Total: | 115,000 | | $790,474.34 | | 13,400 | 115000 | | $147,669.34 | $324,300.33 | 115,000 | | | | $466,174.02 | $466,174.02 |

| Client Name | Scott Keenan |
|---|---|
| Company Name | Plug Power Inc. |
| Ticker Symbol | PLUG |
| Security Type | |
| Class Period Start | 03-01-2023 |
| Class Period End | 01-16-2024 |
| 90-DAY Lookback Period Start | 01-17-2024 |
| 90-DAY Lookback Period End | 04-15-2024 |
| 90-DAY Lookback Average | $ 03.56 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $317,530.32 |
| DURA LIFO* Total | $317,530.32 |
| Gross Shares Purchased | 41,000 |
| Net Shares Retained | 40,000 |
| Net Funds Expended | $459,840.00 |

### Scott Keenan

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-31-2023 | 1000 | 11.36 | $ 11,360.00 | 07-12-2023 | 1000 | | $ 11.52 | $ 11,520.00 | - | - | - | $ 03.56 | | -$ 160.00 | -$ 160.00 |
| 08-11-2023 | 40000 | 11.5 | $ 460,000.00 | | | | | | - | 40000 | 40000 | $ 03.56 | $ 142,309.68 | $ 317,690.32 | $ 317,690.32 |
| Total: | 41,000 | | $471,360.00 | | 1,000 | | | $11,520.00 | | 40,000 | 40,000 | | $142,309.68 | $317,530.32 | $317,530.32 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total (Stock + Options) | $754,547.34 |
| DURALIFO* Total (Stock + Options) | $754,547.34 |
| Gross Shares Purchased | 156,000 |
| Net Shares Retained | 141,600 |
| Net Funds Expended | $1,102,645.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.