**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No. 1:24-cv-406 (MAD/DJS)<br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT JASON BUCHINGER AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No. 1:24-cv-598 (MAD/DJS) |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Lead Plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), class member Jason Buchinger ("Movant") hereby moves for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff in this action against Plug Power Inc. ("Plug" or the "Company"), and certain Plug senior officers (referred to collectively as "Defendants"), (3) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel in this action, and (4) granting such other and further relief as the Court may deem just and proper.[1]

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

Movant makes this motion on the belief that Movant is the most "adequate plaintiff" as defined in the PSLRA because:

---

[1] Local Rule 7.1(a)(2) requires a conference of counsel prior to filing motions. Pursuant to the PSLRA, however, if any class member desires to be appointed lead plaintiff, the class member must file a motion within a certain period of time. U.S.C. § 78u-4(a)(3). Thus, Movant is presently unaware of the other entities or persons who plan to move for appointment as lead plaintiff and will not know their identities until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of 7.1(a)(2) be waived.

1.    Movant has the largest known financial interest in the relief sought by the Class. Movant has incurred substantial losses as a result of his purchase and/or acquisition of shares of Plug; and

2.    Movant satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

WHEREFORE, Movant respectfully requests that the Court: (1) consolidate the Related Actions; (2) appoint Movant as the Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (3) approve Movant's selection of Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED:  May 21, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Nathaniel A. Tarnor*
      Nathaniel A. Tarnor
68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
nathant@hbsslaw.com

Reed R. Kathrein (*pro hac vice* forthcoming)
Lucas E. Gilmore (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Counsel for Movant Jason Buchinger*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR
