**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>                    Defendants. | Case No. 1:24-cv-406 (MAD/DJS)<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT JASON BUCHINGER AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>                    Defendants. | Case No. 1:24-cv-598 (MAD/DJS) |

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Jason Buchinger. ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's Certification;

Exhibit B:    Movant's Loss Chart;

Exhibit C:    Movant's Declaration;

Exhibit D:    Notice of pendency of class action published in *Accesswire*, a national business-oriented wire service, on March 25, 2024; and

Exhibit E:    Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of May 2024, at San Diego, California.

                                        */s/ Lucas E. Gilmore*
                                        LUCAS E. GILMORE

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR
