# Exhibit B

**Loss Analysis for Jason Buchinger - Plug Power Inc. (PLUG)**
**Class Period 03/01/2023 - 01/16/24**



| | | **P U R C H A S E S** | | | | | **S A L E S** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | 03/09/23 | 30,000 | $13.1100 | $393,300.00 | | | | | |
| **Purchases** | 03/16/23 | 5,000 | $11.4000 | $57,000.00 | | | | | |
| | 10/20/23 | 400 | $6.2050 | $2,482.00 | | | | | |
| | 10/20/23 | 8,600 | $6.2096 | $53,402.56 | | | | | |
| **Post Class** | | | | | **Post Class** | | | | |
| **Purchases** | | | | | **Sales** | | | | |

| | | | | |
|---|---|---|---|---|
| **Total Shares Acquired in CP** | 44,000 | **Total Amt. Paid in CP** | $506,184.56 | **Total Shares Sold in CP** 0 **Total Amt. Sold in CP** $0.00 |
| | | | | **Post CP Shares Sold** 0 **Post CP Amount Sold** $0.00 |
| | | | | **Total Shares Sold to Current** 0 **Total Amt. Sold to Current** $0.00 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP**    44,000 **(CP Retained Shares)**

**Net Amount Paid  in CP**    $506,184.56

**Net Amount Paid in CP Minus Sold to Current Date**    $506,184.56 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)**    44,000 **Automatically 0 if Negative**
**Net  Shares Acquired During Class Period Held to Current Date**    44,000 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP**    $3.54

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price**    $155,955.56
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price**    $155,955.56 **ALTERNATIVE**
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price**    $350,229.00 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)**    $350,229.00
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)**    $350,229.00 **ALTERNATIVE**