**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>      Defendants. | **Case No.: 1:24-cv-00406-MAD-DJS**<br><br>**NOTICE OF MOTION AND MOTION OF HOA QUOC VUONG AND NANCY VUONG TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>**<br><br>**Case No. 1:24-cv-00598-MAD-DJS**<br><br>**<u>CLASS ACTION</u>** |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>      Defendants. | |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Hoa Quoc Vuong and Nancy Vuong ("Movants") hereby move this Court, the Honorable Mae A. D'Agostino, on a date and at a time to be designated by the Court, for an order:

(a)      consolidating the related actions;

1

(b)      appointing Movants to serve as Lead Plaintiffs in this action; and

(c)      approving Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movants submit: (i) the Memorandum of Law dated May 21, 2024; (ii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiffs, and Approving Lead Plaintiffs' Selection of Counsel; and (iii) the Declaration of Phillip Kim (and exhibits).

Movants are aware of L.R. 7.1(a)(2), which requires a good faith effort among the parties to resolve or reduce all differences relating to a non-dispositive issue as well as a court conference prior to making a relevant motion. Due to the PSLRA's lead plaintiff procedure, however, Movants do not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. As such, Movants respectfully request that the pre-motion conference requirement be waived.

Moreover, the Exchange Act requires that lead plaintiff motions be filed no later than 60 days after the date notice of the action was first published and, in this case, the first notice of the action was published on March 22, 2024; accordingly, lead plaintiff motions must be filed no later than today, May 21, 2024. *See* 15 U.S.C. §78u-4(a)(3)(A)(i)(II).

The filing of the lead plaintiff motion will give notice to the other lead plaintiff movants, whose identities Movants cannot know at this time and therefore cannot serve, that other class members have moved for lead plaintiff appointment.

2

Dated: May 21, 2024

Respectfully submitted,

**PAWAR LAW GROUP P.C.**

/s/ Vikrant Pawar

Vikrant Pawar
20 Vesey Street, Suite 1410
New York, NY 10007
Telephone: (212) 571-0805
Email: vikrantpawaresq@gmail.com

*Additional Counsel for Lead Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiffs and Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Vikant Pawar</u>

4