**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>    Defendants. | **Case No.: 1:24-cv-00406-MAD-DJS**<br><br>**DECLARATION OF PHILIP KIM IN SUPPORT OF MOTION OF HOA QUOC VUONG AND NANCY VUONG TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFFS; AND (3) APPROVE LEAD PLAINTIFFS' SELECTION OF COUNSEL**<br><br>**CLASS ACTION**<br><br>**Case No. 1:24-cv-00598-MAD-DJS** |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>    Defendants. | **CLASS ACTION** |

I, PHILIP KIM, declare:

1.    I am a Partner at The Rosen Law Firm, P.A., proposed Lead Counsel in this action for Hoa Quoc Vuong and Nancy Vuong ("Movants"). I have personal knowledge of the facts set forth herein. I make this Declaration in support of the Movants' Motion for: (1) Consolidation of Related Actions; (2) Appointment as Lead Plaintiffs; and (3) Approval of Selection of Counsel.

2.    Attached hereto as the exhibits indicated are true and correct copies of the

1

2

following:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movants' PSLRA certifications;

Exhibit 3:    Movants' loss charts

Exhibit 4:    Firm résumé of The Rosen Law Firm, P.A.


I declare under the penalty of perjury that the foregoing is true to the best of my

knowledge.


Dated: May 21, 2024                    /s/ Phillip Kim
                                       Phillip Kim, Esq.

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Vikrant Pawar