# Exhibit 3

**Plug Power Inc. Loss Chart**
**Class Period: March 1, 2023 through January 16, 2024, inclusive**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $3.57 | |
| Hoa Quoc Vuong | Opening Position | 8,900 | | | 6/28/2023 | 1,500 | $9.51 | | | | | | |
| | 3/2/2023 | 800 | ($12.73) | ($10,183.12) | 7/25/2023 | 2,000 | $12.05 | | | | | | |
| | 3/2/2023 | 800 | ($12.66) | ($10,126.48) | 7/25/2023 | 1,800 | $11.81 | | | | | | |
| | 3/2/2023 | 500 | ($12.57) | ($6,284.40) | 7/25/2023 | 100 | $11.81 | | | | | | |
| | 3/17/2023 | 200 | ($11.70) | ($2,339.58) | 7/25/2023 | 2 | $11.81 | | | | | | |
| | 3/31/2023 | 1,000 | ($11.37) | ($11,370.00) | 7/25/2023 | 10 | $11.81 | | | | | | |
| | 3/31/2023 | 100 | ($11.39) | ($1,139.00) | 7/25/2023 | 88 | $11.81 | | | | | | |
| | 4/3/2023 | 2,000 | ($11.39) | ($22,780.00) | 7/27/2023 | 3,000 | $11.61 | | | | | | |
| | 4/3/2023 | 50 | ($11.39) | ($569.50) | 7/27/2023 | 100 | $11.61 | | | | | | |
| | 4/3/2023 | 100 | ($11.39) | ($1,139.00) | 7/27/2023 | 300 | $11.60 | | | | | | |
| | 4/3/2023 | 50 | ($11.39) | ($569.50) | 7/27/2023 | 3,100 | $11.60 | $35,960.93 | | | | | |
| | 4/3/2023 | 1,800 | ($11.41) | ($20,538.00) | 7/27/2023 | 3,000 | $11.64 | $34,920.00 | | | | | |
| | 4/3/2023 | 200 | ($11.42) | ($2,284.00) | 7/27/2023 | 3,000 | $11.67 | $35,010.00 | | | | | |
| | 4/10/2023 | 2,500 | ($9.28) | ($23,187.50) | 8/4/2023 | 4,000 | $11.54 | $46,160.00 | | | | | |
| | 4/10/2023 | 300 | ($9.28) | ($2,782.62) | 8/10/2023 | 100 | $9.54 | $953.50 | | | | | |
| | 4/11/2023 | 500 | ($9.40) | ($4,700.65) | 8/10/2023 | 100 | $9.54 | $953.50 | | | | | |
| | 4/18/2023 | 500 | ($8.99) | ($4,495.00) | 8/10/2023 | 300 | $9.54 | $2,860.50 | | | | | |
| | 4/26/2023 | 300 | ($8.52) | ($2,554.50) | 8/10/2023 | 100 | $9.54 | $953.50 | | | | | |
| | 4/26/2023 | 200 | ($8.50) | ($1,700.00) | 8/10/2023 | 800 | $9.53 | $7,624.00 | | | | | |
| | 4/26/2023 | 100 | ($8.50) | ($850.00) | 8/10/2023 | 100 | $9.54 | $953.50 | | | | | |
| | 5/2/2023 | 999 | ($7.41) | ($7,402.59) | 8/10/2023 | 200 | $9.54 | $1,907.00 | | | | | |
| | 5/2/2023 | 100 | ($8.63) | ($862.63) | 8/10/2023 | 200 | $9.54 | $1,907.00 | | | | | |
| | 5/11/2023 | 1,000 | ($7.73) | ($7,725.50) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 5/11/2023 | 100 | ($7.79) | ($778.73) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 5/18/2023 | 2,000 | ($7.89) | ($15,780.00) | 8/10/2023 | 100 | $9.54 | $953.50 | | | | | |
| | 5/18/2023 | 100 | ($7.93) | ($792.93) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 5/18/2023 | 2,000 | ($7.76) | ($15,520.00) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 5/18/2023 | 400 | ($7.76) | ($3,103.20) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 5/23/2023 | 2,700 | ($8.97) | ($24,219.00) | 8/10/2023 | 95 | $9.53 | $905.35 | | | | | |
| | 5/23/2023 | 2,700 | ($8.97) | ($24,219.00) | 8/10/2023 | 2 | $9.53 | $19.06 | | | | | |
| | 6/2/2023 | 300 | ($8.65) | ($2,595.00) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 6/2/2023 | 300 | ($8.65) | ($2,595.00) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 6/5/2023 | 1,000 | ($8.55) | ($8,548.50) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 6/5/2023 | 1,000 | ($8.55) | ($8,548.50) | 8/10/2023 | 103 | $9.53 | $981.59 | | | | | |
| | 6/13/2023 | 800 | ($10.71) | ($8,567.92) | 8/10/2023 | 300 | $9.53 | $2,859.00 | | | | | |
| | 6/13/2023 | 3,000 | ($10.93) | ($32,790.00) | 8/10/2023 | 500 | $9.53 | $4,765.00 | | | | | |
| | 6/14/2023 | 200 | ($11.25) | ($2,249.58) | 8/10/2023 | 800 | $9.53 | $7,624.00 | | | | | |
| | 6/14/2023 | 50 | ($11.34) | ($566.96) | 8/10/2023 | 3,300 | $9.53 | $31,449.00 | | | | | |
| | 6/14/2023 | 40 | ($11.41) | ($456.36) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 6/14/2023 | 10 | ($11.35) | ($113.50) | 8/10/2023 | 200 | $9.53 | $1,906.00 | | | | | |
| | 6/14/2023 | 1,500 | ($11.10) | ($16,649.85) | 8/10/2023 | 1 | $9.53 | $9.53 | | | | | |
| | 6/14/2023 | 200 | ($11.09) | ($2,217.48) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 6/20/2023 | 5,000 | ($10.05) | ($50,247.00) | 8/10/2023 | 200 | $9.53 | $1,906.00 | | | | | |
| | 6/20/2023 | 200 | ($10.03) | ($2,006.00) | 8/10/2023 | 200 | $9.53 | $1,906.00 | | | | | |
| | 6/20/2023 | 300 | ($10.01) | ($3,002.16) | 8/10/2023 | 200 | $9.53 | $1,905.00 | | | | | |
| | 6/20/2023 | 4,000 | ($9.86) | ($39,437.60) | 8/10/2023 | 100 | $9.52 | $952.00 | | | | | |
| | 6/20/2023 | 200 | ($9.87) | ($1,973.42) | 8/10/2023 | 100 | $9.52 | $952.00 | | | | | |
| | 6/20/2023 | 50 | ($9.89) | ($494.25) | 8/10/2023 | 100 | $9.52 | $952.00 | | | | | |
| | 6/20/2023 | 1,900 | ($9.73) | ($18,487.00) | 8/10/2023 | 100 | $9.52 | $952.00 | | | | | |
| | 6/20/2023 | 100 | ($9.74) | ($973.61) | 8/10/2023 | 100 | $9.52 | $952.00 | | | | | |
| | 6/20/2023 | 1,800 | ($9.78) | ($17,604.00) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 6/20/2023 | 100 | ($9.78) | ($978.00) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 6/20/2023 | 50 | ($9.78) | ($488.79) | 8/10/2023 | 200 | $9.53 | $1,905.00 | | | | | |
| | 7/6/2023 | 4,000 | ($9.82) | ($39,280.00) | 8/10/2023 | 200 | $9.53 | $1,905.00 | | | | | |
| | 7/6/2023 | 10 | ($9.82) | ($98.20) | 8/10/2023 | 100 | $9.53 | $952.50 | | | | | |
| | 7/6/2023 | 390 | ($9.83) | ($3,833.27) | 8/10/2023 | 2 | $9.52 | $19.04 | | | | | |
| | 7/6/2023 | 50 | ($9.83) | ($491.72) | 8/10/2023 | 100 | $9.52 | $952.00 | | | | | |
| | 7/10/2023 | 660 | ($10.95) | ($7,227.00) | 8/10/2023 | 798 | $9.52 | $7,596.96 | | | | | |
| | 7/10/2023 | 1,500 | ($10.95) | ($16,425.00) | 8/10/2023 | 100 | $9.53 | $953.00 | | | | | |
| | 7/10/2023 | 1 | ($10.96) | ($10.96) | 8/10/2023 | 200 | $9.53 | $1,905.00 | | | | | |
| | 7/10/2023 | 1 | ($10.96) | ($10.96) | 8/10/2023 | 200 | $9.53 | $1,905.00 | | | | | |
| | 7/10/2023 | 200 | ($10.96) | ($2,192.00) | 8/10/2023 | 200 | $9.53 | $1,905.00 | | | | | |
| | 7/10/2023 | 7 | ($10.96) | ($76.72) | 8/10/2023 | 300 | $9.53 | $2,859.00 | | | | | |
| | 7/10/2023 | 91 | ($10.97) | ($998.27) | 8/10/2023 | 500 | $9.53 | $4,762.50 | | | | | |
| | 7/10/2023 | 1 | ($10.97) | ($10.97) | 8/10/2023 | 100 | $9.53 | $952.50 | | | | | |
| | 7/10/2023 | 285 | ($10.97) | ($3,126.45) | 8/10/2023 | 200 | $9.53 | $1,905.00 | | | | | |
| | 7/10/2023 | 100 | ($10.97) | ($1,097.00) | 8/10/2023 | 500 | $9.52 | $4,760.00 | | | | | |
| | 7/10/2023 | 10 | ($10.97) | ($109.70) | 8/10/2023 | 800 | $9.52 | $7,616.00 | | | | | |
| | 7/10/2023 | 70 | ($10.97) | ($767.90) | 8/10/2023 | 100 | $9.52 | $952.00 | | | | | |
| | 7/10/2023 | 50 | ($10.97) | ($548.50) | 8/10/2023 | 86 | $9.52 | $818.72 | | | | | |
| | 7/10/2023 | 6 | ($10.98) | ($65.88) | 8/10/2023 | 4 | $9.52 | $38.08 | | | | | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 7/10/2023 | 1,000 | ($10.98) | ($10,980.00) | 8/10/2023 | 200 | $9.52 | $1,904.00 |
| 7/10/2023 | 2,518 | ($10.98) | ($27,647.64) | 8/10/2023 | 110 | $9.52 | $1,047.20 |
| 7/10/2023 | 500 | ($10.94) | ($5,470.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 7/10/2023 | 50 | ($10.94) | ($547.00) | 8/10/2023 | 200 | $9.52 | $1,904.00 |
| 8/7/2023 | 200 | ($10.97) | ($2,193.44) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/7/2023 | 1,153 | ($10.92) | ($12,596.06) | 8/10/2023 | 300 | $9.52 | $2,856.00 |
| 8/7/2023 | 2,647 | ($10.93) | ($28,921.65) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/7/2023 | 8 | ($10.98) | ($87.82) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/7/2023 | 20 | ($11.00) | ($219.91) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/7/2023 | 5 | ($10.96) | ($54.79) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/7/2023 | 5 | ($10.96) | ($54.79) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/9/2023 | 300 | ($10.34) | ($3,101.70) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/9/2023 | 100 | ($10.29) | ($1,029.00) | 8/10/2023 | 202 | $9.52 | $1,923.04 |
| 8/9/2023 | 10 | ($10.13) | ($101.30) | 8/10/2023 | 1 | $9.52 | $9.52 |
| 8/10/2023 | 973 | ($9.54) | ($9,282.42) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($953.50) | 8/10/2023 | 12 | $9.52 | $114.24 |
| 8/10/2023 | 100 | ($9.54) | ($953.50) | 8/10/2023 | 2 | $9.52 | $19.04 |
| 8/10/2023 | 100 | ($9.54) | ($953.50) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 300 | ($9.54) | ($2,860.50) | 8/10/2023 | 83 | $9.52 | $790.16 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 300 | $9.52 | $2,856.00 |
| 8/10/2023 | 239 | ($9.54) | ($2,280.06) | 8/10/2023 | 300 | $9.52 | $2,856.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 200 | $9.52 | $1,904.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 500 | $9.52 | $4,760.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 200 | $9.52 | $1,904.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 61 | ($9.54) | ($581.94) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 1,589 | ($9.54) | ($15,159.06) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 400 | ($9.54) | ($3,816.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 300 | ($9.54) | ($2,862.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 211 | ($9.54) | ($2,012.94) | 8/10/2023 | 17 | $9.52 | $161.84 |
| 8/10/2023 | 700 | ($9.54) | ($6,678.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 300 | $9.52 | $2,856.00 |
| 8/10/2023 | 2,000 | ($9.54) | ($19,080.00) | 8/10/2023 | 300 | $9.52 | $2,856.03 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 173 | $9.52 | $1,646.96 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 227 | $9.52 | $2,161.04 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 1,700 | ($9.54) | ($16,218.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 500 | ($9.54) | ($4,770.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 300 | ($9.54) | ($2,862.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 100 | $9.52 | $952.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 8/10/2023 | 23,330 | $9.51 | $221,868.30 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 9/13/2023 | 3,450 | $8.23 | $28,393.50 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 9/29/2023 | 2,700 | $7.66 | $20,682.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 9/29/2023 | 300 | $7.66 | $2,298.00 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 9/29/2023 | 558 | $7.60 | $4,240.80 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 9/29/2023 | 2,442 | $7.60 | $18,559.44 |
| 8/10/2023 | 100 | ($9.54) | ($954.00) | 9/29/2023 | 5,000 | $7.58 | $37,907.00 |
| 8/10/2023 | 27,527 | ($9.55) | ($262,882.85) | 11/10/2023 | 50,000 | $3.36 | $168,000.00 |
| 8/11/2023 | 8 | ($8.99) | ($71.92) | 11/16/2023 | 1,311 | $4.01 | $5,257.11 |
| 8/11/2023 | 200 | ($8.82) | ($1,763.96) | 12/19/2023 | 2,000 | $4.38 | $8,760.00 |
| 8/11/2023 | 100 | ($8.81) | ($880.87) | 12/19/2023 | 2,000 | $4.38 | $8,760.00 |
| 8/16/2023 | 100 | ($8.70) | ($870.00) | 12/19/2023 | 2,000 | $4.39 | $8,780.00 |
| 8/16/2023 | 3,900 | ($8.70) | ($33,928.05) | 1/8/2024 | 10,100 | $4.32 | $43,648.16 |
| 8/16/2023 | 700 | ($8.69) | ($6,081.95) | | | | |
| 8/16/2023 | 40 | ($8.68) | ($347.13) | | | | |
| 9/6/2023 | 8 | ($8.37) | ($66.96) | | | | |
| 9/6/2023 | 3 | ($8.37) | ($25.11) | | | | |
| 9/6/2023 | 8 | ($8.37) | ($66.96) | | | | |
| 9/6/2023 | 200 | ($8.37) | ($1,674.00) | | | | |
| 9/6/2023 | 400 | ($8.37) | ($3,348.00) | | | | |
| 9/6/2023 | 400 | ($8.37) | ($3,348.00) | | | | |
| 9/6/2023 | 100 | ($8.37) | ($837.00) | | | | |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 9/6/2023 | 15 | ($8.37) | ($125.55) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/6/2023 | 63 | ($8.37) | ($527.31) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/6/2023 | 3 | ($8.37) | ($25.11) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/6/2023 | 337 | ($8.37) | ($2,820.69) |
| 9/6/2023 | 163 | ($8.37) | ($1,364.31) |
| 9/6/2023 | 200 | ($8.37) | ($1,674.00) |
| 9/6/2023 | 100 | ($8.37) | ($837.00) |
| 9/12/2023 | 500 | ($8.03) | ($4,015.00) |
| 9/12/2023 | 100 | ($8.02) | ($801.73) |
| 9/12/2023 | 2 | ($8.01) | ($16.02) |
| 9/18/2023 | 30 | ($8.33) | ($249.83) |
| 9/28/2023 | 500 | ($7.61) | ($3,805.00) |
| 9/28/2023 | 20 | ($7.61) | ($152.20) |
| 10/2/2023 | 25 | ($7.73) | ($193.25) |
| 10/2/2023 | 1,500 | ($7.71) | ($11,565.00) |
| 10/2/2023 | 2,000 | ($7.58) | ($15,160.00) |
| 10/2/2023 | 3,500 | ($7.58) | ($26,530.00) |
| 10/2/2023 | 500 | ($7.58) | ($3,790.00) |
| 10/2/2023 | 3,000 | ($7.56) | ($22,680.00) |
| 10/2/2023 | 20 | ($7.51) | ($150.19) |
| 10/11/2023 | 2,000 | ($7.20) | ($14,400.00) |
| 10/11/2023 | 873 | ($7.20) | ($6,285.60) |
| 10/11/2023 | 873 | ($7.20) | ($6,285.60) |
| 10/11/2023 | 5 | ($7.20) | ($36.00) |
| 10/11/2023 | 312 | ($7.18) | ($2,240.16) |
| 10/11/2023 | 873 | ($7.18) | ($6,268.14) |
| 10/11/2023 | 26 | ($7.20) | ($187.20) |
| 10/11/2023 | 26 | ($7.20) | ($187.20) |
| 10/11/2023 | 7,500 | ($8.04) | ($60,300.00) |
| 10/11/2023 | 500 | ($8.04) | ($4,020.00) |
| 10/11/2023 | 200 | ($7.53) | ($1,505.42) |
| 10/11/2023 | 19 | ($7.55) | ($143.44) |
| 10/11/2023 | 50 | ($7.51) | ($375.50) |
| 10/11/2023 | 700 | ($7.54) | ($5,277.93) |
| 10/12/2023 | 200 | ($7.70) | ($1,540.00) |
| 10/20/2023 | 3,700 | ($6.19) | ($22,900.04) |
| 10/20/2023 | 100 | ($6.20) | ($619.50) |
| 10/20/2023 | 100 | ($6.20) | ($619.50) |
| 10/20/2023 | 300 | ($6.20) | ($1,859.85) |
| 10/20/2023 | 1,300 | ($6.22) | ($8,079.50) |
| 10/20/2023 | 900 | ($6.24) | ($5,611.50) |
| 10/23/2023 | 1,600 | ($6.04) | ($9,666.56) |
| 10/23/2023 | 3,000 | ($6.04) | ($18,105.00) |
| 11/1/2023 | 1,500 | ($5.72) | ($8,578.05) |
| 11/1/2023 | 2 | ($5.72) | ($11.44) |
| 11/1/2023 | 198 | ($5.72) | ($1,132.56) |
| 11/1/2023 | 20 | ($5.76) | ($115.20) |
| 11/3/2023 | 50 | ($6.26) | ($313.00) |
| 11/3/2023 | 10 | ($6.26) | ($62.60) |
| 11/3/2023 | 9,000 | ($6.47) | ($58,227.30) |
| 11/6/2023 | 20 | ($6.64) | ($132.80) |
| 11/13/2023 | 3,800 | ($3.48) | ($13,224.00) |
| 11/13/2023 | 1 | ($3.46) | ($3.46) |
| 11/13/2023 | 1,500 | ($3.46) | ($5,184.75) |
| 11/13/2023 | 800 | ($3.48) | ($2,780.72) |
| 11/13/2023 | 50 | ($3.50) | ($174.76) |
| 11/13/2023 | 300 | ($3.43) | ($1,027.50) |
| 11/13/2023 | 400 | ($3.45) | ($1,378.04) |
| 11/13/2023 | 50 | ($3.44) | ($171.75) |
| 11/13/2023 | 400 | ($3.50) | ($1,398.00) |
| 11/14/2023 | 348 | ($3.56) | ($1,238.88) |
| 11/14/2023 | 420 | ($3.56) | ($1,495.20) |
| 11/14/2023 | 1 | ($3.57) | ($3.57) |
| 11/14/2023 | 500 | ($3.57) | ($1,785.00) |
| 11/14/2023 | 2,231 | ($3.57) | ($7,964.67) |
| 11/14/2023 | 100 | ($3.57) | ($357.00) |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 11/14/2023 | 200 | ($3.57) | ($714.00) |
| 11/14/2023 | 100 | ($3.56) | ($356.00) |
| 11/14/2023 | 3,000 | ($3.88) | ($11,640.00) |
| 11/15/2023 | 10 | ($4.24) | ($42.40) |
| 11/15/2023 | 33 | ($4.24) | ($139.92) |
| 11/15/2023 | 207 | ($4.24) | ($877.68) |
| 11/15/2023 | 10 | ($4.24) | ($42.40) |
| 11/15/2023 | 200 | ($4.45) | ($889.22) |
| 11/15/2023 | 400 | ($4.47) | ($1,786.60) |
| 11/15/2023 | 50 | ($4.52) | ($225.82) |
| 11/16/2023 | 320 | ($4.08) | ($1,305.60) |
| 11/20/2023 | 516 | ($4.02) | ($2,074.32) |
| 11/20/2023 | 70 | ($4.03) | ($282.10) |
| 11/20/2023 | 1 | ($4.03) | ($4.03) |
| 11/20/2023 | 412 | ($4.03) | ($1,660.36) |
| 11/20/2023 | 100 | ($4.03) | ($403.00) |
| 11/20/2023 | 301 | ($4.03) | ($1,213.03) |
| 11/20/2023 | 230 | ($4.03) | ($926.90) |
| 11/20/2023 | 700 | ($4.03) | ($2,821.00) |
| 11/20/2023 | 533 | ($4.02) | ($2,142.66) |
| 11/20/2023 | 462 | ($4.03) | ($1,861.86) |
| 11/20/2023 | 100 | ($4.04) | ($404.00) |
| 11/20/2023 | 305 | ($4.04) | ($1,232.20) |
| 11/20/2023 | 50 | ($4.04) | ($202.00) |
| 11/20/2023 | 3,000 | ($3.91) | ($11,744.10) |
| 11/21/2023 | 130 | ($3.79) | ($492.70) |
| 11/28/2023 | 33 | ($3.40) | ($112.20) |
| 11/28/2023 | 200 | ($3.66) | ($731.28) |
| 11/28/2023 | 1,600 | ($3.67) | ($5,872.00) |
| 11/28/2023 | 600 | ($3.67) | ($2,199.42) |
| 11/28/2023 | 200 | ($3.75) | ($749.12) |
| 11/28/2023 | 600 | ($3.74) | ($2,242.62) |
| 11/28/2023 | 1,000 | ($3.74) | ($3,735.40) |
| 11/28/2023 | 100 | ($3.72) | ($372.00) |
| 11/28/2023 | 150 | ($3.74) | ($561.00) |
| 11/28/2023 | 650 | ($3.80) | ($2,466.75) |
| 11/28/2023 | 50 | ($3.80) | ($189.75) |
| 11/29/2023 | 27 | ($3.84) | ($103.68) |
| 11/29/2023 | 506 | ($3.84) | ($1,943.04) |
| 11/29/2023 | 244 | ($3.84) | ($936.96) |
| 11/29/2023 | 60 | ($3.85) | ($231.00) |
| 12/7/2023 | 400 | ($3.97) | ($1,588.00) |
| 12/7/2023 | 1 | ($3.97) | ($3.97) |
| 12/7/2023 | 797 | ($3.97) | ($3,164.09) |
| 12/7/2023 | 211 | ($3.97) | ($837.67) |
| 12/7/2023 | 291 | ($3.97) | ($1,155.27) |
| 12/7/2023 | 41 | ($3.97) | ($162.77) |
| 12/7/2023 | 109 | ($3.97) | ($432.73) |
| 12/8/2023 | 900 | ($4.12) | ($3,708.00) |
| 12/15/2023 | 100 | ($4.86) | ($485.99) |
| 12/20/2023 | 4,000 | ($4.35) | ($17,400.00) |
| 1/8/2024 | 1 | ($4.31) | ($4.31) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 192,861 | | ($1,539,469.68) | | 139,509 | $931,310.14 | 53,352 | $190,449.15 | ($417,710.39) |

**Plug Power Inc. Loss Chart**
**Class Period: March 1, 2023 through January 16, 2024, inclusive**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $3.57 |
| Nancy My Vuong | 3/6/2023 | 200 | ($13.98) | ($2,796.00) | 7/14/2023 | 200 | $12.04 | $2,407.26 | | | | |
| | 3/22/2023 | 200 | ($11.57) | ($2,314.00) | 7/14/2023 | 100 | $12.01 | $1,201.39 | | | | |
| | 3/27/2023 | 50 | ($10.75) | ($537.50) | 11/10/2023 | 6000 | $3.33 | $19,990.20 | | | | |
| | 3/31/2023 | 50 | ($11.44) | ($572.00) | | | | | | | | |
| | 4/3/2023 | 100 | ($11.41) | ($1,141.00) | | | | | | | | |
| | 4/3/2023 | 100 | ($11.43) | ($1,143.00) | | | | | | | | |
| | 4/21/2023 | 300 | ($8.72) | ($2,616.00) | | | | | | | | |
| | 4/22/2023 | 100 | ($8.74) | ($874.00) | | | | | | | | |
| | 5/10/2023 | 200 | ($8.11) | ($1,622.00) | | | | | | | | |
| | 5/10/2023 | 200 | ($8.11) | ($1,622.00) | | | | | | | | |
| | 5/18/2023 | 300 | ($8.11) | ($2,433.00) | | | | | | | | |
| | 5/18/2023 | 300 | ($8.11) | ($2,433.00) | | | | | | | | |
| | 5/19/2023 | 500 | ($7.97) | ($3,985.00) | | | | | | | | |
| | 5/19/2023 | 500 | ($7.97) | ($3,985.00) | | | | | | | | |
| | 5/22/2023 | 300 | ($8.19) | ($2,457.00) | | | | | | | | |
| | 5/22/2023 | 200 | ($8.11) | ($1,622.00) | | | | | | | | |
| | 5/30/2023 | 300 | ($8.45) | ($2,535.00) | | | | | | | | |
| | 5/30/2023 | 100 | ($8.49) | ($848.64) | | | | | | | | |
| | 5/31/2023 | 100 | ($8.84) | ($884.10) | | | | | | | | |
| | 5/31/2023 | 500 | ($8.89) | ($4,444.90) | | | | | | | | |
| | 6/6/2023 | 50 | ($8.80) | ($439.75) | | | | | | | | |
| | 6/7/2023 | 50 | ($9.41) | ($470.50) | | | | | | | | |
| | 6/12/2023 | 50 | ($10.00) | ($500.00) | | | | | | | | |
| | 6/13/2023 | 100 | ($10.90) | ($1,090.00) | | | | | | | | |
| | 6/14/2023 | 150 | ($12.00) | ($1,800.00) | | | | | | | | |
| | 6/14/2023 | 150 | ($11.96) | ($1,794.00) | | | | | | | | |
| | 6/14/2023 | 62 | ($11.97) | ($742.14) | | | | | | | | |
| | 6/14/2023 | 88 | ($11.98) | ($1,054.24) | | | | | | | | |
| | 6/14/2023 | 50 | ($11.80) | ($590.00) | | | | | | | | |
| | 6/14/2023 | 300 | ($11.96) | ($3,588.00) | | | | | | | | |
| | 6/14/2023 | 200 | ($10.75) | ($2,149.66) | | | | | | | | |
| | 6/15/2023 | 100 | ($10.48) | ($1,048.00) | | | | | | | | |
| | 6/15/2023 | 300 | ($11.02) | ($3,305.73) | | | | | | | | |
| | 6/20/2023 | 100 | ($10.28) | ($1,028.00) | | | | | | | | |
| | 6/20/2023 | 300 | ($10.29) | ($3,086.67) | | | | | | | | |
| | 7/5/2023 | 500 | ($10.45) | ($5,225.00) | | | | | | | | |
| | 7/5/2023 | 500 | ($10.31) | ($5,152.50) | | | | | | | | |
| | 7/5/2023 | 100 | ($10.86) | ($1,085.50) | | | | | | | | |
| | 7/10/2023 | 400 | ($10.70) | ($4,279.80) | | | | | | | | |
| | 7/12/2023 | 50 | ($11.47) | ($573.25) | | | | | | | | |
| | 7/13/2023 | 50 | ($11.63) | ($581.50) | | | | | | | | |
| | 7/14/2023 | 100 | ($13.28) | ($1,328.00) | | | | | | | | |
| | 7/14/2023 | 100 | ($13.19) | ($1,319.00) | | | | | | | | |
| | 7/14/2023 | 124 | ($13.19) | ($1,635.56) | | | | | | | | |
| | 7/14/2023 | 76 | ($13.20) | ($1,003.20) | | | | | | | | |
| | 7/14/2023 | 100 | ($13.24) | ($1,324.00) | | | | | | | | |
| | 7/14/2023 | 200 | ($13.31) | ($2,662.00) | | | | | | | | |
| | 7/19/2023 | 100 | ($13.34) | ($1,333.86) | | | | | | | | |
| | 7/20/2023 | 100 | ($12.56) | ($1,255.65) | | | | | | | | |
| | 7/20/2023 | 200 | ($12.66) | ($2,532.00) | | | | | | | | |
| | 7/21/2023 | 100 | ($12.53) | ($1,253.00) | | | | | | | | |
| | 7/31/2023 | 50 | ($12.51) | ($625.46) | | | | | | | | |
| | 8/4/2023 | 50 | ($11.85) | ($592.50) | | | | | | | | |
| | 8/4/2023 | 100 | ($11.85) | ($1,185.00) | | | | | | | | |
| | 8/14/2023 | 100 | ($9.22) | ($922.00) | | | | | | | | |

| Date | Qty | Per | Total |
|---|---|---|---|
| 9/11/2023 | 400 | ($8.02) | ($3,208.00) |
| 9/11/2023 | 300 | ($8.03) | ($2,409.00) |
| 9/15/2023 | 200 | ($8.84) | ($1,768.00) |
| 10/12/2023 | 300 | ($7.57) | ($2,271.00) |
| 11/2/2023 | 200 | ($6.06) | ($1,211.00) |
| 11/3/2023 | 500 | ($6.29) | ($3,145.00) |
| 11/10/2023 | 100 | ($3.30) | ($329.51) |
| 11/10/2023 | 50 | ($3.39) | ($169.30) |
| 11/10/2023 | 50 | ($3.38) | ($168.75) |
| 11/13/2023 | 100 | ($3.50) | ($349.51) |
| 11/14/2023 | 200 | ($3.49) | ($698.00) |
| 11/14/2023 | 300 | ($3.79) | ($1,135.50) |
| 11/14/2023 | 300 | ($3.86) | ($1,156.62) |
| 11/14/2023 | 300 | ($3.89) | ($1,165.53) |
| 11/14/2023 | 400 | ($4.03) | ($1,610.64) |
| 11/14/2023 | 200 | ($3.95) | ($789.34) |
| 11/15/2023 | 100 | ($4.46) | ($446.00) |
| 11/15/2023 | 100 | ($4.46) | ($446.00) |
| 11/15/2023 | 100 | ($4.46) | ($446.00) |
| 11/15/2023 | 62 | ($4.46) | ($276.52) |
| 11/15/2023 | 138 | ($4.46) | ($615.48) |
| 11/15/2023 | 300 | ($4.38) | ($1,314.00) |
| 11/16/2023 | 200 | ($4.05) | ($810.00) |
| 11/16/2023 | 200 | ($4.05) | ($810.00) |
| 11/28/2023 | 200 | ($3.64) | ($727.96) |
| 11/29/2023 | 50 | ($4.13) | ($206.29) |
| 12/4/2023 | 150 | ($4.58) | ($686.57) |
| 12/6/2023 | 300 | ($4.05) | ($1,214.28) |
| 12/6/2023 | 500 | ($4.05) | ($2,022.55) |
| | 16050 | | ($131,026.95) | 6300 | $23,598.85 | 9750 $34,804.30 | ($72,623.79) |