# EXHIBIT A

**Plug Power Inc. (PLUG)**
**Class Period: March 1, 2023 to January 16, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $3.5581 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | |
| David Bruder | Common Stock | | 342,708 | | ($3,895,618) | | (342,708) | | $3,526,785 | 0 | $0 | ($368,833) | ($368,833) |
| Randy Slipher | Common Stock | | 87,000 | | ($838,036) | | (34,000) | | $342,629 | 73,000 | $259,739 | ($478,332) | ($306,829) |
| | | | | | | | | | | | | | |
| **David Bruder; Randy Slipher** | **Common Stock** | | **429,708** | | **($4,733,653)** | | **(376,708)** | | **$3,869,415** | **73,000** | **$259,739** | **($847,165)** | **($675,662)** |
| | | | | | | | | | | | | | |
| David Bruder | Common Stock | 4/4/2023 | 3,000 | $10.4800 | ($31,440) | 4/12/2023 | (13,000) | $10.2000 | $132,600 | | | | |
| David Bruder | Common Stock | 4/5/2023 | 2,000 | $10.2700 | ($20,540) | 6/12/2023 | (30,000) | $10.0500 | $301,500 | | | | |
| David Bruder | Common Stock | 4/6/2023 | 5,000 | $9.4100 | ($47,050) | 6/16/2023 | (9,953) | $10.9700 | $109,184 | | | | |
| David Bruder | Common Stock | 4/11/2023 | 3,000 | $9.3600 | ($28,080) | 6/16/2023 | (12,135) | $11.0200 | $133,728 | | | | |
| David Bruder | Common Stock | 4/12/2023 | 13,000 | $9.5000 | ($123,500) | 7/10/2023 | (25,000) | $10.9600 | $274,000 | | | | |
| David Bruder | Common Stock | 4/13/2023 | 7,000 | $9.3900 | ($65,730) | 7/10/2023 | (25,000) | $10.9600 | $274,000 | | | | |
| David Bruder | Common Stock | 5/24/2023 | 5,000 | $8.2600 | ($41,300) | 7/10/2023 | (22,012) | $10.9400 | $240,811 | | | | |
| David Bruder | Common Stock | 6/7/2023 | 5,000 | $9.4100 | ($47,050) | 7/17/2023 | (20,000) | $12.8700 | $257,400 | | | | |
| David Bruder | Common Stock | 6/14/2023 | 10,000 | $10.5300 | ($105,300) | 7/17/2023 | (20,000) | $12.9000 | $258,000 | | | | |
| David Bruder | Common Stock | 6/14/2023 | 20,000 | $10.7600 | ($215,200) | 7/31/2023 | (25,000) | $12.7500 | $318,750 | | | | |
| David Bruder | Common Stock | 6/15/2023 | 5,000 | $10.9500 | ($54,750) | 7/31/2023 | (25,000) | $12.7200 | $318,000 | | | | |
| David Bruder | Common Stock | 6/16/2023 | 12,100 | $10.5200 | ($127,292) | 7/31/2023 | (25,000) | $12.6500 | $316,250 | | | | |
| David Bruder | Common Stock | 6/20/2023 | 2,500 | $10.4000 | ($26,000) | 7/31/2023 | (608) | $12.7500 | $7,752 | | | | |
| David Bruder | Common Stock | 6/23/2023 | 2,500 | $9.3000 | ($23,250) | 8/7/2023 | (10,000) | $10.9500 | $109,500 | | | | |
| David Bruder | Common Stock | 6/29/2023 | 2,000 | $9.7100 | ($19,420) | 8/8/2023 | (5,000) | $10.4600 | $52,300 | | | | |
| David Bruder | Common Stock | 6/29/2023 | 3,000 | $9.9900 | ($29,970) | 8/8/2023 | (5,000) | $10.4100 | $52,050 | | | | |
| David Bruder | Common Stock | 7/3/2023 | 3,000 | $10.5200 | ($31,560) | 8/11/2023 | (12,990) | $9.1000 | $118,209 | | | | |
| David Bruder | Common Stock | 7/6/2023 | 10,000 | $9.8400 | ($98,400) | 8/21/2023 | (667) | $8.9300 | $5,956 | | | | |
| David Bruder | Common Stock | 7/6/2023 | 10,000 | $9.8500 | ($98,500) | 8/25/2023 | (3,648) | $8.2000 | $29,914 | | | | |
| David Bruder | Common Stock | 7/6/2023 | 8,000 | $9.8300 | ($78,640) | 10/4/2023 | (5,000) | $6.5300 | $32,650 | | | | |
| David Bruder | Common Stock | 7/6/2023 | 2,000 | $10.0500 | ($20,100) | 10/5/2023 | (6,695) | $6.3900 | $42,781 | | | | |
| David Bruder | Common Stock | 7/6/2023 | 4,000 | $10.1400 | ($40,560) | 11/13/2023 | (20,000) | $3.4500 | $69,000 | | | | |
| David Bruder | Common Stock | 7/14/2023 | 15,000 | $12.0300 | ($180,450) | 11/13/2023 | (21,000) | $3.4500 | $72,450 | | | | |
| David Bruder | Common Stock | 7/14/2023 | 25,000 | $12.0800 | ($302,000) | | | | | | | | |
| David Bruder | Common Stock | 7/20/2023 | 11,608 | $12.5100 | ($145,216) | | | | | | | | |
| David Bruder | Common Stock | 7/20/2023 | 25,000 | $12.5300 | ($313,250) | | | | | | | | |
| David Bruder | Common Stock | 7/21/2023 | 2,000 | $12.5000 | ($25,000) | | | | | | | | |
| David Bruder | Common Stock | 7/21/2023 | 12,000 | $12.3200 | ($147,840) | | | | | | | | |
| David Bruder | Common Stock | 7/21/2023 | 25,000 | $12.2900 | ($307,250) | | | | | | | | |
| David Bruder | Common Stock | 8/2/2023 | 3,470 | $12.4700 | ($43,271) | | | | | | | | |
| David Bruder | Common Stock | 8/2/2023 | 15,000 | $11.6700 | ($175,050) | | | | | | | | |
| David Bruder | Common Stock | 8/2/2023 | 21,530 | $12.1300 | ($261,159) | | | | | | | | |
| David Bruder | Common Stock | 8/2/2023 | 25,000 | $12.4100 | ($310,250) | | | | | | | | |
| David Bruder | Common Stock | 8/2/2023 | 25,000 | $12.4500 | ($311,250) | | | | | | | | |
| **David Bruder** | **Common Stock** | | **342,708** | | **($3,895,618)** | | **(342,708)** | | **$3,526,785** | **0** | **$0** | **($368,833)** | **($368,833)** |
| | | | | | | | | | | | | | |
| Randy Slipher | Common Stock | | | | | Preclass | 20,000 | | | | | | |
| Randy Slipher | Common Stock | 3/2/2023 | 1,000 | $13.5500 | ($13,550) | 5/22/2023 | (2,000) | $8.5000 | $17,000 | | | | |
| Randy Slipher | Common Stock | 3/2/2023 | 2,000 | $13.3300 | ($26,660) | 7/13/2023 | (2,000) | $12.0800 | $24,160 | | | | |
| Randy Slipher | Common Stock | 3/2/2023 | 2,000 | $13.0000 | ($26,000) | 7/13/2023 | (2,000) | $12.1000 | $24,200 | | | | |
| Randy Slipher | Common Stock | 3/2/2023 | 1,400 | $12.7500 | ($17,850) | 7/13/2023 | (3,000) | $12.1500 | $36,450 | | | | |

*Avg Closing Prices from January 17, 2024 to April 15, 2024

**Plug Power Inc. (PLUG)**
**Class Period: March 1, 2023 to January 16, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | | Purchase or Acquire | | | | Sales | | | | Shares | 90-Days* Mean Price $3.5581 Estimated | FIFO Estimated | LIFO Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Security Type | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) | Gain(Loss) |
| Randy Slipher | Common Stock | 3/2/2023 | 100 | $12.7500 | ($1,275) | 7/13/2023 | (2,000) | $12.4000 | $24,800 | | | | |
| Randy Slipher | Common Stock | 3/2/2023 | 300 | $12.7500 | ($3,825) | 7/13/2023 | (2,000) | $12.5000 | $25,000 | | | | |
| Randy Slipher | Common Stock | 3/2/2023 | 76 | $12.7500 | ($969) | 7/13/2023 | (2,000) | $12.6500 | $25,300 | | | | |
| Randy Slipher | Common Stock | 3/2/2023 | 124 | $12.7500 | ($1,581) | 7/13/2023 | (1,000) | $12.7400 | $12,740 | | | | |
| Randy Slipher | Common Stock | 3/2/2023 | 500 | $12.5000 | ($6,250) | 7/13/2023 | (321) | $12.8000 | $4,109 | | | | |
| Randy Slipher | Common Stock | 3/10/2023 | 500 | $12.7500 | ($6,375) | 7/14/2023 | (1,000) | $13.2900 | $13,290 | | | | |
| Randy Slipher | Common Stock | 3/10/2023 | 1,000 | $12.7000 | ($12,700) | 7/14/2023 | (975) | $13.3300 | $12,997 | | | | |
| Randy Slipher | Common Stock | 3/10/2023 | 498 | $12.4100 | ($6,180) | 7/14/2023 | (1,000) | $13.2700 | $13,270 | | | | |
| Randy Slipher | Common Stock | 3/10/2023 | 2 | $12.4100 | ($25) | 7/14/2023 | (2,000) | $13.2800 | $26,560 | | | | |
| Randy Slipher | Common Stock | 3/10/2023 | 1,000 | $12.4000 | ($12,400) | 7/14/2023 | (1,000) | $13.3200 | $13,320 | | | | |
| Randy Slipher | Common Stock | 3/10/2023 | 1,000 | $12.4100 | ($12,410) | 7/19/2023 | (704) | $13.4000 | $9,434 | | | | |
| Randy Slipher | Common Stock | 3/10/2023 | 500 | $12.2000 | ($6,100) | 7/31/2023 | (1,000) | $13.0000 | $13,000 | | | | |
| Randy Slipher | Common Stock | 3/10/2023 | 1,000 | $12.0000 | ($12,000) | 12/28/2023 | (10,000) | $4.7000 | $47,000 | | | | |
| Randy Slipher | Common Stock | 3/15/2023 | 1,000 | $11.7800 | ($11,780) | | | | | | | | |
| Randy Slipher | Common Stock | 3/15/2023 | 299 | $11.7600 | ($3,516) | | | | | | | | |
| Randy Slipher | Common Stock | 3/15/2023 | 701 | $11.7600 | ($8,244) | | | | | | | | |
| Randy Slipher | Common Stock | 3/15/2023 | 600 | $11.7600 | ($7,056) | | | | | | | | |
| Randy Slipher | Common Stock | 3/15/2023 | 100 | $11.7600 | ($1,176) | | | | | | | | |
| Randy Slipher | Common Stock | 3/15/2023 | 300 | $11.7600 | ($3,528) | | | | | | | | |
| Randy Slipher | Common Stock | 3/15/2023 | 1,000 | $11.5000 | ($11,500) | | | | | | | | |
| Randy Slipher | Common Stock | 3/17/2023 | 1,000 | $11.0000 | ($11,000) | | | | | | | | |
| Randy Slipher | Common Stock | 3/27/2023 | 2,000 | $10.7700 | ($21,540) | | | | | | | | |
| Randy Slipher | Common Stock | 3/28/2023 | 1,000 | $10.3600 | ($10,360) | | | | | | | | |
| Randy Slipher | Common Stock | 3/28/2023 | 5 | $10.3500 | ($52) | | | | | | | | |
| Randy Slipher | Common Stock | 3/28/2023 | 100 | $10.3500 | ($1,035) | | | | | | | | |
| Randy Slipher | Common Stock | 3/28/2023 | 995 | $10.3600 | ($10,308) | | | | | | | | |
| Randy Slipher | Common Stock | 4/5/2023 | 1,900 | $10.3900 | ($19,741) | | | | | | | | |
| Randy Slipher | Common Stock | 4/5/2023 | 200 | $9.9800 | ($1,996) | | | | | | | | |
| Randy Slipher | Common Stock | 4/5/2023 | 1,800 | $9.9800 | ($17,964) | | | | | | | | |
| Randy Slipher | Common Stock | 4/5/2023 | 2,000 | $9.6200 | ($19,240) | | | | | | | | |
| Randy Slipher | Common Stock | 4/6/2023 | 2,000 | $9.4000 | ($18,800) | | | | | | | | |
| Randy Slipher | Common Stock | 4/6/2023 | 2,000 | $9.3700 | ($18,740) | | | | | | | | |
| Randy Slipher | Common Stock | 4/6/2023 | 2,000 | $9.3500 | ($18,700) | | | | | | | | |
| Randy Slipher | Common Stock | 4/6/2023 | 131 | $9.3200 | ($1,221) | | | | | | | | |
| Randy Slipher | Common Stock | 4/6/2023 | 287 | $9.3200 | ($2,675) | | | | | | | | |
| Randy Slipher | Common Stock | 4/6/2023 | 1,574 | $9.3200 | ($14,670) | | | | | | | | |
| Randy Slipher | Common Stock | 4/6/2023 | 8 | $9.3200 | ($75) | | | | | | | | |
| Randy Slipher | Common Stock | 4/14/2023 | 3,000 | $9.0000 | ($27,000) | | | | | | | | |
| Randy Slipher | Common Stock | 5/12/2023 | 2,000 | $7.5400 | ($15,080) | | | | | | | | |
| Randy Slipher | Common Stock | 7/25/2023 | 1,000 | $12.0000 | ($12,000) | | | | | | | | |
| Randy Slipher | Common Stock | 8/2/2023 | 2,000 | $11.9000 | ($23,800) | | | | | | | | |
| Randy Slipher | Common Stock | 8/2/2023 | 478 | $11.6000 | ($5,545) | | | | | | | | |
| Randy Slipher | Common Stock | 8/2/2023 | 522 | $11.6300 | ($6,071) | | | | | | | | |
| Randy Slipher | Common Stock | 8/2/2023 | 1,000 | $11.5000 | ($11,500) | | | | | | | | |
| Randy Slipher | Common Stock | 8/2/2023 | 5,000 | $11.4000 | ($57,000) | | | | | | | | |
| Randy Slipher | Common Stock | 8/7/2023 | 1,000 | $10.9500 | ($10,950) | | | | | | | | |
| Randy Slipher | Common Stock | 8/7/2023 | 2,000 | $11.0000 | ($22,000) | | | | | | | | |
| Randy Slipher | Common Stock | 8/7/2023 | 2,000 | $10.9900 | ($21,980) | | | | | | | | |
| Randy Slipher | Common Stock | 8/7/2023 | 2,000 | $10.8500 | ($21,700) | | | | | | | | |
| Randy Slipher | Common Stock | 8/8/2023 | 2,000 | $10.6000 | ($21,200) | | | | | | | | |

*Avg Closing Prices from January 17, 2024 to April 15, 2024

**Plug Power Inc. (PLUG)**
**Class Period: March 1, 2023 to January 16, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $3.5581 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Randy Slipher | Common Stock | 8/10/2023 | 4,000 | $9.3300 | ($37,320) | | | | | | | | |
| Randy Slipher | Common Stock | 8/10/2023 | 3,000 | $9.3300 | ($27,990) | | | | | | | | |
| Randy Slipher | Common Stock | 8/10/2023 | 1,000 | $9.3000 | ($9,300) | | | | | | | | |
| Randy Slipher | Common Stock | 8/14/2023 | 600 | $8.9000 | ($5,340) | | | | | | | | |
| Randy Slipher | Common Stock | 8/15/2023 | 2,400 | $8.9100 | ($21,384) | | | | | | | | |
| Randy Slipher | Common Stock | 9/21/2023 | 2,000 | $7.6000 | ($15,200) | | | | | | | | |
| Randy Slipher | Common Stock | 9/22/2023 | 2,000 | $7.5500 | ($15,100) | | | | | | | | |
| Randy Slipher | Common Stock | 10/20/2023 | 2,000 | $6.2500 | ($12,500) | | | | | | | | |
| Randy Slipher | Common Stock | 11/10/2023 | 1,000 | $3.8000 | ($3,800) | | | | | | | | |
| Randy Slipher | Common Stock | 11/10/2023 | 1,000 | $3.6900 | ($3,690) | | | | | | | | |
| Randy Slipher | Common Stock | 11/10/2023 | 8,000 | $3.6900 | ($29,520) | | | | | | | | |
| **Randy Slipher** | **Common Stock** | | **87,000** | | **($838,036)** | | **(34,000)** | | **$342,629** | **73,000** | **$259,739** | **($478,332)** | **($306,829)** |

*Avg Closing Prices from January 17, 2024 to April 15, 2024