# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, David Bruder _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Plug Power Inc. ("Plug") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Plug securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Plug securities during the Class Period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. The attached sheet lists all of my transactions in Plug securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


**Executed**  05 / 16 / 2024
_____
                **(Date)**



_____
                **(Signature)**

David Bruder

_____
           **(Type or Print Name)**

Doc ID: 75c478a9cbbf1586e4cc981e5ab9fda639bf23d1

**Plug Power Inc. (PLUG)**                                                                                  **David Bruder**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | Common Stock | 4/4/2023 | 3,000 | $10.4800 |
| Purchase | Common Stock | 4/5/2023 | 2,000 | $10.2700 |
| Purchase | Common Stock | 4/6/2023 | 5,000 | $9.4100 |
| Purchase | Common Stock | 4/11/2023 | 3,000 | $9.3600 |
| Purchase | Common Stock | 4/12/2023 | 13,000 | $9.5000 |
| Purchase | Common Stock | 4/13/2023 | 7,000 | $9.3900 |
| Purchase | Common Stock | 5/24/2023 | 5,000 | $8.2600 |
| Purchase | Common Stock | 6/7/2023 | 5,000 | $9.4100 |
| Purchase | Common Stock | 6/14/2023 | 10,000 | $10.5300 |
| Purchase | Common Stock | 6/14/2023 | 20,000 | $10.7600 |
| Purchase | Common Stock | 6/15/2023 | 5,000 | $10.9500 |
| Purchase | Common Stock | 6/16/2023 | 12,100 | $10.5200 |
| Purchase | Common Stock | 6/20/2023 | 2,500 | $10.4000 |
| Purchase | Common Stock | 6/23/2023 | 2,500 | $9.3000 |
| Purchase | Common Stock | 6/29/2023 | 2,000 | $9.7100 |
| Purchase | Common Stock | 6/29/2023 | 3,000 | $9.9900 |
| Purchase | Common Stock | 7/3/2023 | 3,000 | $10.5200 |
| Purchase | Common Stock | 7/6/2023 | 10,000 | $9.8400 |
| Purchase | Common Stock | 7/6/2023 | 10,000 | $9.8500 |
| Purchase | Common Stock | 7/6/2023 | 8,000 | $9.8300 |
| Purchase | Common Stock | 7/6/2023 | 2,000 | $10.0500 |
| Purchase | Common Stock | 7/6/2023 | 4,000 | $10.1400 |
| Purchase | Common Stock | 7/14/2023 | 15,000 | $12.0300 |
| Purchase | Common Stock | 7/14/2023 | 25,000 | $12.0800 |
| Purchase | Common Stock | 7/20/2023 | 11,608 | $12.5100 |
| Purchase | Common Stock | 7/20/2023 | 25,000 | $12.5300 |
| Purchase | Common Stock | 7/21/2023 | 2,000 | $12.5000 |
| Purchase | Common Stock | 7/21/2023 | 12,000 | $12.3200 |
| Purchase | Common Stock | 7/21/2023 | 25,000 | $12.2900 |
| Purchase | Common Stock | 8/2/2023 | 3,470 | $12.4700 |
| Purchase | Common Stock | 8/2/2023 | 15,000 | $11.6700 |
| Purchase | Common Stock | 8/2/2023 | 21,530 | $12.1300 |
| Purchase | Common Stock | 8/2/2023 | 25,000 | $12.4100 |
| Purchase | Common Stock | 8/2/2023 | 25,000 | $12.4500 |
| Sale | Common Stock | 4/12/2023 | (13,000) | $10.2000 |
| Sale | Common Stock | 6/12/2023 | (30,000) | $10.0500 |
| Sale | Common Stock | 6/16/2023 | (9,953) | $10.9700 |
| Sale | Common Stock | 6/16/2023 | (12,135) | $11.0200 |
| Sale | Common Stock | 7/10/2023 | (25,000) | $10.9600 |
| Sale | Common Stock | 7/10/2023 | (25,000) | $10.9600 |
| Sale | Common Stock | 7/10/2023 | (22,012) | $10.9400 |
| Sale | Common Stock | 7/17/2023 | (20,000) | $12.8700 |
| Sale | Common Stock | 7/17/2023 | (20,000) | $12.9000 |
| Sale | Common Stock | 7/31/2023 | (25,000) | $12.7500 |
| Sale | Common Stock | 7/31/2023 | (25,000) | $12.7200 |
| Sale | Common Stock | 7/31/2023 | (25,000) | $12.6500 |
| Sale | Common Stock | 7/31/2023 | (608) | $12.7500 |
| Sale | Common Stock | 8/7/2023 | (10,000) | $10.9500 |
| Sale | Common Stock | 8/8/2023 | (5,000) | $10.4600 |
| Sale | Common Stock | 8/8/2023 | (5,000) | $10.4100 |
| Sale | Common Stock | 8/11/2023 | (12,990) | $9.1000 |
| Sale | Common Stock | 8/21/2023 | (667) | $8.9300 |
| Sale | Common Stock | 8/25/2023 | (3,648) | $8.2000 |
| Sale | Common Stock | 10/4/2023 | (5,000) | $6.5300 |
| Sale | Common Stock | 10/5/2023 | (6,695) | $6.3900 |
| Sale | Common Stock | 11/13/2023 | (20,000) | $3.4500 |
| Sale | Common Stock | 11/13/2023 | (21,000) | $3.4500 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, Randy Slipher, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Plug Power Inc. ("Plug") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Plug securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Plug securities during the Class Period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  The attached sheet lists all of my transactions in Plug securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have sought to serve as a representative party and/or filed a complaint on behalf of a class under the federal securities laws in the following actions:

- *Khan v. ChargePoint Holdings, Inc. et al.*, 5:23-cv-06172 (N.D. Cal.);
- *Slipher v. Washington Prime Group, Inc. et al.*, 2:21-cv-02757 (S.D. Ohio); and
- *Rico v. Lordstown Motors Corp. et al.*, 4:21-cv-00616 (N.D. Ohio).

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 5/13/2024

_____

**(Date)**

DocuSigned by:

*Randy Slipher*

06E4A3C4DF5546C...

**(Signature)**

**Randy Slipher**

**Plug Power Inc. (PLUG)**                                                                                                **Randy Slipher**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | Common Stock | 3/2/2023 | 1,000 | $13.5500 |
| Purchase | Common Stock | 3/2/2023 | 2,000 | $13.3300 |
| Purchase | Common Stock | 3/2/2023 | 2,000 | $13.0000 |
| Purchase | Common Stock | 3/2/2023 | 1,400 | $12.7500 |
| Purchase | Common Stock | 3/2/2023 | 100 | $12.7500 |
| Purchase | Common Stock | 3/2/2023 | 300 | $12.7500 |
| Purchase | Common Stock | 3/2/2023 | 76 | $12.7500 |
| Purchase | Common Stock | 3/2/2023 | 124 | $12.7500 |
| Purchase | Common Stock | 3/2/2023 | 500 | $12.5000 |
| Purchase | Common Stock | 3/10/2023 | 500 | $12.7500 |
| Purchase | Common Stock | 3/10/2023 | 1,000 | $12.7000 |
| Purchase | Common Stock | 3/10/2023 | 498 | $12.4100 |
| Purchase | Common Stock | 3/10/2023 | 2 | $12.4100 |
| Purchase | Common Stock | 3/10/2023 | 1,000 | $12.4000 |
| Purchase | Common Stock | 3/10/2023 | 1,000 | $12.4100 |
| Purchase | Common Stock | 3/10/2023 | 500 | $12.2000 |
| Purchase | Common Stock | 3/10/2023 | 1,000 | $12.0000 |
| Purchase | Common Stock | 3/15/2023 | 1,000 | $11.7800 |
| Purchase | Common Stock | 3/15/2023 | 299 | $11.7600 |
| Purchase | Common Stock | 3/15/2023 | 701 | $11.7600 |
| Purchase | Common Stock | 3/15/2023 | 600 | $11.7600 |
| Purchase | Common Stock | 3/15/2023 | 100 | $11.7600 |
| Purchase | Common Stock | 3/15/2023 | 300 | $11.7600 |
| Purchase | Common Stock | 3/15/2023 | 1,000 | $11.5000 |
| Purchase | Common Stock | 3/17/2023 | 1,000 | $11.0000 |
| Purchase | Common Stock | 3/27/2023 | 2,000 | $10.7700 |
| Purchase | Common Stock | 3/28/2023 | 1,000 | $10.3600 |
| Purchase | Common Stock | 3/28/2023 | 5 | $10.3500 |
| Purchase | Common Stock | 3/28/2023 | 100 | $10.3500 |
| Purchase | Common Stock | 3/28/2023 | 995 | $10.3600 |
| Purchase | Common Stock | 4/5/2023 | 1,900 | $10.3900 |
| Purchase | Common Stock | 4/5/2023 | 200 | $9.9800 |
| Purchase | Common Stock | 4/5/2023 | 1,800 | $9.9800 |
| Purchase | Common Stock | 4/5/2023 | 2,000 | $9.6200 |
| Purchase | Common Stock | 4/6/2023 | 2,000 | $9.4000 |
| Purchase | Common Stock | 4/6/2023 | 2,000 | $9.3700 |
| Purchase | Common Stock | 4/6/2023 | 2,000 | $9.3500 |
| Purchase | Common Stock | 4/6/2023 | 131 | $9.3200 |
| Purchase | Common Stock | 4/6/2023 | 287 | $9.3200 |
| Purchase | Common Stock | 4/6/2023 | 1,574 | $9.3200 |
| Purchase | Common Stock | 4/6/2023 | 8 | $9.3200 |
| Purchase | Common Stock | 4/14/2023 | 3,000 | $9.0000 |
| Purchase | Common Stock | 5/12/2023 | 2,000 | $7.5400 |
| Purchase | Common Stock | 7/25/2023 | 1,000 | $12.0000 |
| Purchase | Common Stock | 8/2/2023 | 2,000 | $11.9000 |
| Purchase | Common Stock | 8/2/2023 | 478 | $11.6000 |
| Purchase | Common Stock | 8/2/2023 | 522 | $11.6300 |
| Purchase | Common Stock | 8/2/2023 | 1,000 | $11.5000 |
| Purchase | Common Stock | 8/2/2023 | 5,000 | $11.4000 |
| Purchase | Common Stock | 8/7/2023 | 1,000 | $10.9500 |
| Purchase | Common Stock | 8/7/2023 | 2,000 | $11.0000 |
| Purchase | Common Stock | 8/7/2023 | 2,000 | $10.9900 |
| Purchase | Common Stock | 8/7/2023 | 2,000 | $10.8500 |
| Purchase | Common Stock | 8/8/2023 | 2,000 | $10.6000 |
| Purchase | Common Stock | 8/10/2023 | 4,000 | $9.3300 |
| Purchase | Common Stock | 8/10/2023 | 3,000 | $9.3300 |
| Purchase | Common Stock | 8/10/2023 | 1,000 | $9.3000 |
| Purchase | Common Stock | 8/14/2023 | 600 | $8.9000 |
| Purchase | Common Stock | 8/15/2023 | 2,400 | $8.9100 |
| Purchase | Common Stock | 9/21/2023 | 2,000 | $7.6000 |

**Plug Power Inc. (PLUG)**                                                                 **Randy Slipher**

**List of Purchases and Sales**

| Transaction Type | Security Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Purchase | Common Stock | 9/22/2023 | 2,000 | $7.5500 |
| Purchase | Common Stock | 10/20/2023 | 2,000 | $6.2500 |
| Purchase | Common Stock | 11/10/2023 | 1,000 | $3.8000 |
| Purchase | Common Stock | 11/10/2023 | 1,000 | $3.6900 |
| Purchase | Common Stock | 11/10/2023 | 8,000 | $3.6900 |
| Sale | Common Stock | 5/22/2023 | (2,000) | $8.5000 |
| Sale | Common Stock | 7/13/2023 | (2,000) | $12.0800 |
| Sale | Common Stock | 7/13/2023 | (2,000) | $12.1000 |
| Sale | Common Stock | 7/13/2023 | (3,000) | $12.1500 |
| Sale | Common Stock | 7/13/2023 | (2,000) | $12.4000 |
| Sale | Common Stock | 7/13/2023 | (2,000) | $12.5000 |
| Sale | Common Stock | 7/13/2023 | (2,000) | $12.6500 |
| Sale | Common Stock | 7/13/2023 | (1,000) | $12.7400 |
| Sale | Common Stock | 7/13/2023 | (321) | $12.8000 |
| Sale | Common Stock | 7/14/2023 | (1,000) | $13.2900 |
| Sale | Common Stock | 7/14/2023 | (975) | $13.3300 |
| Sale | Common Stock | 7/14/2023 | (1,000) | $13.2700 |
| Sale | Common Stock | 7/14/2023 | (2,000) | $13.2800 |
| Sale | Common Stock | 7/14/2023 | (1,000) | $13.3200 |
| Sale | Common Stock | 7/19/2023 | (704) | $13.4000 |
| Sale | Common Stock | 7/31/2023 | (1,000) | $13.0000 |
| Sale | Common Stock | 12/28/2023 | (10,000) | $4.7000 |