**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ETE ADOTE, Individually and on Behalf of
All Others Similarly Situated,

                Plaintiff,

     v.

PLUG POWER INC., ANDREW MARSH,
and PAUL B. MIDDLETON,

                Defendants.

Case No. 1:24-cv-00406 (MAD/DJS)

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

Subject to the approval of the Court, plaintiff Ete Adote and defendants Plug Power Inc., Andrew Marsh, and Paul B. Middleton, by their undersigned counsel, respectfully submit this stipulation and proposed order to address preliminary procedural matters in this putative class action asserting claims under the federal securities laws, including to extend all defendants' time to respond to the complaint pending resolution of lead plaintiff motions and adjourning an initial scheduling conference scheduled to take place on June 24, 2024 and associated deadlines. Dkt. No. 3.

WHEREAS:

A.      Plaintiff filed his complaint on March 22, 2024 (the "Complaint"). Dkt. No. 1. The Complaint asserts claims under the federal securities laws on behalf of a putative class. The action therefore is subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including for the appointment of lead plaintiff and approval of lead plaintiff's counsel and for the automatic stay of discovery during the pendency of motions to dismiss. *See* 15 U.S.C. § 78u-4.

B.    On March 25, 2024, the Court issued an order, pursuant to General Order No. 25, setting an initial conference before Magistrate Judge Daniel J. Stewart for June 24, 2024, and requiring the parties to file a civil case management plan and to exchange disclosures required under Rule 26(a)(1) of the Federal Rules of Civil Procedure on or before June 17, 2024. Dkt. No. 3.

C.    Defendants received and signed waivers of service, which therefore provide for a deadline of June 17, 2024 to respond to the Complaint under Rule 4 of the Federal Rules of Civil Procedure. Dkt. Nos. 7, 8.

D.    On May 21, 2024, six competing motions were filed to be appointed lead plaintiff(s) and for approval of counsel.  *See* 15 U.S.C. § 78u-4(a)(3); Dkt. Nos. 11, 13-17.  It is customary in putative class actions that are subject to the PSLRA for the appointed lead plaintiff to file an amended complaint or, in some cases, to designate the operative complaint from among multiple initial complaints filed in a consolidated action.

E.    Further, the PSLRA provides for an automatic stay of all discovery if the defendants file a motion to dismiss.  *See* 15 U.S.C. § 78u-4(b)(3)(B).  Any schedule for pre-trial proceedings, including discovery and initial disclosures under Rule 26(a)(1), would conflict with this statutory stay of discovery.

F.    In the interest of judicial economy, the parties agree that any response to the Complaint by any of the defendants, and any initial conference with the Court and any associated discovery deadlines, should be deferred until after the Court has entered an order appointing lead plaintiff(s).

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1.      The defendants shall not be required to answer or otherwise respond to the Complaint.

2.      Promptly after the Court has entered an order appointing lead plaintiff(s) pursuant to the PSLRA ("Lead Plaintiff Order"), lead plaintiff(s)'s counsel and counsel for defendants shall confer and agree upon a proposed schedule for:  the filing of an amended complaint (or the designation of the operative complaint); the defendants' deadline to move, answer, or otherwise respond to that pleading; and the schedule for briefing with respect to any motion filed by the defendants in lieu of an answer.

3.      No later than fourteen (14) days after entry of the Lead Plaintiff Order, the parties shall jointly submit a letter to the Court proposing the agreed-upon schedule for further proceedings discussed in accordance with the preceding paragraph.

4.      The parties respectfully request that the initial conference currently scheduled for June 24, 2024, and any associated deadlines (including without limitation the June 17, 2024 deadline to file a civil case management plan and exchange mandatory disclosures), be adjourned pending further order of the Court.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated:  May 28, 2024

POMERANTZ LLP


By:   */s/ Jeremy A. Lieberman*
    Jeremy A. Lieberman (Bar Roll No. 700864)
    J. Alexander Hood II (Bar Roll No. 700865)

600 Third Avenue, 20th Floor
New York, New York 10016
Tel:  (212) 661-1100
Fax: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff*


| | |
|---|---|
| DLA PIPER LLP (US) | BOIES SCHILLER FLEXNER LLP |

By:   */s/ John J. Clarke, Jr.*          By:   */s/ George F. Carpinello*
    John J. Clarke, Jr. (Bar Roll No. 705346)          George F. Carpinello
    Steven M. Rosato (Bar Roll No. 703375)          (Bar Roll No. 103750)

1251 Avenue of the Americas          30 South Pearl Street, 12th Floor
New York, New York 10020          Albany, New York 12207
Tel:  (212) 335-4500          Tel:  (518) 434-0600
Fax: (212) 335-4501          Fax: (518) 434-0665
john.clarke@us.dlapiper.com          gcarpinello@bsfllp.com
steven.rosato@us.dlapiper.com

*Counsel for Defendant Plug Power Inc.*          *Counsel for Defendants*
                                              *Andrew Marsh and Paul B. Middleton*


IT IS SO ORDERED:

Daniel J. Stewart
U.S. Magistrate Judge


Dated:  _____6/3/2024_____
        Albany, NY                    4