UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>            v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>                  Defendants. | Case No. 1:24-cv-00406-MAD-DJS<br><br>CLASS ACTION |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>            v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>                  Defendants. | Case No. 1:24-cv-00598-MAD-DJS<br><br>CLASS ACTION |

DECLARATION OF JEREMY A. LIEBERMAN: (1) IN FURTHER SUPPORT OF MOTION OF DAVID BRUDER AND RANDY SLIPHER FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of David Bruder and Randy Slipher (together, "Bruder and Slipher"), and have personal knowledge of the facts set forth herein.  I make this Declaration: (i) in further support of Bruder and Slipher's motion for consolidation of the above-captioned related actions, appointment as Co-Lead Plaintiffs for the Class, and approval of their selection of Pomerantz as Lead Counsel for the Class (Dkt. No. 17); and (ii) in opposition to competing motions.

2.      Attached hereto as Exhibit A is a true and correct copy of a Joint Declaration executed by Bruder and Slipher.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 11, 2024.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

1

**PROOF OF SERVICE**

I hereby certify that on June 11, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2