**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No.: 1:24-cv-406 (MAD/DJS)<br><br>Hon. Mae A. D'Agostino |
| DONGHO LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>Defendants. | Case No. 1:24-cv-406 (MAD/DJS)<br><br>Hon. Mae A. D'Agostino |

**SUPPLEMENTAL DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF SCOTT KEENAN AND JOSE MARTINEZ'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Gregory M. Nespole, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Scott Keenan and Jose Martinez ("Movants") and proposed Lead Counsel for the Class. I respectfully submit this supplemental declaration in further support of Movants' Motion for Consolidation of the *Adote v. Plug Power Inc., et. al.,* Case No. 1:24-CV-406 (MAD/DJS) and *Lee v. Plug Power Inc., et al.,* Case No. 1:24-cv-598 (MAD/DJS) actions (the "Actions"), Appointment as Co-Lead Plaintiffs, and Approval of Selection of Counsel for the

Class.

2.    Attached hereto as the exhibit is a true and correct copy of the following:

**Exhibit A**:    An annotated loss analysis identifying (in highlight) which of Messrs.

Bruder and Slipher's transactions resulted in gains.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: June 11, 2024                                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Gregory M. Nespole*
Gregory M. Nespole
(Bar Roll Number: 520397)
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com
Email: aapton@zlk.com

*Lead Counsel for Scott Keenan and Jose*
*Martinez and [Proposed] Lead Counsel for*
*the Class*