# EXHIBIT A

| Firm Name | Pomerantz LLP |
|---|---|
| Company Name | Plug Power Inc. |
| Ticker Symbol | PLUG |
| Security Type | |
| Class Period Start | 03-01-2023 |
| Class Period End | 01-16-2024 |
| 90-DAY Lookback Period Start | 01-17-2024 |
| 90-DAY Lookback Period End | 04-15-2024 |
| 90-DAY Lookback Average | $ 03.56 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $368,832.53 |
| DURA LIFO* Total | $201,372.49 |
| Gross Shares Purchased | 342,708 |
| Net Shares Retained | 0 |
| Net Funds Expended | $368,832.53 |

**David Bruder**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 04-04-2023 | 3000 | 10.48 | $ 31,440.00 | 06-12-2023 | 3000 | | $ 10.05 | $ 30,150.00 | - | - | - | $ 03.56 | | $ 1,290.00 | |
| 04-05-2023 | 2000 | 10.27 | $ 20,540.00 | 06-12-2023 | 2000 | | $ 10.05 | $ 20,100.00 | - | - | - | $ 03.56 | | $ 440.00 | |
| 04-06-2023 | 5000 | 9.41 | $ 47,050.00 | 06-12-2023 | 5000 | | $ 10.05 | $ 50,250.00 | - | - | - | $ 03.56 | | -$ 3,200.00 | -$ 3,200.00 |
| 04-11-2023 | 3000 | 9.36 | $ 28,080.00 | 06-12-2023 | 3000 | | $ 10.05 | $ 30,150.00 | - | - | - | $ 03.56 | | -$ 2,070.00 | -$ 2,070.00 |
| 04-12-2023 | 13000 | 9.5 | $ 123,500.00 | 04-12-2023 | 13000 | | $ 10.20 | $ 132,600.00 | - | - | - | $ 03.56 | | -$ 9,100.00 | -$ 9,100.00 |
| 04-13-2023 | 7000 | 9.39 | $ 65,730.00 | 06-12-2023 | 7000 | | $ 10.05 | $ 70,350.00 | - | - | - | $ 03.56 | | -$ 4,620.00 | -$ 4,620.00 |
| 05-24-2023 | 5000 | 8.26 | $ 41,300.00 | 06-12-2023 | 5000 | | $ 10.05 | $ 50,250.00 | - | - | - | $ 03.56 | | -$ 8,950.00 | -$ 8,950.00 |
| 06-07-2023 | 5000 | 9.41 | $ 47,050.00 | 06-12-2023 | 5000 | | $ 10.05 | $ 50,250.00 | - | - | - | $ 03.56 | | -$ 3,200.00 | -$ 3,200.00 |
| 06-14-2023 | 10000 | 10.53 | $ 105,300.00 | 07-10-2023 | 10000 | | $ 10.94 | $ 109,400.00 | - | - | - | $ 03.56 | | -$ 4,100.00 | -$ 4,100.00 |
| 06-14-2023 | 4988 | 10.76 | $ 53,670.88 | 06-16-2023 | 4988 | | $ 11.02 | $ 54,967.76 | - | - | - | $ 03.56 | | -$ 1,296.88 | -$ 1,296.88 |
| 06-14-2023 | 3000 | 10.76 | $ 32,280.00 | 07-10-2023 | 3000 | | $ 10.96 | $ 32,880.00 | - | - | - | $ 03.56 | | -$ 600.00 | -$ 600.00 |
| 06-14-2023 | 12012 | 10.76 | $ 129,249.12 | 07-10-2023 | 12012 | | $ 10.94 | $ 131,411.28 | - | - | - | $ 03.56 | | -$ 2,162.16 | -$ 2,162.16 |
| 06-15-2023 | 5000 | 10.95 | $ 54,750.00 | 06-16-2023 | 5000 | | $ 11.02 | $ 55,100.00 | - | - | - | $ 03.56 | | -$ 350.00 | -$ 350.00 |
| 06-16-2023 | 9953 | 10.52 | $ 104,705.56 | 06-16-2023 | 9953 | | $ 10.97 | $ 109,184.41 | - | - | - | $ 03.56 | | -$ 4,478.85 | -$ 4,478.85 |
| 06-16-2023 | 2147 | 10.52 | $ 22,586.44 | 06-16-2023 | 2147 | | $ 11.02 | $ 23,659.94 | - | - | - | $ 03.56 | | -$ 1,073.50 | -$ 1,073.50 |
| 06-20-2023 | 2500 | 10.4 | $ 26,000.00 | 07-10-2023 | 2500 | | $ 10.96 | $ 27,400.00 | - | - | - | $ 03.56 | | -$ 1,400.00 | -$ 1,400.00 |
| 06-23-2023 | 2500 | 9.3 | $ 23,250.00 | 07-10-2023 | 2500 | | $ 10.96 | $ 27,400.00 | - | - | - | $ 03.56 | | -$ 4,150.00 | -$ 4,150.00 |
| 06-29-2023 | 2000 | 9.71 | $ 19,420.00 | 07-10-2023 | 2000 | | $ 10.96 | $ 21,920.00 | - | - | - | $ 03.56 | | -$ 2,500.00 | -$ 2,500.00 |
| 06-29-2023 | 3000 | 9.99 | $ 29,970.00 | 07-10-2023 | 3000 | | $ 10.96 | $ 32,880.00 | - | - | - | $ 03.56 | | -$ 2,910.00 | -$ 2,910.00 |
| 07-03-2023 | 3000 | 10.52 | $ 31,560.00 | 07-10-2023 | 3000 | | $ 10.96 | $ 32,880.00 | - | - | - | $ 03.56 | | -$ 1,320.00 | -$ 1,320.00 |
| 07-06-2023 | 1000 | 9.84 | $ 9,840.00 | 07-10-2023 | 1000 | | $ 10.96 | $ 10,960.00 | - | - | - | $ 03.56 | | -$ 1,120.00 | -$ 1,120.00 |
| 07-06-2023 | 9000 | 9.84 | $ 88,560.00 | 07-10-2023 | 9000 | | $ 10.96 | $ 98,640.00 | - | - | - | $ 03.56 | | -$ 10,080.00 | -$ 10,080.00 |
| 07-06-2023 | 10000 | 9.85 | $ 98,500.00 | 07-10-2023 | 10000 | | $ 10.96 | $ 109,600.00 | - | - | - | $ 03.56 | | -$ 11,100.00 | -$ 11,100.00 |
| 07-06-2023 | 8000 | 9.83 | $ 78,640.00 | 07-10-2023 | 8000 | | $ 10.96 | $ 87,680.00 | - | - | - | $ 03.56 | | -$ 9,040.00 | -$ 9,040.00 |
| 07-06-2023 | 2000 | 10.05 | $ 20,100.00 | 07-10-2023 | 2000 | | $ 10.96 | $ 21,920.00 | - | - | - | $ 03.56 | | -$ 1,820.00 | -$ 1,820.00 |
| 07-06-2023 | 4000 | 10.14 | $ 40,560.00 | 07-10-2023 | 4000 | | $ 10.96 | $ 43,840.00 | - | - | - | $ 03.56 | | -$ 3,280.00 | -$ 3,280.00 |
| 07-14-2023 | 15000 | 12.03 | $ 180,450.00 | 07-17-2023 | 15000 | | $ 12.90 | $ 193,500.00 | - | - | - | $ 03.56 | | -$ 13,050.00 | -$ 13,050.00 |
| 07-14-2023 | 20000 | 12.08 | $ 241,600.00 | 07-17-2023 | 20000 | | $ 12.87 | $ 257,400.00 | - | - | - | $ 03.56 | | -$ 15,800.00 | -$ 15,800.00 |
| 07-14-2023 | 5000 | 12.08 | $ 60,400.00 | 07-17-2023 | 5000 | | $ 12.90 | $ 64,500.00 | - | - | - | $ 03.56 | | -$ 4,100.00 | -$ 4,100.00 |
| 07-20-2023 | 11000 | 12.51 | $ 137,610.00 | 07-31-2023 | 11000 | | $ 12.65 | $ 139,150.00 | - | - | - | $ 03.56 | | -$ 1,540.00 | -$ 1,540.00 |
| 07-20-2023 | 608 | 12.51 | $ 7,606.08 | 07-31-2023 | 608 | | $ 12.75 | $ 7,752.00 | - | - | - | $ 03.56 | | -$ 145.92 | -$ 145.92 |
| 07-20-2023 | 11000 | 12.53 | $ 137,830.00 | 07-31-2023 | 11000 | | $ 12.72 | $ 139,920.00 | - | - | - | $ 03.56 | | -$ 2,090.00 | -$ 2,090.00 |
| 07-20-2023 | 14000 | 12.53 | $ 175,420.00 | 07-31-2023 | 14000 | | $ 12.65 | $ 177,100.00 | - | - | - | $ 03.56 | | -$ 1,680.00 | -$ 1,680.00 |
| 07-21-2023 | 2000 | 12.5 | $ 25,000.00 | 07-31-2023 | 2000 | | $ 12.72 | $ 25,440.00 | - | - | - | $ 03.56 | | -$ 440.00 | -$ 440.00 |
| 07-21-2023 | 12000 | 12.32 | $ 147,840.00 | 07-31-2023 | 12000 | | $ 12.72 | $ 152,640.00 | - | - | - | $ 03.56 | | -$ 4,800.00 | -$ 4,800.00 |
| 07-21-2023 | 25000 | 12.29 | $ 307,250.00 | 07-31-2023 | 25000 | | $ 12.75 | $ 318,750.00 | - | - | - | $ 03.56 | | -$ 11,500.00 | -$ 11,500.00 |
| 08-02-2023 | 3470 | 12.47 | $ 43,270.90 | 11-13-2023 | 3470 | | $ 03.45 | $ 11,971.50 | - | - | - | $ 03.56 | | $ 31,299.40 | $ 31,299.40 |
| 08-02-2023 | 15000 | 11.67 | $ 175,050.00 | 11-13-2023 | 15000 | | $ 03.45 | $ 51,750.00 | - | - | - | $ 03.56 | | $ 123,300.00 | $ 123,300.00 |
| 08-02-2023 | 19000 | 12.13 | $ 230,470.00 | 11-13-2023 | 19000 | | $ 03.45 | $ 65,550.00 | - | - | - | $ 03.56 | | $ 164,920.00 | $ 164,920.00 |
| 08-02-2023 | 2530 | 12.13 | $ 30,688.90 | 11-13-2023 | 2530 | | $ 03.45 | $ 8,728.50 | - | - | - | $ 03.56 | | $ 21,960.40 | $ 21,960.40 |
| 08-02-2023 | 7990 | 12.41 | $ 99,155.90 | 08-11-2023 | 7990 | | $ 09.10 | $ 72,709.00 | - | - | - | $ 03.56 | | $ 26,446.90 | |
| 08-02-2023 | 667 | 12.41 | $ 8,277.47 | 08-21-2023 | 667 | | $ 08.93 | $ 5,956.31 | - | - | - | $ 03.56 | | $ 2,321.16 | |
| 08-02-2023 | 3648 | 12.41 | $ 45,271.68 | 08-25-2023 | 3648 | | $ 08.20 | $ 29,913.60 | - | - | - | $ 03.56 | | $ 15,358.08 | |
| 08-02-2023 | 5000 | 12.41 | $ 62,050.00 | 10-04-2023 | 5000 | | $ 06.53 | $ 32,650.00 | - | - | - | $ 03.56 | | $ 29,400.00 | |
| 08-02-2023 | 6695 | 12.41 | $ 83,084.95 | 10-05-2023 | 6695 | | $ 06.39 | $ 42,781.05 | - | - | - | $ 03.56 | | $ 40,303.90 | |
| 08-02-2023 | 1000 | 12.41 | $ 12,410.00 | 11-13-2023 | 1000 | | $ 03.45 | $ 3,450.00 | - | - | - | $ 03.56 | | $ 8,960.00 | $ 8,960.00 |
| 08-02-2023 | 10000 | 12.45 | $ 124,500.00 | 08-07-2023 | 10000 | | $ 10.95 | $ 109,500.00 | - | - | - | $ 03.56 | | $ 15,000.00 | |
| 08-02-2023 | 5000 | 12.45 | $ 62,250.00 | 08-08-2023 | 5000 | | $ 10.46 | $ 52,300.00 | - | - | - | $ 03.56 | | $ 9,950.00 | |
| 08-02-2023 | 5000 | 12.45 | $ 62,250.00 | 08-08-2023 | 5000 | | $ 10.41 | $ 52,050.00 | - | - | - | $ 03.56 | | $ 10,200.00 | |
| 08-02-2023 | 5000 | 12.45 | $ 62,250.00 | 08-11-2023 | 5000 | | $ 09.10 | $ 45,500.00 | - | - | - | $ 03.56 | | $ 16,750.00 | |
| **Total:** | **342,708** | | **$3,895,617.88** | | **342,708** | | | **$3,526,785.35** | | | | | | **$368,832.53** | **$201,372.49** |

| Firm Name | Pomerantz LLP |
|---|---|
| Company Name | Plug Power Inc. |
| Ticker Symbol | PLUG |
| Security Type | |
| Class Period Start | 03-01-2023 |
| Class Period End | 01-16-2024 |
| 90-DAY Lookback Period Start | 01-17-2024 |
| 90-DAY Lookback Period End | 04-15-2024 |
| 90-DAY Lookback Average | $ 03.56 |
| Pre Class Period Holdings | 20000 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $306,846.14 |
| DURA LIFO* Total | $306,846.14 |
| Gross Shares Purchased | 87,000 |
| Net Shares Retained | 53,000 |
| Net Funds Expended | $495,406.46 |

## Randy Slipher

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-02-2023 | 1000 | 13.55 | $13,550.00 | | | | | | - | 1000 | 1000 | $03.56 | $3,557.74 | $9,992.26 | $9,992.26 |
| 03-02-2023 | 2000 | 13.33 | $26,660.00 | | | | | | - | 2000 | 2000 | $03.56 | $7,115.48 | $19,544.52 | $19,544.52 |
| 03-02-2023 | 2000 | 13 | $26,000.00 | | | | | | - | 2000 | 2000 | $03.56 | $7,115.48 | $18,884.52 | $18,884.52 |
| 03-02-2023 | 1400 | 12.75 | $17,850.00 | | | | | | - | 1400 | 1400 | $03.56 | $4,980.84 | $12,869.16 | $12,869.16 |
| 03-02-2023 | 100 | 12.75 | $1,275.00 | | | | | | - | 100 | 100 | $03.56 | $355.77 | $919.23 | $919.23 |
| 03-02-2023 | 300 | 12.75 | $3,825.00 | | | | | | - | 300 | 300 | $03.56 | $1,067.32 | $2,757.68 | $2,757.68 |
| 03-02-2023 | 76 | 12.75 | $969.00 | | | | | | - | 76 | 76 | $03.56 | $270.39 | $698.61 | $698.61 |
| 03-02-2023 | 124 | 12.75 | $1,581.00 | | | | | | - | 124 | 124 | $03.56 | $441.16 | $1,139.84 | $1,139.84 |
| 03-02-2023 | 500 | 12.5 | $6,250.00 | | | | | | - | 500 | 500 | $03.56 | $1,778.87 | $4,471.13 | $4,471.13 |
| 03-10-2023 | 500 | 12.75 | $6,375.00 | | | | | | - | 500 | 500 | $03.56 | $1,778.87 | $4,596.13 | $4,596.13 |
| 03-10-2023 | 1000 | 12.7 | $12,700.00 | | | | | | - | 1000 | 1000 | $03.56 | $3,557.74 | $9,142.26 | $9,142.26 |
| 03-10-2023 | 498 | 12.41 | $6,180.18 | | | | | | - | 498 | 498 | $03.56 | $1,771.76 | $4,408.42 | $4,408.42 |
| 03-10-2023 | 2 | 12.41 | $24.82 | | | | | | - | 2 | 2 | $03.56 | $07.12 | $17.70 | $17.70 |
| 03-10-2023 | 1000 | 12.4 | $12,400.00 | | | | | | - | 1000 | 1000 | $03.56 | $3,557.74 | $8,842.26 | $8,842.26 |
| 03-10-2023 | 1000 | 12.41 | $12,410.00 | | | | | | - | 1000 | 1000 | $03.56 | $3,557.74 | $8,852.26 | $8,852.26 |
| 03-10-2023 | 500 | 12.2 | $6,100.00 | | | | | | - | 500 | 500 | $03.56 | $1,778.87 | $4,321.13 | $4,321.13 |
| 03-10-2023 | 1000 | 12 | $12,000.00 | | | | | | - | 1000 | 1000 | $03.56 | $3,557.74 | $8,442.26 | $8,442.26 |
| 03-15-2023 | 1000 | 11.78 | $11,780.00 | | | | | | - | 1000 | 1000 | $03.56 | $3,557.74 | $8,222.26 | $8,222.26 |
| 03-15-2023 | 299 | 11.76 | $3,516.24 | | | | | | - | 299 | 299 | $03.56 | $1,063.76 | $2,452.48 | $2,452.48 |
| 03-15-2023 | 701 | 11.76 | $8,243.76 | | | | | | - | 701 | 701 | $03.56 | $2,493.98 | $5,749.78 | $5,749.78 |
| 03-15-2023 | 600 | 11.76 | $7,056.00 | | | | | | - | 600 | 600 | $03.56 | $2,134.65 | $4,921.35 | $4,921.35 |
| 03-15-2023 | 100 | 11.76 | $1,176.00 | | | | | | - | 100 | 100 | $03.56 | $355.77 | $820.23 | $820.23 |
| 03-15-2023 | 300 | 11.76 | $3,528.00 | | | | | | - | 300 | 300 | $03.56 | $1,067.32 | $2,460.68 | $2,460.68 |
| 03-15-2023 | 1000 | 11.5 | $11,500.00 | | | | | | - | 1000 | 1000 | $03.56 | $3,557.74 | $7,942.26 | $7,942.26 |
| 03-17-2023 | 1000 | 11 | $11,000.00 | | | | | | - | 1000 | 1000 | $03.56 | $3,557.74 | $7,442.26 | $7,442.26 |
| 03-27-2023 | 296 | 10.77 | $3,187.92 | 07-14-2023 | 296 | | $13.28 | $3,930.88 | - | - | - | $03.56 | | -$742.96 | -$742.96 |
| 03-27-2023 | 1000 | 10.77 | $10,770.00 | 07-14-2023 | 1000 | | $13.32 | $13,320.00 | - | - | - | $03.56 | | -$2,550.00 | -$2,550.00 |
| 03-27-2023 | 704 | 10.77 | $7,582.08 | 07-19-2023 | 704 | | $13.40 | $9,433.60 | - | - | - | $03.56 | | -$1,851.52 | -$1,851.52 |
| 03-28-2023 | 1000 | 10.36 | $10,360.00 | 07-14-2023 | 1000 | | $13.28 | $13,280.00 | - | - | - | $03.56 | | -$2,920.00 | -$2,920.00 |
| 03-28-2023 | 5 | 10.35 | $51.75 | 07-14-2023 | 5 | | $13.28 | $66.40 | - | - | - | $03.56 | | -$14.65 | -$14.65 |
| 03-28-2023 | 100 | 10.35 | $1,035.00 | 07-14-2023 | 100 | | $13.28 | $1,328.00 | - | - | - | $03.56 | | -$293.00 | -$293.00 |
| 03-28-2023 | 396 | 10.36 | $4,102.56 | 07-14-2023 | 396 | | $13.27 | $5,254.92 | - | - | - | $03.56 | | -$1,152.36 | -$1,152.36 |
| 03-28-2023 | 599 | 10.36 | $6,205.64 | 07-14-2023 | 599 | | $13.28 | $7,954.72 | - | - | - | $03.56 | | -$1,749.08 | -$1,749.08 |
| 04-05-2023 | 321 | 10.39 | $3,335.19 | 07-14-2023 | 321 | | $13.29 | $4,266.09 | - | - | - | $03.56 | | -$930.90 | -$930.90 |
| 04-05-2023 | 975 | 10.39 | $10,130.25 | 07-14-2023 | 975 | | $13.33 | $12,996.75 | - | - | - | $03.56 | | -$2,866.50 | -$2,866.50 |
| 04-05-2023 | 604 | 10.39 | $6,275.56 | 07-14-2023 | 604 | | $13.27 | $8,015.08 | - | - | - | $03.56 | | -$1,739.52 | -$1,739.52 |
| 04-05-2023 | 200 | 9.98 | $1,996.00 | 07-14-2023 | 200 | | $13.29 | $2,658.00 | - | - | - | $03.56 | | -$662.00 | -$662.00 |
| 04-05-2023 | 1000 | 9.98 | $9,980.00 | 07-13-2023 | 1000 | | $12.74 | $12,740.00 | - | - | - | $03.56 | | -$2,760.00 | -$2,760.00 |
| 04-05-2023 | 321 | 9.98 | $3,203.58 | 07-13-2023 | 321 | | $12.80 | $4,108.80 | - | - | - | $03.56 | | -$905.22 | -$905.22 |
| 04-05-2023 | 479 | 9.98 | $4,780.42 | 07-14-2023 | 479 | | $13.29 | $6,365.91 | - | - | - | $03.56 | | -$1,585.49 | -$1,585.49 |
| 04-05-2023 | 2000 | 9.62 | $19,240.00 | 07-13-2023 | 2000 | | $12.65 | $25,300.00 | - | - | - | $03.56 | | -$6,060.00 | -$6,060.00 |
| 04-06-2023 | 2000 | 9.4 | $18,800.00 | 07-13-2023 | 2000 | | $12.50 | $25,000.00 | - | - | - | $03.56 | | -$6,200.00 | -$6,200.00 |
| 04-06-2023 | 2000 | 9.37 | $18,740.00 | 07-13-2023 | 2000 | | $12.40 | $24,800.00 | - | - | - | $03.56 | | -$6,060.00 | -$6,060.00 |
| 04-06-2023 | 2000 | 9.35 | $18,700.00 | 07-13-2023 | 2000 | | $12.15 | $24,300.00 | - | - | - | $03.56 | | -$5,600.00 | -$5,600.00 |
| 04-06-2023 | 131 | 9.32 | $1,220.92 | 07-13-2023 | 131 | | $12.15 | $1,591.65 | - | - | - | $03.56 | | -$370.73 | -$370.73 |
| 04-06-2023 | 287 | 9.32 | $2,674.84 | 07-13-2023 | 287 | | $12.15 | $3,487.05 | - | - | - | $03.56 | | -$812.21 | -$812.21 |
| 04-06-2023 | 992 | 9.32 | $9,245.44 | 07-13-2023 | 992 | | $12.10 | $12,003.20 | - | - | - | $03.56 | | -$2,757.76 | -$2,757.76 |
| 04-06-2023 | 582 | 9.32 | $5,424.24 | 07-13-2023 | 582 | | $12.15 | $7,071.30 | - | - | - | $03.56 | | -$1,647.06 | -$1,647.06 |
| 04-06-2023 | 8 | 9.32 | $74.56 | 07-13-2023 | 8 | | $12.10 | $96.80 | - | - | - | $03.56 | | -$22.24 | -$22.24 |
| 04-14-2023 | 2000 | 9 | $18,000.00 | 07-13-2023 | 2000 | | $12.08 | $24,160.00 | - | - | - | $03.56 | | -$6,160.00 | -$6,160.00 |
| 04-14-2023 | 1000 | 9 | $9,000.00 | 07-13-2023 | 1000 | | $12.10 | $12,100.00 | - | - | - | $03.56 | | -$3,100.00 | -$3,100.00 |
| 05-12-2023 | 2000 | 7.54 | $15,080.00 | 05-22-2023 | 2000 | | $08.50 | $17,000.00 | - | - | - | $03.56 | | -$1,920.00 | -$1,920.00 |
| 07-25-2023 | 1000 | 12 | $12,000.00 | 07-31-2023 | 1000 | | $13.00 | $13,000.00 | - | - | - | $03.56 | | -$1,000.00 | -$1,000.00 |
| 08-02-2023 | 2000 | 11.9 | $23,800.00 | | | | | | - | 2000 | 2000 | $03.56 | $7,115.48 | $16,684.52 | $16,684.52 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | | Shares | Shares | Price | Amount | | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-02-2023 | 478 | 11.6 | $ 5,544.80 | | | | | - | 478 | 478 | $ 03.56 | $ 1,700.60 | | $ 3,844.20 | $ 3,844.20 |
| 08-02-2023 | 522 | 11.63 | $ 6,070.86 | | | | | - | 522 | 522 | $ 03.56 | $ 1,857.14 | | $ 4,213.72 | $ 4,213.72 |
| 08-02-2023 | 1000 | 11.5 | $ 11,500.00 | | | | | - | 1000 | 1000 | $ 03.56 | $ 3,557.74 | | $ 7,942.26 | $ 7,942.26 |
| 08-02-2023 | 5000 | 11.4 | $ 57,000.00 | | | | | - | 5000 | 5000 | $ 03.56 | $ 17,788.71 | | $ 39,211.29 | $ 39,211.29 |
| 08-07-2023 | 1000 | 10.95 | $ 10,950.00 | | | | | - | 1000 | 1000 | $ 03.56 | $ 3,557.74 | | $ 7,392.26 | $ 7,392.26 |
| 08-07-2023 | 2000 | 11 | $ 22,000.00 | | | | | - | 2000 | 2000 | $ 03.56 | $ 7,115.48 | | $ 14,884.52 | $ 14,884.52 |
| 08-07-2023 | 2000 | 10.99 | $ 21,980.00 | | | | | - | 2000 | 2000 | $ 03.56 | $ 7,115.48 | | $ 14,864.52 | $ 14,864.52 |
| 08-07-2023 | 2000 | 10.85 | $ 21,700.00 | | | | | - | 2000 | 2000 | $ 03.56 | $ 7,115.48 | | $ 14,584.52 | $ 14,584.52 |
| 08-08-2023 | 2000 | 10.6 | $ 21,200.00 | | | | | - | 2000 | 2000 | $ 03.56 | $ 7,115.48 | | $ 14,084.52 | $ 14,084.52 |
| 08-10-2023 | 4000 | 9.33 | $ 37,320.00 | | | | | - | 4000 | 4000 | $ 03.56 | $ 14,230.97 | | $ 23,089.03 | $ 23,089.03 |
| 08-10-2023 | 3000 | 9.33 | $ 27,990.00 | | | | | - | 3000 | 3000 | $ 03.56 | $ 10,673.23 | | $ 17,316.77 | $ 17,316.77 |
| 08-10-2023 | 1000 | 9.3 | $ 9,300.00 | | | | | - | 1000 | 1000 | $ 03.56 | $ 3,557.74 | | $ 5,742.26 | $ 5,742.26 |
| 08-14-2023 | 600 | 8.9 | $ 5,340.00 | | | | | - | 600 | 600 | $ 03.56 | $ 2,134.65 | | $ 3,205.35 | $ 3,205.35 |
| 08-15-2023 | 2400 | 8.91 | $ 21,384.00 | | | | | - | 2400 | 2400 | $ 03.56 | $ 8,538.58 | | $ 12,845.42 | $ 12,845.42 |
| 09-21-2023 | 2000 | 7.6 | $ 15,200.00 | | | | | - | 2000 | 2000 | $ 03.56 | $ 7,115.48 | | $ 8,084.52 | $ 8,084.52 |
| 09-22-2023 | 2000 | 7.55 | $ 15,100.00 | | | | | - | 2000 | 2000 | $ 03.56 | $ 7,115.48 | | $ 7,984.52 | $ 7,984.52 |
| 10-20-2023 | 2000 | 6.25 | $ 12,500.00 | | | | | - | 2000 | 2000 | $ 03.56 | $ 7,115.48 | | $ 5,384.52 | $ 5,384.52 |
| 11-10-2023 | 1000 | 3.8 | $ 3,800.00 | 12-28-2023 | 1000 | $ 04.70 | $ 4,700.00 | - | - | - | $ 03.56 | | | -$ 900.00 | -$ 900.00 |
| 11-10-2023 | 1000 | 3.69 | $ 3,690.00 | 12-28-2023 | 1000 | $ 04.70 | $ 4,700.00 | - | - | - | $ 03.56 | | | -$ 1,010.00 | -$ 1,010.00 |
| 11-10-2023 | 8000 | 3.69 | $ 29,520.00 | 12-28-2023 | 8000 | $ 04.70 | $ 37,600.00 | - | - | - | $ 03.56 | | | -$ 8,080.00 | -$ 8,080.00 |
| Total: | 87,000 | | $838,035.61 | | 34,000 | | $342,629.15 | | 53,000 | 53,000 | | $188,560.32 | | $306,846.14 | $306,846.14 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $675,678.67 |
| DURALIFO* Total | $508,218.63 |
| Gross Shares Purchased | 429,708 |
| Net Shares Retained | 53,000 |
| Net Funds Expended | $864,238.99 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.