**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>    Defendants. | **Case No.: 1:24-cv-00406-MAD-DJS**<br><br>**NOTICE OF HOA QUOC VUONG AND NANCY VUONG'S APPEAL FROM MAGISTRATE JUDGE'S ORDER APPOINTING DAVID BRUDER AND RANDY SLIPHER LEAD PLAINTIFFS**<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Hoa Quoc Vuong and Nancy Vuong's Appeal from Magistrate Judge's Order Appointing David Bruder and Randy Slipher Lead Plaintiffs, movants Hoa Quoc Vuong and Nancy Vuong (the "Vuongs") will move this Court at the United States Courthouse located at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207, before the Honorable Mae A. D'Agostino, United States District Judge, for an order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.1(b) reversing the Memorandum - Decision & Order of Magistrate Judge Daniel J. Stewart filed November 22, 2024 (Dkt. No. 43) (the "Order") appointing David Bruder and Randy Slipher as lead plaintiffs.

The Vuongs seek relief from the following parts of the Order:

- The Order's holding that unrelated movants are a permissible group and aggregating their losses

- The Order's holding appointing David Bruder and Randy Slipher as lead plaintiffs and approving their selection of counsel

The Vuongs are requesting that this Court enter an order granting the following relief:

1

- Reversing the order, in pertinent part, as it relates to permitting unrelated groups to serve as lead plaintiffs

- Appointing the Vuongs as lead plaintiffs, and approving their choice of lead counsel

In support of this Motion, the Vuongs submit: (i) the Memorandum of Law dated December 6, 2024; and (ii) the Vuongs' Designation of the Contents of the Record on Appeal, and its exhibit.

Dated: December 6, 2024                     Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

s/ Phillip Kim
Phillip Kim, Esq.
New York State Bar Number 4145397
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for the Vuongs*

**PAWAR LAW GROUP P.C.**
Vikrant Pawar
New York State Bar Number [No.]
20 Vesey Street, Suite 1410
New York, NY 10007
Telephone: (212) 571-0805
Email: vikrantpawaresq@gmail.com

*Additional Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim