**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>   Defendants. | **Case No.: 1:24-cv-00406-MAD-DJS**<br><br>**THE VUONGS' DESIGNATION OF THE ORDER ON APPEAL**<br><br><br>**<u>CLASS ACTION</u>** |

Pursuant to Local Rule 72.1(b), Hoa Quoc Vuong and Nancy Vuong (the "Vuongs") designate the following as the order on appeal for the Court's consideration of the Vuongs' objections to, and appeal from, Magistrate Judge Daniel J. Stewart's Memorandum - Decision & Order filed November 22, 2024 (Dkt. No. 43) (the "Order") appointing David Bruder and Randy Slipher as lead plaintiffs:

Exhibit 1: Docket No. 43 – Memorandum – Decision & Order filed November 22, 2024.

Dated: December 6, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

<u>*s/ Phillip Kim*</u>
Phillip Kim, Esq.
New York State Bar Number 4145397
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for the Vuongs*

**PAWAR LAW GROUP P.C.**
Vikrant Pawar

New York State Bar Number [No.]
20 Vesey Street, Suite 1410
New York, NY 10007
Telephone: (212) 571-0805
Email: vikrantpawaresq@gmail.com

*Additional Counsel*