**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>    Defendants. | **Case No.: 1:24-cv-00406-MAD-DJS**<br><br>**NOTICE OF SCOTT KEENAN AND JOSE MARTINEZ'S APPEAL FROM MAGISTRATE JUDGE'S ORDER APPOINTING DAVID BRUDER AND RANDY SLIPHER LEAD PLAINTIFFS**<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Scott Keenan and Jose Martinez's Appeal from Magistrate Judge's Order Appointing David Bruder and Randy Slipher Lead Plaintiffs, movants Scott Keenan and Jose Martinez will move this Court at the United States Courthouse located at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207, before the Honorable Mae A. D'Agostino, United States District Judge, for an order pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(A) and Local Rule 72.1(b) reversing the Memorandum - Decision & Order of Magistrate Judge Daniel J. Stewart filed November 22, 2024 (Dkt. No. 43) (the "Order") appointing David Bruder and Randy Slipher as lead plaintiffs.

Messrs. Keenan and Martinez seek relief from the Order to the extent it appointed Messrs. Bruder and Slipher as the lead plaintiffs and their counsel as lead counsel. Messrs. Keenan and Martinez respectfully request that this Court enter an order vacating that portion of the Order and granting themselves and their counsel, Levi & Korsinsky, LLP, as lead counsel.

In support of this motion, Messrs. Keenan and Martinez submit the following:

1

- the Memorandum of Law dated December 6, 2024; and

- Messrs. Keenan and Martinez's Designation of the contents of the Record on Appeal and its exhibit.

Dated: December 6, 2024                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**

s/ Adam M. Apton
Gregory M. Nespole
(Bar Roll Number: 520397)
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com
Email: aapton@zlk.com

*Lead Counsel for Scott Keenan and Jose Martinez, and [Proposed] Lead Counsel for the Class*

2