**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>    Defendants. | **Case No.: 1:24-cv-00406-MAD-DJS**<br><br>**SCOTT KEENAN AND JOSE MARTINEZ'S DESIGNATION OF THE ORDER ON APPEAL**<br><br><u>**CLASS ACTION**</u> |

Pursuant to Local Rule 72.1(b), Scott Keenan and Jose Martinez designate the following as the order on appeal for the Court's consideration of the Vuongs' objections to, and appeal from, Magistrate Judge Daniel J. Stewart's Memorandum - Decision & Order filed November 22, 2024 (Dkt. No. 43) (the "Order") appointing David Bruder and Randy Slipher as lead plaintiffs:

Exhibit 1: Docket No. 43 – Memorandum – Decision & Order filed November 22, 2024.

Dated: December 6, 2024

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

<u>*s/ Adam M. Apton*</u>
Gregory M. Nespole (Bar Roll Number: 520397)
Adam M. Apton (admitted *pro hac vice*)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com
Email: aapton@zlk.com

*Lead Counsel for Scott Keenan and Jose Martinez, and [Proposed] Lead Counsel for the Class*