**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ETE ADOTE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PLUG POWER INC., ANDREW MARSH, and PAUL B. MIDDLETON,<br><br>    Defendants. | **Case No.: 1:24-cv-00406-MAD-DJS**<br><br>**HOA QUOC VUONG AND NANCY VUONG'S NOTICE OF SUPPLEMENTAL AUTHORITY RE MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><br>**CLASS ACTION** |

PLEASE TAKE NOTICE that Movants Hoa Quoc Vuong and Nancy Vuong ("Movants" or "Vuongs") hereby submit as supplemental authority the following recent decision entered after the close of briefing on the pending lead plaintiff motions by the U.S. District Court for the Eastern District of New York in *Evangelista v. Late Stage Asset Management, LLC, et al.*, No. 24-CV-5292 (KAM)(MMH), attached hereto as Exhibit 1.

The Vuongs respectfully submit that *Evangelista* is persuasive authority as it addresses the issue of how to treat unrelated, lawyer-driven groups seeking to aggregate their losses for lead plaintiff appointment.

Dated: June 5, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*s/ Phillip Kim*
Phillip Kim, Esq.
New York State Bar Number 4145397
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

Email: philkim@rosenlegal.com

*Counsel for the Vuongs*

**PAWAR LAW GROUP P.C.**
Vikrant Pawar
New York State Bar Number [No.]
20 Vesey Street, Suite 1410
New York, NY 10007
Telephone: (212) 571-0805
Email: vikrantpawaresq@gmail.com

*Additional Counsel*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 5, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


<u>/s/ Phillip Kim</u>

2