

eat

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
**T** 212.335.4500
**F** 212.335.4501
**W** www.dlapiper.com

JOHN J. CLARKE, JR.
john.clarke@us.dlapiper.com
**T** 212.335.4920

July 24, 2025

*By ECF*

Hon. Daniel J. Stewart
United States District Court for the
 Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, 4th Floor
Albany, New York 12207

Re:      *Adote v. Plug Power Inc., et al.*, No. 1:24-cv-0406-MAD-DJS

Dear Judge Stewart,

We represent defendant Plug Power Inc. in the referenced action. With the consent of all parties, I am writing in advance of tomorrow's scheduled status conference to set forth a proposed schedule for lead plaintiffs to file a consolidated amended complaint (or designate an operative complaint), the deadline for all defendants to respond to that pleading, and the briefing schedule if the defendants respond with a motion to dismiss. Subject to the approval of the Court, the parties propose the following schedule:

| Date | Event |
| --- | --- |
| August 25, 2025 | Deadline for lead plaintiffs to file consolidated amended complaint (or to serve written designation of operative complaint) |
| October 9, 2025 | Deadline for all defendants to answer, move, or otherwise respond to the operative complaint |
| November 24, 2025 | Deadline for lead plaintiffs to respond to defendants' motion(s) to dismiss |
| December 15, 2025 | Deadline for defendants' reply in further support of motions to dismiss |



Hon. Daniel J. Stewart
U.S. District Court, N.D.N.Y.
July 24, 2025
Page 2

The parties will be prepared to discuss the proposed schedule with the Court at the status conference tomorrow afternoon.

Respectfully submitted,

John J. Clarke, Jr.
Bar Roll 705346

cc.    Tamar A. Weinrib, Esq.
       Pomerantz LLP

       George F. Carpinello, Esq.
       Boies Schiller Flexner LLP