UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------ x
                        :

ETE ADOTE, Individually and on Behalf of All  :
Others Similarly Situated,                 :
                        :

          Plaintiff,             :

    v.                      :    Case No. 1:24-cv-00406 (MAD) (DJS)
                        :

PLUG POWER INC., ANDREW MARSH,   :
PAUL B. MIDDLETON, and SANJAY K.   :
SHRESTHA,                  :
                        :

         Defendants.         :
                        :
------------------------------------------ x

## DECLARATION OF JOHN J. CLARKE, JR.

Pursuant to 28 U.S.C. § 1746, John J. Clarke, Jr. declares:

1. I am a member of the Bar of this Court and of DLA Piper LLP (US), counsel for defendant Plug Power Inc. ("Plug Power") in this action. I submit this declaration to place before the Court materials referred to in the accompanying memorandum of law in support of defendants' motion to dismiss the amended class action complaint for failure to state a claim. The statements in this declaration are based on my personal knowledge or, to the extent not based on my knowledge, on information available to me that I believe to be true.

2. Each of the documents submitted with this declaration is "incorporated into the complaint by reference, [is a] legally required public disclosure document[] filed with the SEC," or is both. The documents may be considered by the Court in connection with defendants' motion to dismiss. *Tongue v. Sanofi*, 816 F.3d 199, 209 (2d Cir. 2016); *see also* 15 U.S.C. § 78u-5(e) (cautionary statements accompanying forward-looking statements may be considered on motion to dismiss).

3.      Attached to this declaration as <u>Exhibit 1</u> is a true and correct copy of an excerpt of the annual report on Form 10-K for Plug Power filed with the U.S. Securities and Exchange Commission ("<u>SEC</u>") on March 1, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

4.      Attached to this declaration as <u>Exhibit 2</u> is a true and correct copy of an excerpt of an interim report on Form 10-Q for Plug Power filed with the SEC on May 9, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

5.      Attached to this declaration as <u>Exhibit 3</u> is a true and correct copy of a Form 8-K filed by Plug Power with the SEC on May 9, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

6.      Attached to this declaration as <u>Exhibit 4</u> is a true and correct copy of a transcript of an earnings call hosted by Plug Power on May 9, 2023, in the form in which it was retrieved under my direction and supervision from the public website maintained by S&P Global Market Intelligence.  Alleged comments during the call are quoted in paragraph 69 of the complaint.

7.      Attached to this declaration as <u>Exhibit 5</u> is a true and correct copy of a Form 8-KA filed by Plug Power with the SEC on May 9, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

8.      Attached to this declaration as <u>Exhibit 6</u> is a true and correct copy of transcript of an analyst day hosted by Plug Power on June 14, 2023, in the form in which it was retrieved under my direction and supervision from the public website maintained by S&P Global Intelligence. Alleged comments from the analyst day are quoted in paragraph 72 of the complaint.

9.      Attached to this declaration as <u>Exhibit 7</u> is a true and correct copy of a Form 8-K for Plug Power filed with the SEC on June 14, 2023, which was shown in conjunction with the

analyst day presentation by Plug Power on that date, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

10.    Attached to this declaration as Exhibit 8 is a true and correct copy of an excerpt of an interim report on Form 10-Q for Plug Power filed with the SEC on August 9, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

11.    Attached to this declaration as Exhibit 9 is a true and correct copy of a Form 8-K for Plug Power filed with the SEC on August 9, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

12.    Attached to this declaration as Exhibit 10 is a true and correct copy of a transcript of an earnings call hosted by Plug Power on August 9, 2023, in the form in which it was retrieved under my direction and supervision from the public website maintained by S&P Global Market Intelligence.  Alleged comments during the call are quoted in paragraph 81 of the complaint.

13.    Attached to this declaration as Exhibit 11 is a true and correct copy of a Form 8-K for Plug Power filed with the SEC on August 23, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

14.    Attached to this declaration as Exhibit 12 is a true and correct copy of a presentation by Plug Power to analysts on August 23, 2023, in the form in which it was retrieved under my direction and supervision from the public website maintained by Plug Power.  The presentation is discussed in paragraph 85 of the complaint.

15.    Attached to this declaration as Exhibit 13 is a true and correct copy of a transcript of a symposium hosted by Plug Power on October 11, 2023, in the form in which it was retrieved under my direction and supervision from the public website maintained by S&P Global Market

3

Intelligence.  Alleged comments from the symposium are quoted in paragraph 88 of the complaint.

16.    Attached to this declaration as <u>Exhibit 14</u> is a true and correct copy of a Form 8-K for Plug Power filed with the SEC on October 11, 2023, which was shown in conjunction with the symposium presentation by Plug Power on that date, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

17.    Attached to this declaration as <u>Exhibit 15</u> is a true and correct copy of an excerpt of an interim report on Form 10-Q for Plug Power filed with the SEC on November 9, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

18.    Attached to this declaration as <u>Exhibit 16</u> is a true and correct copy of a Form 8-K for Plug Power filed with the SEC on November 9, 2023, in the form in which it was retrieved under my direction and supervision from the SEC's public website.

19.    Attached to this declaration as <u>Exhibit 17</u> is a true and correct copy of a transcript of an earnings call hosted by Plug Power on November 9, 2023, in the form in which it was retrieved under my direction and supervision from the public website maintained by S&P Global Market Intelligence.  Alleged comments during the call are quoted in paragraph 96 of the complaint.

20.    Attached to this declaration as <u>Exhibit 18</u> is a true and correct copy of a Plug Power press release dated January 23, 2024, in the form in which it was retrieved under my direction and supervision from the public website maintained by Plug Power.  The press release is referred to in paragraph 37 of the complaint.

5

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 28th day of October, 2025.

 */s/ John J. Clarke, Jr.* 
John J. Clarke, Jr.

5