# EXHIBIT 5

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 8-K/A

**AMENDMENT NO. 1 TO**
**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): May 9, 2023

# Plug Power Inc.
(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | **1-34392** | **22-3672377** |
| (State or other jurisdiction | (Commission File | (IRS Employer |
| of incorporation) | Number) | Identification No.) |

| | |
|---|---|
| **968 Albany Shaker Road,** | |
| **Latham, New York** | **12110** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(518) 782-7700**

**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | PLUG | The Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**EXPLANATORY NOTE**

On May 9, 2023, Plug Power Inc. (the "Company") filed with the Securities and Exchange Commission a Current Report on Form 8-K ("Original Form 8-K"), which included a presentation that was furnished as Exhibit 99.2 to the Original Form 8-K. The Company is filing this Amendment No. 1 to Form 8-K solely to correct information shown on slide 4 of the presentation. All other information contained in the Original Form 8-K, including the Company's press release dated May 9, 2023 that was furnished as Exhibit 99.1 and incorporated by reference into Item 2.02 of the Original Form 8-K, remains unchanged.

**Item 7.01 Regulation FD Disclosure.**

On May 9, 2023, the Company issued an updated presentation, a copy of which is attached hereto as Exhibit 99.2 and is incorporated herein by reference.

The information included in this Item 7.01, including Exhibit 99.2, is not deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, and shall not be deemed to be incorporated by reference into the Company's filings under the Securities Act or the Exchange Act, except as expressly set forth by specific reference in such future filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Title |
|---|---|
| 99.1 | Press Release of Plug Power Inc., dated May 9, 2023 (incorporated by reference to Exhibit 99.1 to the Company's Original Form 8-K). |
| 99.2 | Updated Presentation of Plug Power Inc. issued on May 9, 2023. |
| 104 | Cover Page Interactive Data File (embedded with the Inline XBRL document). |

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Plug Power Inc.**

Date: May 9, 2023      By:    /s/ Paul Middleton

         Name: Paul Middleton
         Title: Chief Financial Officer

Exhibit 99.2



# Plug Power's
# Q1 2023 Earnings Call

May 9, 2023

Copyright 2021, Plug Power Inc.



# Forward-Looking Statements & Disclaimer

This presentation contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc. ("Plug"), including but not limited to statements about Plug's operational and financial prospects and projections for 2023 and 2024.  You are cautioned that such statements should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will have been achieved.  For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of Plug in general, see Plug's public filings with the Securities and Exchange Commission, including the "Risk Factors" section of Plug's Annual Report on Form 10-K for the year ended December 31, 2022. Investors are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof and are based on current expectations, estimates, forecasts and projections as well as the beliefs and assumptions of management. We disclaim any obligation to update forward-looking statements except as may be required by law.

Financial projections are based on assumptions and analyses made by management based on its experience and perception of historical trends, current conditions and expected future developments, as well as other factors it believes are appropriate under the circumstances. There is no assurance that the financial projections will be realized.



2

## Key 2023 Message - Execution

- Successful Execution of the Electrolyzer Business systems
  - Building systems at Scale

- Building Green Hydrogen Plants beyond Georgia

- Start Ramp of Stationary Products for further expansion in 2024

- Multiple Financing Solutions for the Hydrogen Plants to Preserve Cash
  - Plant Equity and Debt
  - No dilution of present shareholders

- Continual Focus on Government Policy



3

# Financial Projections

| Condition | 2023 Revenue | 2023 Gross Margin | Comment |
|---|---|---|---|
| **Expected** | $1.4B<br><br>Applications: $630M<br><br>Energy: $770M | $140M | Key Items<br>• Shipping 27 5MW Electrolyer Containers<br>• Sell an additional 60T of liquefiers<br>• Sell one more 500MW plant in the next 90 days – many are in the works<br>• Other opportunities in the works |
| **Lower Case** | $1.2B<br><br>Applications - $610M<br><br>Energy - $590M | $50M | |



See forward looking statement reference found on slide 2

4

