# EXHIBIT 6

**S&P Global**
Market Intelligence

# Plug Power Inc. NasdaqCM:PLUG

# Analyst/Investor Day

## Wednesday, June 14, 2023 4:00 PM GMT

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ....................................................................... 3

Presentation ....................................................................... 4

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Andrew J. Marsh**
*President, CEO & Director*

**Bruno Forget**

**Jose Luis Crespo**
*Executive VP & GM of Material
Handling*

**Paul B. Middleton**
*Executive VP & CFO*

**Sanjay K. Shrestha**
*Executive VP, GM of Energy
Solutions & Chief Strategy Officer*

**ATTENDEES**

**Marco Terruzzin**
*Energy Vault Holdings, Inc.*

**Robert Allen Piconi**
*Energy Vault Holdings, Inc.*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Andrew J. Marsh**
*President, CEO & Director*

The activity is going to be webcast for the first part for the presentations, then the Q&A will turn off the webcast. And obviously, for the tour, which is probably the more interesting part of all this today, you'll be able to engage with all sorts of people plug about what's going on. So I'm really thrilled that you all came to join us, and we have a pretty full agenda today. So I think Teal will tell me when I can start and go live and I can go live, sounds good.

Good morning, everyone. I'm Andy Marsh. I'm the CEO of Plug, and it is really a pleasure that you came to visit us at our gigafactory here in Rochester, New York. I was going to say what a beautiful day, but not exactly, it's raining outside for those who are on the webinar.

This event is covered by our safe harbor statement, which has been filed, so if anybody once to go through that.

I kind of want to start off by what this talk is going to be about today. But my section, I really want to kind of talk a little more about tomorrow. And I had 2 meetings over the past week that really resonated with me. One meeting, I was with our great partner's [ SK ] on Monday morning. And they came to my office and we had about 5 or 6 of our partners there. And they were telling me about their journey over the past 10 days. They were in the Netherlands where they saw our 5-megawatt electrolyzer products. They went down to France to HYVIA to test drive our vans on the road. They went and saw this facility, this great facility here as well as our facility in Vista, which is just south of this in Albany. And before, they visited our facility in Houston.

They went to -- and this really struck me. They went to one of our first distribution centers with Walmart, we've converted. It's been running for 10 years with a Plug hydrogen system.

So when folks talk about this industry being new in technology risk. Well, we're moving packages and packages and packages for the last 3,650 days. I think it shows it works. But really what pleases me the most after they went through the litany of activities. And by the way, they were in Georgia and [ sold ] the plant. But probably what struck me the most is that they said to me, Andy, when we came and made the investment 3 years ago, Plug laid out a vision of what we wanted to accomplish. And they see that, that vision is tangible now. And that vision is even more than that. They understand that Plug is a company that's going to be one of the big successful companies as we do this change in our energy infrastructure, and hydrogen becomes more than 20% of world's energy.

Then last week, I had a meeting, I was down in the White House, and I met with a senior administration official, who's deeply involved in the hydrogen economy. And he drilled me for 45 minutes over and over again with questions about who's going to use these products? What's hydrogen? Probably a lot of questions the analysts get here, and I drilled it to them right back about what Plug has been doing. At the end of the meeting, I'm also a salesman. You don't become a CEO without being a bit of a salesman. I turned him and said, what I came to see you about was to tell you what I'd like to see Treasury to put in to help continue to grow this industry, and I rattled off our request and needs.

And then I turned to him and said, "I am a little cocky." I turned to him and said, "You're going to have lots of people walk in this room, who are going to tell you what's needed for the fuel cell and hydrogen industry." And Plug is really the only company that's really done anything of scale. And he turned to me and said, "Andy, I'm not going to have lots of people coming in this room because I decide I want to talk to one company, and I wanted to talk to one person. Who make me feel good. I wanted to talk to Plug because you're doing real things and you won't know what it takes to build out the hydrogen economy."

I think, and this is for my investors out there. Look, it's never been a linear journey with Plug. There's no -- if you're thinking about technology, you're thinking about the ability to develop products. If you're

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

thinking about infrastructure capability, just look around me here. And if you think about the commitment to customers and employees, there's really no other company to be involved with but Plug.

And I think most of you know, I usually don't say things like that, but it's really touched me this week. And I think part of that probably has to do, I was in Georgia this week. And I'm going to -- I was at a CERAWeek all in the early March probably with many of you. And at CERAWeek, there were lots of traditional fossil fuel companies and traditional hydrogen companies talking about it takes 4 to 5 years to build a hydrogen plant. So I'm walking Georgia with the Head of S&P. We're down there. I'm down there to thank them for everything they've done and to really kind of enjoyed looking at this 15-ton per day liquid hydrogen plant with electrolyzers where there's nothing like in the world. And we're going to have another Analyst Day down there in August because we really want to bring you to Georgia in August.

And I walk that plan and people tell me the experts told me it couldn't be done. And so I step back and I'm talking to a CEO, a great guy, and says to me, what we're really proud of is this plan is how we partner with Plug. We've put 500,000 hours in constructing this plant. We've been around for 50 years. It is the first time we ever had a deployment where we had no recordable injuries. When you talk to the old pros in this industry, are supposedly pros, they'll tell you that's one of the reasons this can't be done. But Plug because we partner and work with people was able to do it.

So the important item is Georgia will be putting out liquid at the end of the month, and I can't wait.

Many of you know, I was in Finland a couple of weeks ago. And why in the world Finland? 5 million people. What could be going on there? Well, Finland has a grid that's 87% renewable today. Finland has a goal of being carbon neutral by 2035. Finland is building a hydrogen pipeline from northern Finland all the way down into Central Europe. Finland has many high-end steel manufacturers. I think they're the largest stainless steel manufacturer Outokumpu. I probably said that right in Finland, that is developing products and needs hydrogen for their operation.

That's why we bought land in 3 sites, 1 site, Kokkola. We're going to be working to generate green ammonia and green hydrogen. They ship into Europe. Remember, we have good friends at the Port of Antwerp. We actually know how to move things. And we have partners who know how to move things. In Porvoo, very interesting, 250 megawatts, very close within 50 kilometers of Helsinki. Helsinki is a big target for HYVIA and you can start seeing how our hydrogen echo systems come together. And elsewhere, we're looking to produce green steel in Finland. So it's real. And that's why we're there. And the 2 gigawatts, think about this. It will represent 5% of European goals. That's who Plug is, and it's really what makes Plug special.

I'd like to talk a little bit about and I went too far. Okay, our electrolyzers. And Bruno is going to tell you more about this today. But I looked at this picture and realize, geez, we're building products and shipping products on 5 continents. I never would have thought that. We're in Australia. We're in Asia. We're in Europe. We're in Africa. We're in North America. And I can promise you, we will be in South America soon. Chile. I heard one of the analysts tell me or I was recently told, we just had a tour from a group from Chile in the facility.

And I often get asked, what are these electrolyzer is going to be used for. Well, you have Ardagh, which is a glass manufacturer who I know who Ardagh was 1.5 years ago, but they have 80 facilities that make beer bottles and bottles of that nature, which people want to be green, Apex with green steel. We have Hydro, Havrand, who's looking to do aluminum recycling using our electrolyzers. And of course, we had our announcement today with Avina for mobility.

So not only are we building these products and I think this is probably represents about 3 continents on this. But we have good customers we can scale with. So -- and it's really not the end. We're also -- this is work we've done with McDermott on building out 1 gigawatt plant. And in reality, these plants are a combination, essentially 10x in many ways, a 100-megawatt plant we're developing with Uniper in Germany, which uses our electrolyzers and other products.

And when you think about it, and I think you'll even get the feel when you're in the factory today. We really think in terms of building blocks, building blocks, building blocks. In the plant in Georgia, which

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

is going to look a whole lot like the plant in Texas, which is going to look a whole lot like the plant in Germany, which is going to look a whole lot like the plant in Finland. But when you take a step back, not only is opportunities at Uniper, great for selling green hydrogen for industrial uses. It really helps us sell other products.

This year, we're going to ship about 15 megawatts worth of stationary products. It's bad when CEOs fall in love with their products. And I try not to. This is one of the coolest products I've ever been around. And it's meant for a variety of applications. Jose is going to tell you a little bit about EV charging for vehicles. But also, we've been looking at data centers where these products can be used and deployed. And we have friends here who are going to present later about the wonderful work we're doing with Energy Vault and the project we're doing, which will use 8 megawatts of these products which will be working -- I mean these guys are like us. They're not sitting around thinking about 5 -- 4, 5 years ago. They're going to be up and running with P&G in the second quarter next year. Just a unique accomplishment. And that's kind of how Plug is.

And then when I think about our mobility applications -- and I was looking at this when I thought to myself. I bet nobody knows that we're building a hydrogen fueling network in South Korea with SK. It's kind of one of those under-the-radar top items, which we're also providing ProGens for over 1,000, 1,500 buses over the next 2 years that will be on the road in South Korea using Plug Power technology, but also using MEAs and stacks, which are made in this facility in Rochester, New York.

And with HYVIA, Jose was in Spain, in Madrid and Barcelona with 100 customers over the last month doing test drives and getting orders. We're really happy with the progress of that JV. You may have seen in the previous picture, on the site, they have a Plug electrolyzer to provide the green hydrogen to fill those bands. Probably another great opportunity for Plug to build some fueling stations, which are customer focused. Now we really do believe this industry is an industrial industry for industrial applications decarbonized. And on the vehicle side, we feel strongly it's an industry that's associated with the commercial vehicles, not passenger vehicles in the next 10 years. And that's really been our focus.

Then, I need to highlight our great manufacturing capability. Our manufacturing capability, I think and I know, is unmatched. You're going to see 155,000 square feet here today, for a facility that I think we put a 2.5 gigawatt nameplate on. And I met with Dave, our EVP of Operations today. And I said, "Dave, if we could do a lot more out of this facility." And Dave said, yes, I think when you walk through this facility, you're going to be convinced we can do a lot more out of this facility. What Dave has done and his team has done here is beyond my wildest imagination. And when you have a chance in October to see our factory in Vista, you're going to feel the same way.

And if you go down to Texas and Houston, we have operations, about 200,000 square feet, which is dedicated to Cryogenics. When you really look at the whole value stream, Plug is everywhere.

Finally, in my mind, this is the year. I mean this is the inflection point. We'll do between $1.2 billion to $1.4 billion in revenue. That's a 70% increase. Gross margins will become positive. We have a broad span of products and activities. One, and I see some folks who -- there aren't many folks who are standing here with me 10 years ago because this was not nearly as exciting 10 years ago. And I would talk about we need to develop Europe. Well, this year, 25% of our revenue will come from Europe. And sometimes folks will say to me, yes, you're the material handling company. Well, 60% this year will come from other applications, and I'm sure that number will probably be closer to 75% next year.

And look, policy is important. I was at the nanotech center on Monday, and Senator Schumer was there. And there's a great tailwind for policy. And the work the center did here to assist in getting the CHIPS act pass. We use a live chips in our products too and more and more to be able to get the infrastructure bill passed in a bipartisan way for the hydrogen hubs as well as the IRA, which I think everybody knows around the world, it puts America to be the leader unmatched globally. And not only America, but I can tell you, we believe Plug is unmatched globally. And as you can tell, I go to a lot of places.

Finally, I want to end on a slide, which is a little bit aspirational. But if you would have told me in 2019, I'll be the CEO of a company with this great manufacturing capability, building hydrogen plants around the world with this huge global footprint on 5 continents, I wouldn't have told you that, that's where we're

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

heading, that, that dream was too big. And I think maybe this dreams, a little bit too small. But by 2030, we're really aspiring to have over 2,000 tons of hydrogen capacity globally. Our HYVIA team is looking to have 100,000 vans on the road. We'll have, by that time, at least 1 gigawatt. And I think you guys are going to tell me more of our stationary products deployed. We're going to be able to ship 5 gigawatts of electrolyzers per year. And I believe this factory itself could produce that amount.

Jose and his team will sell and position, and Dave and his team for manufacturing over its life, 500,000 fuel cells for forklift trucks, manufacturing capacity of 10 gigawatts of fuel cells and electrolyzers. I actually believe the dream is probably a little bit small. There's no company that's done what Plug has done. And we're not afraid. This is the time for the hydrogen economy, and this is the time for first movers. And I think it should be undeniable that Plug is the first mover.

And today, my team are probably more important, this building is going to show you that we are unmatched in the industry. So I'm going to turn it over to my great partner who's really built out this application business for us, who's, quite honestly, one of the, if not the best, they're one of the best sales folks I've ever worked with. He's a guy who closed Amazon. He's a guy that closed HYVIA. He's a guy who continues to close these deals. 3 new pedestal customers when I didn't expect it this year. He's the guy who's really made this happen for us on the sales side on applications. So it's my pleasure to introduce my friend, Jose Crespo.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Good morning, everyone, and thank you for coming to the event today. As Andy said, my name is Jose Crespo. I've been working with Plug for the last 10 years. It's been fun to go from $50 million in revenue to $1.4 billion in revenue this year, and we continue to have fun. So today, I'm going to give you, I think, an exciting update on the type of things that we're doing in the applications business.

So our applications business this year is going to grow at a 45% to 50% year-over-year growth rate. And this is going to be because we bring value to our customers and also because our customers are embarked right now in a decarbonization project as well as an electrification project that is driving the need for fuel cell applications.

So if I start with the material handling business, the value proposition is still there, and it's accelerating. And it's accelerating not only because we bring productivity to our customers, but also because our customers, as I said before, they're moving to electrification. So in many of the facilities like this, in many of their distribution centers, they need a lot of electricity to move a lot of their applications to electrification. So when they move their forklifts to fuel cells, they free up a lot of this electricity, which allows them to move more of the other applications to electricity or electrification, and this helps them to achieve their decarbonization goals.

Now this is a big, big competitive advantage as you compare it to lithium ion because when you put a lithium ion battery instead of a lead-acid battery, you actually need more power to charge it up, which goes against what they're trying to do in their distribution centers. So right now, we're seeing an acceleration in the adoption of the technology because of this general global trend for decarbonization and electrification.

Now we also introduced this year, our midsized market solution. This is an infrastructure solution for around 50 kilograms a day, for a site that uses 50 kilograms a day. There's a big market for 25 to 50, 60 forklifts out there. We introduced it about 2, 3 months ago, and we already have more than 30 opportunities in the funnel, and we are looking to achieve a 15 units per quarter run rate in 2024. This is going to add a lot of business and a lot of value into the material handling market.

Now what are the results of that? And Andy has already talked a little bit about that. So the results of that this year is that in June, we have already signed 3 pedestal customers, 2 then in Europe. So this supports what Andy was talking about before, the European market is also accelerating. So 2 of the pedestal markets -- customers are in Europe. One of them is Stef, you've seen the announcement today. It's a freezer company where fuel cells have even more value than in a normal temperature building. The other

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

one is Asda. We already have one site with Asda but we are looking to improve or increment the number of sites with them by 5 in the next 6 months or so and then another 5 in the following 12 months.

And then we have closed another deal here in North America with Tyson Foods. This is a very interesting deal because we usually used to take about a couple of years to close a pedestal customer. They would want to do a first site, they will want to test the first site, and it will take a little bit of time to get that done. With Tyson, we did a 1-month trial. And then after that, they came back and said, we want to do 8 sites in 2023. So that tells you how the material handling market is accelerating right now. And not only that, we are working really hard to get another 2 pedestal customers before the end of the year. So I feel that's pretty exciting in material handling and the growth in the market still there.

Now I'm going to talk a little bit more about other mobility activities. Andy has touched on that a little bit today. So I'm going to start with the Yard just because it's kind of a natural extension to material handling. You already have hydrogen side, you already have 200 forklifts running. And then you have a Yard tractor moving containers around the yard of the location. Well, adding a Yard tractor is a pretty simple task. And we already presented to you in the prior symposium, our first pilot of the Yard tractor. We're going to be doing a pilot with Walmart in the next month or so. Each one of these sites, each one of Walmart or Amazon site, has 2 to 5 of these tractors. And you already have hydrogen in there. So it's a very simple task to have an addition to the material handling business. That's going to be a nice icing on the cake for that business.

HYVIA. We continue working with HYVIA with the objective to have 10,000 -- 100,000 vans on the road by 2030. As Andy said, I was in Spain introducing the van in Barcelona, Madrid and Zaragoza. We got more than 100 customers. All of them drove the van. The van is ready to go on the road. And we had several -- I think it was more than 5 request for pilots right there when we were doing this presentation. And it was by companies like Pepsi, for example. They were there and many other local companies, but Pepsi in the Southern Europe, the head of all their fleet was there, and they said, "Hey, we're looking for this. We've been trying to figure out how we're going to be electrifying our distribution, and this is the solution." And I'll talk a little bit more about why a fuel cell solution is better than battery EV in a minute.

And then Andy also talked about the activities that we have with Geely in Korea with our joint venture with SK Hyverse in which we're trying to introduce fuel cell buses in the market with a great opportunity there as well.

Now I'm going to move to another exciting new application that we're working on in the applications business is the high power stationary solution. Grid constraints, and I'll talk a little bit more about that in a minute, as well as regulation are driving the need for a generator with zero-emissions. And that's exactly what we have done. And we did it because I'm going to talk about the applications because one of our largest customers came to us and said we are electrifying our distribution network. We electrifying our last mile. And we are seeing that we cannot get electricity to all the sites. There are grid constraints, especially in sides where there's high density of population.

So they say, can you do something for us? We're going to -- we already have the battery vans. We can go any other way. Can you bring a generator to us that we can deploy in a very fast way and that we can provide additional power to sites. So that's the green EV charging application. I'll talk a little bit more about it in a minute. But then we have also prime power, grid support, microgrids or even the prime power solutions that we're working with Hyverse in Korea, where we're looking to do 200 megawatts of actual prime power or later on, we'll talk about the announcement that we did with Energy Vault. We have our friends from Energy Vault here today to talk to you about it so you're getting directly from them, and the big opportunity that this type of applications bring to us.

And then what I call enhanced backup power. This is -- the big market here is the data centers. And I call it enhanced backup power because today, our data center customers have a backup power solution that is diesel-based, and they can use it but anything -- for anything but backup because they cannot turn this on and off, whenever they want to. They only turn it on and off when there's an outage. When you have that zero-emissions backup power solution, now you may have 10, 15, 20, 30 megawatts on site. Now you can turn on and off whenever you want if the conditions are appropriate. That, for example, for peak savings.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So this solution, I call it enhanced backup power because it's going to allow our customers to actually save money or even make money in some cases out of this asset that before they have parked and they couldn't do anything about it. Another driver for data centers to move to this is regulation. In many jurisdictions, data centers are not allowed anymore to put diesel generators, but they have to have backup because that's the nature of data centers. So this solution also helps them with that regulation issue, okay?

So let me talk a little bit about the size of the market. So what are we talking about here? For backup power, we're talking about a $30 billion market. For prime power, you put all those other applications that I talked about together, microgrid, prime power and so forth, if we were to compare to everything, it will be more than $1 trillion opportunity, right? In the green EV charging, I put $1 billion because my view is that at some point, companies are going to start moving to fuel cell vehicles. We are in a transition period for this type of application. So for that transition period, we're bringing the power to charge batteries. But if you really think about it, that's not very efficient. So eventually, we'll move to that. And in that meantime, we have a $1 billion opportunity that we can capture and that we are capturing.

So why all of this? So you really think about it, adding electrification for vehicles to our grid is going to be the biggest disruptor since we introduced the air conditioner. I live in Manhattan. And even today, I get many times in the summer, Texas saying, do not turn on air conditioning because we have a grid constraint, right? So it's happening today just for ACs. Imagine if we had that layer of electric vehicle studies, right? We now see a lot of constraints all over the network.

Another data point here is McKinsey has calculated that we will need 230 terawatt hours to be able to convert all the vehicles that we're looking to convert added to the network. Just for reference, that's equivalent to 21 million new homes. In a normal year, we add 1.3 million homes to the network. So the 1.3 that we add to all the electrification that we're doing, we're going to add now 230 terawatts. That's going to make, in some areas, not everywhere, but in some areas, grid constraints to start appearing everywhere. And you're going to have to bring the electron in a different way to the customers. And the way to bring the electron is hydrogen.

So even today, as I said, one of our largest customers came to us and said, hey, can you put something together for us that brings me 1 to 1.5 megawatts to a site where I cannot get that electricity? And can you do it really quick? Can you install this in 6 months or so? So we created this solution that you're seeing here. This is -- here, you see a rendering but the solution is already up and running in our facilities in Vista. Dave has also already set up the manufacturing chain to be able to build more than 100 megawatts per year. In 2024, we already have a very, very healthy funnel potential for these type of applications. And this is basically what we see in the market.

I was in ACT about 3 weeks, 4 weeks ago, and we had 1 customer come to us that is trying to do a battery swap solution for a ride-share company, and they gave them a site right outside of San Francisco Airport. And they said, hey, why don't we do the pilot here? They went to the utility company outside of San Francisco Airport, and they told them that they will talk to them about power in that site in 2030. I can get them 1 megawatt in 6 months in that site. This is what we are doing in this market, okay? And I think that's exciting. And it opens a big, big market for us.

But I want to point out also that this is not just about selling the 1 megawatt system. The 1 megawatt system has to run. So when you run one of these systems, when you run 1 megawatt hour, 1 hour, you're going to be consuming 65 kilograms an hour. You run it continuously, for certain applications we're doing it continuously. We have a customer right now that we're going to be implementing a data center that runs actually on hydrogen 24/7. You're going to need 1.5 tons a day per megawatt. If you run it for EV charging about 10 hours a day, you're going to need 650 kilograms a day. The customer that I was talking about before is talking about deploying in the next couple of years, 100 EV charging stations. That means 65 tons with 1 customer with 1 application.

I always say this, Andy, you're not producing enough hydrogen for me. I need more, if this takes off, this is going to be -- when it takes off, not if, it's going to be a big one. So now to talk about another application that is exciting and that we announced in the last couple of days, it's a microgrid application. And you'll see the exciting things that they're going to be talking about. We have the CEO of Energy Vault,

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Rob; and then we had the Chief Product and Commercial Officer for Energy Vault, are going to be talking to you about this. Thank you.

**Robert Allen Piconi**
*Energy Vault Holdings, Inc.*

Great. Jose, thank you. And Andy, thank you for the invitation to be here. Just to introduce Marco Terruzzin, he's our Chief Product and Commercial Officer at Energy Vault. I'm Rob Piconi, I'm the Chairman and the CEO. And wow, just how inspirational, Andy, from hearing you talk through. I know all of you know Andy much longer than I have, you've probably been listening to him for at least 10 years, I imagine, and those on the webcast, but it really is inspiring to hear about your vision. We learned a little bit last night from Jose at dinner, by the way, about a lot of things that we share culturally, both, I think, as an individual and as a company.

One thing about us, it's very similar is we never limited our thinking just like you never did for the vision you outlined. I think that 2030, I'm sure you're going to do better even than that. We also, as a company, always focus on our customers in solving their problems. Just as you did, Jose shared last night at dinner about when you brought -- when you first joined the company here, the investors ask you to tell them what the future was going to look like, and you spent the next 90 days just talking to customers and understanding what that should look like. And that's definitely influenced how we've always thought about our company.

And the third thing I'd say, and you mentioned this about us and our collaboration is we're doers. We don't just talk about things, but we actually go do them. And I think that if you look at what we first announced here together in our first partnership, around doing this microgrid, which is the largest green hydrogen storage project that's been announced in the United States. And we'll be the first one to deploy in Q2 next year with our partners here at Pacific Gas and Electric. I think this is a culmination and a demonstration in the beginning of a very new and evolving market here that can uniquely be served by green hydrogen and a lot of the solutions that we're working on here together.

This is -- just it was an amazing collaboration where Pacific Gas and Electric used 3 RFPs to try to solve 2 things, primarily a carbon-free system and something that would be economical to solve their problem of needing a backup for any emergency or power shutdowns. The wildfires there, I think people are aware of what happened in Northern California there with the wildfires and how just important this solution was. And we were able to architect and bring together with the support also of Plug a carbon-free and economical solution that did not involve fossil fuel. And that was a really exciting achievement for us. This was recently approved by the California Public Utility Commission just last month. And now we're focused on execution now in the project.

Marco, you spend a lot of time here in closing this solution, if you want to comment on it as well.

**Marco Terruzzin**
*Energy Vault Holdings, Inc.*

Yes. First of all, thank you for allowing us to be here today. We have been hearing about the importance of vision, the importance to bring to the market on a real-time opportunities and technology that are available. And I think that this application and project, it's a testimony that there are a lot of opportunity for green hydrogen to be deployed now at a cost that is economically attractive and within a time frame that is absolutely feasible.

PG&E was, for the third time, as Rob was mentioning, going to the market with this solicitation. In the end, we're thinking about the possibility to use a fuel cell for Plug Power. We integrated a system that ultimately is economically attractive, and it was approved by the California Public Utility Commission. There was a very important milestone, not the integration of the system and thinking about to work together, but having the validation, but one of the most relevant and influential public utility commission here in the United States, that this is a solution that is economically attractive and technologically feasible. And that has triggered a lot of interest from other industrial utilities and industrial customers.

**Robert Allen Piconi**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Energy Vault Holdings, Inc.*

I'll also mention that as we looked at solving this problem and listening to Pacific Gas and Electric in a multi-day storage application, there is no other technology available today besides hydrogen to solve this problem. We're in the long-duration business as well. We have a long-duration gravity project. But for multi-day storage, this was the most economical way to solve it. And again, credit to Plug for being ahead of the game, not just on the infrastructure but the strategy they're executing now to produce green hydrogen.

This resulted in a lot of discussions, and one of the things we're announcing today is we've signed an MOU together to collaborate -- and to collaborate around the Plug portfolio of solutions and products. As we look at the market for microgrids and the power and the utility market where we have a lot of knowledge, the front of the meter market, we have a lot of integration experience in our company. We're a young company, but have probably one of the most experienced teams in the industries in the integration of energy storage.

We also developed a very unique energy management platform that's now being adopted by many of the largest utilities and independent power players in the world that brings a lot of capabilities and using AI and other type of data-driven technologies to optimize the economic dispatching and the financial returns for customers, we're going to be licensing that to Plug for application for their customers as well as a part of this agreement and deepening our collaboration. So very excited to announce that. And if you think about what that could mean is we see quite a large market just for this microgrid and multi-day storage opportunity that's quite large and very exciting for us.

If we think about doing 6 to 10 of these projects a year over the next 5 to 10 years, you can get an idea about the size and scale. Again, that's not just infrastructure, but we're also going to need green hydrogen to deploy those.

I'm going to have Marco talk a little bit about that energy management system and that software platform because that's a key part of the collaboration that we're beginning and deepening together with Plug.

**Marco Terruzzin**
*Energy Vault Holdings, Inc.*

Yes, I think that it's exciting today being here because there is a lot of synergies between the vision converting in reality by Plug Power on the hydrogen economy and the matching skills that we are bringing to the table for this partnership. So the in front of the meter knowledge of the market, the ability to monetize and provide the right interpretation of the stocking of revenues to making solution economically attractive; the ability to use an energy management software that helps customers to bring these assets, to make this asset economically attractive, increasing the financial and environmental value of these assets; the ability to have an approach that is related to solution for customers, not trying to push just a product because a company is producing a certain product, but thinking how a company can use this technology package in a way that is technically attractive and from the particular point of view, the use case ultimately useful to them. And this is the way that we constantly we are thinking about the market.

And again, you were mentioning about the vision and making a vision a reality. Our vision is that a customer ultimately need something that has solved their problem. And they interact on a daily basis on through software further dispatching these assets in a way that it makes sense for their ultimately the use case. And we are leading with the software for applications that have an impact on assets that are a utility scale, hundreds of millions of dollars of investment. And behind the software that I cover as a multiple solution, we have a duration -- energy storage solution with a duration of between 2 to 4 hours, and this is the so-called B-Vault class of product that we are proposing to the market. And we have our proprietary technology around gravity for an application between 4 to 12 hours. And we have -- we are here for this reason, the multi-days, multiple days application for storage that ultimately has to be economically attractive.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I -- from my point of view, a few years ago, when we were talking about hydrogen, I always been thinking about a solution 10 years from now, but that is not the case anymore. The solutions are available now. And at PG&E and this microgrid that has been approved by the PUC is an example.

**Robert Allen Piconi**
*Energy Vault Holdings, Inc.*

I think this is the experience that we want to bring together and we working with Jose and his team on building out that far right portion there of the business around microgrids and multi-day storage. And again, having the investments that Andy and the team are making in hydrogen with Sanjay is going to give us that comfort to move forward in now a very, very aggressive way.

And then finally, Marco manages the commercial side of the business. What we'll leave you with, and this is a lot of these opportunities, in particular, in those 2 boxes of shortlisted and award have to do with a lot of the opportunities that we're working on here in this microgrid area and this front-of-the-meter multi-day duration and backup storage opportunities. So it's -- we aspire as a company, I think, Andy, for what you've built over the last 10 to 15 years, in particular, in growth. We did $146 million in our first-year -- last year and have 2 to 3x of that guided here for this year. So hopefully, we'll be able to keep you in sight in our growth platform and working with even Jose and Sanjay and the team.

So we'll leave it there. I'm going to turn it back now. I think Jose to you and Andy. Thank you again for having us here. Thank you.

**Jose Luis Crespo**
*Executive VP & GM of Material Handling*

Well, thank you. I think this is a great opportunity. I just wanted to highlight one thing. I don't want you to get lost in the discussion. If you look at the last line in there, is equivalent to 100 Calistoga type systems over 5 years. Calistoga was 8 megawatts. That's 800 megawatts. Over the next 5 years, that's an opportunity of 160 megawatts per year. And then the consumption of hydrogen associated to it. So wanted to make sure that you got the context of this.

And with that, I'm going to leave it to Sanjay to explain to you how much, how he is going to build all the hydrogen that I'm going to need.

**Sanjay K. Shrestha**
*Executive VP, GM of Energy Solutions & Chief Strategy Officer*

Again, good morning, everybody, and thank you so much for coming to Rochester, our gigafactory here. And also those of you listening on the website, thank you so much for being a part of our event here today as well. So Jose, Rob, I think you guys just made my job a lot easier. I think all the plans that we're going to build all the way till 2025, I think are essentially sold out now. So I get this question from many of you often who's going to buy the hydrogen? Where is the offtake, right?

So look, a couple of things, right? Number one, even the plan that we're about to build in -- okay -- about to build in Port of Antwerp, right? That has 8x more demand even before we've broken ground. The plant that we're building in Texas. I just wanted to kind of touch on this point since Jose actually ended with all the application, all the opportunity, all the demand that is likely going to materialize for this green hydrogen.

So again, the plant in Texas essentially sold out. The plant here in New York, we have multiple customers that are actually looking to take multiple capacity of the output that we're going to have in that plan. So I think when you all talk about who the offtake is, we're really trying to balance that in terms of what the third-party sales is going to be as well as what our internal demand for our application business is going to be as well because our focus has always been what is it that we're trying to do in our energy business? Make hydrogen easy, economical and ubiquitous and really leverage the flywheel effect of that cost from a total cost of ownership perspective with our green hydrogen energy business as well our application business where the cost of both side keeps going down, demand keeps going up and Dave can keep

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

building more and more manufacturing capacity, more and more opportunity further driving the cost of everything that we bring to the table down, right? That's really what we're trying to do.

Now here on this slide, I just want to touch on a couple of things, right? So in terms of the value prop that we brought to the table, we are fully vertically integrated as a company. When you look at our actual electrolyzer business, we can provide you with 1 megawatt electrolyzer to get things started. We can go all the way to gigawatt scale. And my friend, Bruno, is going to talk a lot about all the customer activity we got going on, but I just want to leave you with a couple of thoughts here.

We just announced with Avina, our 5-megawatt turnkey product. We have multiple, and I mean multiple, large-scale 100-megawatt-plus opportunity that we're working on right now, which we also talked about during our earnings call not too long ago, and they're moving ahead. We're looking forward to bringing them home, and there's a lot of those activities going on.

And combine that with our liquefier business, right? We have a road map where not only that is the most energy-efficient product. How do you go above 30 tons per day of liquefaction? How do you keep driving the CapEx down? How do you really focus on making it easy for our customer and also make it easy from a cost perspective for our own green hydrogen generation network as well.

And layer on top of that our trailers, which can already really serve as like almost like a virtual green hydrogen pipeline, if you would, moving hydrogen across the country. Then add on top of that, our mobile refueler, and I hope some of you caught that announcement from this morning. This makes adoption of hydrogen for the mobility market easy. We've already sold this to 3 transit companies. And by the way, demand is bigger than what we can actually produce this year. That's how big that opportunity is because it makes adoption of hydrogen easy for many players that are looking to really embrace some of the mobility application.

Then our storage solution on top of that. Put all that together, it gives our customer a way to build that turnkey green hydrogen plant if they want to make a CapEx decision. And if they just want to buy green hydrogen from us or get that back of the green hydrogen from us, we can absolutely do that as well, starting with the first plant that is going to be producing liquid hydrogen here by the end of this month.

Now let me make a couple of points here on this, right? So when you -- I really would like everybody, those who are here in the audience to take a look at the picture on the left-hand side of July of 2022. That was a flat land. There's nothing there for the liquid plant. Now look at it right now, the plant is built. We're doing final tweaking, and we're planning to produce liquid before the end of the quarter. That is less than 12 months, guys, in terms of what we've been able to accomplish here for a first-of-a-kind plant that where the customer can go and really look at how the 40-megawatt electrolyzer and the 15 ton liquefier and the 90,000 gallon tanks as well as the loading dock work, how do they really train their operators? How do they debug the system? What else can they do from a system optimization perspective? We've had many customers go through this in the traditional oil and gas industry, the new players in the hydrogen market, and it has become a phenomenal sales tool for us as well so that they can actually see something that's real that hasn't been done before.

Not only that it hasn't been done before, we just set the new world record in terms of how quickly can you actually build these plants here, right? It's less than 12 months guys versus the industry average of about 48 months. And the learnings we've had here is absolutely going to help us when we go down the path of thinking about building the network here.

By the way, many of you have seen this slide before 2023 than 2025. What this Georgia is giving us is it's allowed us to really do the optimization of our cost plant architecture in New York, allowing us to drive the CapEx down, okay? It actually allowed us to do a lump sum turnkey contract for our plant in Texas, which was not possible until we did this. Again, driving the cost down, increasing the bankability of this project and this green hydrogen generation plant. And we're going to keep leveraging that as we go forward on our path to getting to that 500 tons per day of green hydrogen generation by the end of 2025.

And this is something I think some of you know, but sometimes I feel like maybe we don't talk enough about it. Let me just put this in a context for a little bit for you all, right? If you're running a 15 tons per

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

day liquid hydrogen plant, the amount of the hydrogen trailers that you need to just support the amount of the production and the capacity is about 7. That's 7 liquid hydrogen tanker is which you need. We have 40 of them right now. Not only does that, we have also 40 drivers. Some of them are team drivers that can actually go nonstop as 1 person is sleeping, another person is driving. And we also have 14, the largest amount of high-pressure tube trailers in the industry. This is almost your virtual hydrogen pipeline.

Why does this matter? Why am I bringing this up right now? It's because our mission is never run customer out of hydrogen period. We are a customer-obsessed company. We want to make sure that no matter what happens, whether there's a force majeure in 1 plant, force majeure in plant #2, if there is 3 plants under force majeure, we want to make sure that we can move hydrogen from West Coast to the East Coast and keep customers' mission-critical operation going. And by doing this, by implementing the strategy, we've been able to do that because we have a lot more trailers and the tankers on the road that we're able to really make sure that the customer's tanks are filled and their mission-critical application keeps going.

Now what does this look like beyond 2025 in terms of our green hydrogen generation network. And Andy talked about how we can get to more than 2,000 tons of production and he said, maybe number could be bigger than that, right? So let's just take -- I just would like all of you to just take a look at some of that initial comment here. What are we really trying to do? We're focusing on geographic diversity, diversity of delivery, which means not just the virtual pipeline, but the actual pipeline, and diversity of application.

Why does that matter? What we're really trying to do here is make sure we are building a kiloton green hydrogen generation facility where you can actually get behind the meter absolutely lowest possible cost of hybrid wind and the solar plant, make sure that you have secured all the water needs for that particular location, make sure that location actually have pipeline access to it, where you can use that right of way. And there was a demand coming from not just the mobility market but also from the industrial market, which is so focused on decarbonization, whether it's ammonia industry, whether it's refining industry, so that's when you will also see us not only just build a much larger scale plan that is going to be much more efficient from a design optimization, capital perspective, but also will help you think through optimized capital solution.

Today, we're building these plants on our balance sheet. But when you go down this path, you will actually be able to not only just do back leverage, not only go down the path of project finance, and given the way these plans under the deals are going to get structured, if we wanted to, we might even be able to get construction loan to actually build these plans. And that's where we're taking it. That's how we want to create capital formation in this green hydrogen industry and keep moving the industry forward.

Now, it's not just about the U.S. And my buddy, Paul told me, well, geez, Sanjay, when we get on this event next year, we should actually be talking not just about North America, but also about Europe. Well, here, we have it guys, right? We are looking at 500 tons of generation capacity by the end of 2028 in Europe. That number is substantially larger just based on what Andy talked about with our activity in Finland, everything that we're trying to do. We're just replicating our know-how in North America. And shout out to the team in Europe. They've done an amazing job of sourcing land, sourcing locations where the price of electricity and the renewable electricity to absolutely right. We are just trying to make sure that this is not just a U.S. phenomenon. It's an energy business. It's a global phenomenon. And we want to be the leader in this green hydrogen energy business on a global level, not just on the national level.

Now finally, these are the -- just bringing it all back to today as well for a second. So what are we really focused on this year? We are focused on executing on our substantial electrolyzer back here -- backlog as well as really build our book of business, and there is a tremendous amount of activity across our product line, across different end markets. We have a lot of activity going on in our Cryogenic business. And the mission is very simple here, guys, and it's pretty clear. What does this all mean? We want to drive revenue, but more importantly, we want to drive margin expansion and really deliver that as we go to the end of this year, as we go into 2024, product sales help share gross margin, our internal production of green hydrogen absolutely have a transformational effect in terms of what step change you can see in that fuel margin business, which we have talked about with you guys before.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And this is one question I've received from many of you. And I just wanted to kind of answer that before that question comes up. What is the attach rate? Now that Plug is such a vertically integrated company. What does it mean for a customer in terms of what they can really buy from us within our broader green hydrogen product portfolio and what does that mean?

So let's just -- I just would like you all to think about it from this perspective. If somebody is building a 15 tons per day liquid hydrogen plant, now they can buy 40 megawatts of electrolyzer from us, they will also buy 15 tons of liquefier from us. And by the way, the revenue opportunity now is just doubled, okay? Just with that. Then they also will buy about 7 liquid tankers from us to deliver that hydrogen. They will also likely buy at least 2 90,000 gallons on-site storage tank from us. And that added another 20% of incremental revenue opportunity with that. Just with one customer, this enterprise sales opportunity, the portfolio of products that we bring to the table just increases that addressable sales opportunity with every single customer that is looking to do what we're doing in Georgia and in many other locations.

So with that, without further ado, let me introduce my buddy Bruno, who's going to talk about all the great electrolyzer activity we've got going on.

**Bruno Forget**

Thank you, Sanjay. Thank you, everybody. Nice to be here. I think the last time I was here in this context was back in 2013. At that time, I was working for Air Liquide. Andy had invited me over asking me, hey, why don't you come up and explain a little bit from your end, from your perspective, how is this material handling thing working. So today, I'll be talking about electrolyzer a little bit more in depth.

I'm super happy to be here. You have no idea of how much work has been taking place here. And what my colleagues have accomplished here is just second to none. So we'll dig a little bit deeper into the electrolysis story at Plug, which is fairly new, by the way, and we'll cover 3 main things, right? Speed, capacity and capability.

And to start with, I talked about speed, about what -- it's been less than 36 months that Plug Power has committed itself to work into the electrolysis business, developing its own product and commercializing it. So today, you will see in this facility, the stack, which is the core of the technology and the main ticket item by far. And what has been accomplished here is, again, fantastic, but you'll see it.

Now in order to sell and access the market, we need to wrap it, right? And in less than a couple of years with the acquisition of Frames out of the Netherlands, we managed to put together a product portfolio that covers the whole landscape of scale of opportunities that we're facing today because we will talk about -- there's 2 main dimensions that you need to take into consideration with respect to green hydrogen is obviously the scale of the opportunity. So having a right product portfolio to match that, but also the different market and application that entails different needs, different case use.

So here, in less than 2 years, we were able to cover the whole range of possibilities, and this is quite unique. So starting from the small and medium scale that it was really, really close to what we're doing in the material handling when we're providing the hydrogen supply to our own infrastructure called it the refueling stations. So these 2 packages, the 1 and the 5 megawatts that both Andy and Sanjay alluded to, are kind of turnkey systems, right?

When you get to the bigger scale, and this is what we're going to be talking about a bit later, you need to have a much more collaborative arrangement. So you have a building brick, which is represented here by this 10-megawatt brick. This is a conversation that you start with your partner that they're doing just like we're doing, trying to build, develop their project not as fast as us, but they're doing great. And you need to accompany them, working with them and defining the overall basis of design of the plant, and then participating to the decisions on how to configure how to best match their ability.

So that was done in less than 2 years, and we're commercializing those technologies. Now it's good to have renderings and I think we needed some pictures. So here you see those products being deployed in real industrial use today. So you do, as I think Andy mentioned, we are -- or by the end of this year, we will have units running pretty much all over the globe. That's quite a feat. Again, please appreciate 24, 36

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

months ago, there was nothing yet, right? So it's happening. It's out there. So here you have in Egypt. You've got 2 times 5-megawatt delivering green hydrogen to be used in -- to produce green ammonia.

In the middle, that's the first, worldwide first, a fully offshore system. You're going to see it's 1 megawatt fully agree. Offshore is further down the road, but we talked about how do you get green electrons to the users. How do you basically manage this grid bottleneck that we're going to be faced with the heavy electrification of different case use. Well, hydrogen is there and is an enabler. It's a step change for higher renewable deployments.

You can put basically windmills and solar panels where there is wind and where there is sun, and the way to connect yourself back to the market through a carrier, often that involves hydrogen. So offshore being there and playing already on this is quite important. And on the right-hand side -- sorry, your right-hand side, you have that 10-megawatt building brick that I talked about being fabricated. We've got about 10 pieces of them. This is in Dubai.

So we talked about speed and now Plug just went through things in a typical fashion. Again, I worked in this industry for about 20 years. And it's only been, what, 18 months that I joined Plug because can't beat them, joined them basically. And here I am talking and representing Plug and very being super happy in doing so. But we talked about markets. And I wear my industrial hat here, and I will not cover too fast, those 2 and 3 on the bottom end because I think you had very, very interesting pieces earlier on today. But just to say that if you put yourself and your objective is to sell electrolyzers, which is basically what I'm doing every day, you're looking at where can I go ahead and taking Plug out of the equation, where can I really think that I'm going to be able to sell my technology and be able to do so in a volume that I will get the scaling that is required because Dave has built this facility.

So it starts by industrial. So I've been selling hydrogen for most of my career, and this was to industrial customers. There is a market. It's about 100 million metric tons per year of green hydrogen out there. This is going anywhere but green in the future. This is the place to start. So this is happening now. And it's taking a little bit more time because you're talking about industrial stakeholders. You're often talking about oil and gas guys that they want to do things properly. They got their gated process, and they don't build plants in 12 months. But that's okay. No problem.

But it will go green, whether people like it or not. It is going green. Cash is king. I get that. Land is queen. There's no policy makers today that like to cut ribbons where there's the word CO2 involved. And that's a reality. So try to get your permitting done on fossil-based stories today. It's a lot more complicated than it used to be, and it's getting more and more traction. So industry will go green, and that's a 100 million metric ton target right there.

On that front, we're quite successful because now everybody is like, yes, I want to go green. I need to test it. I'm an industrial. I've been using hydrogen for years. Is this technology working? So that 5-megawatt package we came up with really, really addresses a very, very interesting need here because they want a pilot, somewhat techno demonstrate that green hydrogen is ready to play and be their main source of hydrogen going forward. So we are having a lot of success there, like I said, with customers ranging from different applications that were brought up earlier by Andy and by Sanjay.

Then there's the go big or go home market. That's what my colleague, David, always calls it. That's the green chemicals and fuels market. So green ammonia, methanol, sustainable aviation fuels. This is going to take a little bit longer, right? But this is where there's a huge opportunity out there. They use hydrogen as a feedstock in their process. And it's just -- it's out there, it's going to happen, right? It's going to take a little bit longer, and that's why it's important to demonstrate what you're doing in the industrial scale first, right? So there, we already have pretty significant customers that are going to pilot this technology to be used in their day-to-day applications, such as Infinium or Fertiglobe.

And then the last 2, this is where it gets super interesting because as Sanjay mentioned in the end and concluded, people don't get that enterprise sale, right? Or call it the model, like, that ecosystem model. This is unique because in the sense that when you look at this market and this opportunity for electrolysis from outside, you wouldn't pick mobility or power energy as the main focus, albeit they need -- because they need a little bit more time. They need players such as -- sorry, such as Marco and Rob here today

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that will put together and somewhat define how to -- how many building bricks that you need to come up with an integrated solution, right? So it takes a little bit longer. It takes more dialogue. And it's going to happen no matter what because it serves a purpose.

But here, Plug is really particular in the sense that it's creating demand. It's creating demand through its own applications. So unlike others that somewhat just for an ELX sales perspective, this would be the weaker markets or the less prioritized one. For Plug, they're the most certain one in the sense that we don't need too many people around the table to FID on those. Demand is coming. We're creating that on demand.

So again, we talked about speed, and this visit is about capacity, but then capabilities as well. So it's -- again, it's not just the stack. It's pretty important. Don't get me wrong. And this is what I'm covering in my presentation, you'll get to see the rest. But what's really important as well is to look at what goes beyond and what needs to be developed in order to have this manufacturing facility to run. So my colleague Brendan has been doing a tremendous job to ensure that this facility can run at the rate it is running today, which is the first worldwide by the way, but also setting up the stage for the future to make sure that we do have what it takes in order to follow that beautiful [indiscernible] that's coming our way.

So on that front, I think we're covered in terms of the stack. Then on the system, unlike other stakeholders, we've decided to leverage a different approach, an approach where we have a dissociated. So you won't see the actual electrolyzers being manufactured. What you see is the core of the heart, about 50% of the value, right, inside the thing. But when you look at the product portfolio that we mentioned, we do have a worldwide fabrication network that can be enabled in function of where we are selling. So Andy mentioned we were selling electrolyzers on 5 continents. We do have partners that work with us to wrap that stack and deliver the products that we showed across the globe, taking the local regulation, the local reality into consideration and being able to really also add value to our offer.

So in conclusion. What makes Plug unique. It's pretty important. We're dedicated. So that -- I used to work for companies in the past. I was dedicated to hydrogen. But my boss, he was talking to me maybe twice or 3 times a week. So Andy was like partly dedicated. He's boss and when I was younger, when I was here in 2013, there was boss, boss, boss. And at the end, the guy was maybe not really thinking about green hydrogen. Here, we're 27 -- 24/7. Sorry, 27. What is that? I'm trying to get some hours off, but 24/7, and we're thinking about it.

And what's important is as my friend, Jose Luis, presented very well is that we're creating our own demand. So you've got those 2 business units, call it the energy, call it the application world that are building this hydrogen economy from both ends. We do have the ability to join together, and that brings a little bit of certainty. And that should come for anybody about why we're taking those steps faster than anybody else because we're seeing things ahead because we are working at it from both respective ends. So on the system, I'm back to electrolysis. I'm talking of the overall, but it's important. It's that business model that really differentiates and brings a lot of certainty and ensures that what we're building is going to get used and is going to help scaling the technology and get those costs down that this industry requires.

So again, I'd like to finish about the execution capacity and the flexibility. We talked about those 2 systems and stack manufacturing schemes and the greatness of our supply chain. But I really look forward to your feedback and exchanging with you after the visit. I really thank you for taking the time. And I let you with the most interesting presentation. Not necessarily, but the most interesting presenter for sure, my friend, Paul, the floor is yours. Thank you.

**Paul B. Middleton**
*Executive VP & CFO*

You think after 9 years of doing these events with Andy, he realized not to put me last, but I'll see if I can keep it interesting here to the wind down.

Where are we here? So I get to share about our financial plans. And as always, I like to start and say, given how big these markets are, the foundation that Plug has established, the penetration that we've

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

already made and the differentiated position that Plug has and can leverage going forward, reaching our objectives really seem very obtainable. And it's really through the scaling that's going to drive the continued improvement in profitability and evolve us to that commercial enterprise that's routinely generating positive operating income and positive cash flows.

When you look at -- to support our growth, we have built a strong, differentiated platform that will enable us to meet our targets, including a broad foundation of technologies that enabled early adoption, deep relationships with multiple industry leaders across many sectors, new investments that are expanding our geographic and industry footprints and a strong cost discipline that continues to drive down the total cost of ownership.

We have a broad pipeline and a backlog that supports our near-term growth prospects. And I'd like to use the phrase success breeds success. And we're seeing that with our -- as we scale up our new offerings and expand our material handling established business. The breadth of investments over the last couple of years are truly creating an inflection point as we scale up these new platforms. For Plug, the compounding opportunity is evolving. It's really about execution to take advantage of these sales opportunities.

As a team sharing today the markets and near-term opportunities are substantial, and the market tailwinds are helping us propel our growth on a global level. We're seeing common themes on our platforms to grow and scale, from growing our customers and partners to continuing to innovate, to leveraging flexible business models, to expanding our capabilities and, of course, driving costs down while enhancing product performance. As you look at our forecast, you see particularly growth dominated by products and fuel sales growth. And these 2 components will increasingly be the majority of what we sell going forward.

We spent a great deal of time as a management team refining our strategies to scale and drive cost down. We're focused on speed, learning fast, and reacting quickly. We have clear visibility on these strategies and clarity on how to execute. And in these core tenets is what's going to enable us to achieve our targets.

A key reason in our confidence that we can further reduce costs has been our experience. When you look at what we've done in material handling as an example, between design enhancements, supply chain leverage, overhead leverage, every time we've doubled the installed base, we have seen a 25% cost reduction. We absolutely expect these trends to continue as we continue to scale these new platforms.

To date, fuel sales has largely been a pass-through business. The focus going forward is on leveraging our new hydrogen platform. In addition, our scale and growth, we will see continued leverage on spend in this CapEx supply chain, the scale that benefits our internal use as well as the products that we offer our customers, and that's a unique competitive advantage.

Since our folks on the start has been on green, we are well positioned to take advantage of the regulatory incentives like the PTC credit here in the U.S.

Operating income and operating cash flows stem from gross margin and OpEx leverage. So as we grow the business and drive costs down, this will translate into a positive trajectory for operating margins and cash flows. Our growth forecast suggests we should achieve positive equilibrium on operating cash flows in the next 12 months and not sooner. And this will be a substantial milestone for Plug.

I heard an analyst recently describe Plug as a really big startup. And I think it's a true description when you look at the number of new platforms we're launching and driving scale quickly in parallel. I tell our team routinely it's difficult to optimize without scale. But fortunately, we have the substantial pipeline to realize our potential quickly and a clear focus to optimize commensurately.

We've got strong visibility into '23. And for our revenue target in '23, it represents substantial growth in new markets like on-site generation, stationary power on-road, green hydrogen as well as growth in our established material handling business. This represents expanding our current customers and adding a number of new customers. And as Andy mentioned, it also represents expanding our international footprint and reach.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As we've shared previously, our focus for '23 is very specific and prioritized: Scaling electrolyzers and stationary solutions; building out our green hydrogen network; expanding our existing material handling business; developing cost-efficient debt capital solutions to fund our ongoing investment plans; and collaborating with regulators to leverage policy like the IRA here in the U.S.

For the first half, we believe we're on track with our efforts. ELX stack production hitting here in May over 100 stacks per month, developing our first -- deploying our first stationery products, commissioning our first green hydrogen plant, leveraging our material handling pipeline to drive growth and building on our Cryogenic pipelines.

If you look at our near-term objectives, we still have 6.5 months to go this year. We collaborate with the leadership teams here in Plug often and usually daily to stay laser-focused on the things we believe we need to do to realize our growth targets for the second half of this year and position Plug for '24 and beyond.

Scaling up these new endeavors is hard, from finalizing new designs and collaborating with customers partnering with vendors and fabricators to ramp up capabilities, scaling our manufacturing and optimizing as we scale and rapidly reiterating as we focus on learning and adapting quickly. But I can share with you, our collective pace is accelerating with each milestone we cross more than any company I've ever worked for. And I think it's because of the entrepreneurial culture in Plug, our customer-first focus and our passion to collaborate and accelerate success. We're well positioned to deliver on our second half objectives.

We recently shared some additional insight on our '23 targets. The biggest variable in the near term is scaling our on-site hydrogen generation platform in our liquid hydrogen Cryogenic products. Scaling these new platforms is super exciting, especially in light of how big these markets are and the commercial traction that we're seeing.

In the near term, we have more than ample pipeline. We believe -- and we believe we've scaled the right capabilities to bring these opportunities to fruition. But it's hard doing things that no one's ever done before. Having said that, when you look at factors like Plug building a hydrogen plant faster than ever, anyone's ever done, building our first megawatt 1-megawatt stack last year, and now we're up to 100 stacks of capability per month, these kind of accomplishments give us a lot of confidence that we're on the right track.

Sales growth and migrating towards positive operating margin cash flow trends in the near to midterm is what's going to allow us to access cheaper cost of capital. Our base product business is actually not significantly CapEx intensive. The new hydrogen platform, however, is more capital intensive. But fortunately, long-lived infrastructure investments are very attractive to project financing partners, and we have significant interest to participate, which will yield lower cost of capital solutions as we -- to finance these initiatives. We are poised with around $6 billion in assets and a substantial cash position to fund our continued growth. And we have very little debt leverage.

Now that we're turning on the first green hydrogen plant and proving out that lucrative portfolio, it also opens up efficient leverage opportunities. We're developing a range of capital solutions, and we'll continue to look for the best solution for Plug and our stakeholders.

I want to thank you guys for your time today, and I look forward to sharing more about our stories as we continue on.

**Andrew J. Marsh**
*President, CEO & Director*

So for those in the room, you're going to have a wonderful opportunity, and Dave is going to come up and tell you about the plant tour and be able to see this wonderful gigafactory. And maybe, Dave, we're going to have to make it a terafactory soon, when I walk around and see everything we're doing.

For those on the webcast, I want to thank you so much for joining us today. I hope the investors heard what we've done here over the last few years. We've built world-class manufacturing facilities. We're building green hydrogen plants faster than anyone else. We're building products for utility applications,

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

which we could have never imagined a few years ago. And look, our old business like material handling, keeps on bringing order and after order and after order in.

This is a special company. I have an all-employee meeting every week. And one thing I remind the employees every week, we're not playing this game to come in second place. It sounds probably a little outrageous, but we're looking to dominate the hydrogen industry. We're going to be the company that people will talk about in 2035, like people talk about Amazon and Google today. This is a company that's going to change the world. It's because we're willing to do the things which are tough and be able to aggressively develop this market with customers.

And let me tell you, I'm on the final note out there, investors, that relationship with customers, you should never doubt. Today, we've probably talked about 25 or 30 customers. We built this business working with customers, and we'll continue to build this business working with customers, not talking in backrooms to ourselves but talking to the world out there.
So thank you, everyone, who joined us on the webcast.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.