# EXHIBIT 7

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): June 14, 2023

# Plug Power Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **1-34392** | **22-3672377** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **968 Albany Shaker Road, Latham, New York** | **12110** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(518) 782-7700**

**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.01 per share | PLUG | The Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01**          **Regulation FD Disclosure**

On June 14, 2023, Plug Power Inc., a Delaware corporation (the "Company"), will be hosting an Analyst Day conference in person and via webcast from its Gigafactory in Rochester, NY at 11:00 a.m. Eastern Time. During Analyst Day, the Company's officers will present to analysts and investors certain information regarding the Company, including potential revenue growth opportunities, as well as provide a financial update. A copy of the presentation is furnished as Exhibit 99.1 to this Current Report on Form 8-K and incorporated herein by reference. In connection with the foregoing, the Company issued a press release. A copy of the press release is furnished as Exhibit 99.2 to this Current Report on Form 8-K and incorporated herein by reference.

Participants who wish to view the live presentation can access the webcast at: https://event.on24.com/wcc/r/4258956/AF3D8D97AFFE425EA558605F56D8D6ED?partnerref=MediaAdvisory, and a recording of the webcast will be available on the Company's website for a period of time following the call.

The information included in this Item 7.01, Exhibit 99.1, and Exhibit 99.2 of this Current Report on Form 8-K are not deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), nor shall they be incorporated by reference into the Company's filings under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, except as expressly set forth by specific reference in such future filing.

**Cautionary Note Regarding Forward-Looking Statements**

This Form 8-K, including the exhibits, contain financial projections and estimates of the Company's future results of operations, or of the Company's business or financial position, including plans, objectives and expectations with respect to future operations and performance, or other forward-looking statements. These forward-looking statements are not historical facts and are considered forward-looking within the meaning of Section 27A of the Securities Act and Section 21E of the Exchange Act. These forward-looking statements are based upon the current expectations, estimates, forecasts and projections as well as the current beliefs and assumptions of the Company's management and are subject to significant risks and uncertainties. In the event the Company is not able to accurately predict or control events in the future or risks or uncertainties materialize, or underlying assumptions prove inaccurate, the Company's actual could results could vary materially from those forward-looking statements. Investors are cautioned not to unduly rely on forward-looking statements because they involve risks and uncertainties, and actual results may differ materially from those discussed as a result of various factors. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the Company's business in general, see the Company's public filings with the Securities and Exchange Commission (the "SEC"), including the "Risk Factors" section of the Company's Annual Report on Form 10-K for the year ended December 31, 2022, Quarterly Report on Form 10-Q for the quarter ended March 31, 2023 and any subsequent filings with the SEC. The forward-looking statements are made as of the date hereof and the Company undertakes no obligation to update such statements as a result of new information.

**Item 9.01.**        **Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit Number | Title |
|---|---|
| 99.1 | Presentation of Plug Power Inc., dated June 14, 2023 |
| 99.2 | Press Release of Plug Power Inc., dated June 14, 2023. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Plug Power Inc.

Date: June 14, 2023

By:    /s/ Paul Middleton

Name:  Paul Middleton
Title:   Chief Financial Officer

**Exhibit 99.1**





# Analyst Day

Andy Marsh, CEO

June 14, 2023

Copyright 2023, Plug Power Inc.

# Forward-Looking Statements & Disclaimer

This presentation will include "forward-looking statements" about Plug Power Inc. ("Plug"). These forward-looking statements will contain projections of Plug's future results of operations, or of Plug's business or financial position, or other forward-looking statements. We intend these forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements are based upon the current expectations, estimates, forecasts and projections as well as the current beliefs and assumptions of Plug's management and are subject to significant risks and uncertainties and include, but are not limited to, statements about: Plug's ability to achieve profitability; Plug's projections regarding its future financial and market outlook, including its ability to achieve forecasted revenue, gross margin, annual sales, operating income, operating cash flows and OPEX leverage targets; Plug's expectation that substantial growth will continue and its expectation regarding the underlying drivers of the company's growth; Plug's expectation regarding the total addressable market and sales and market opportunities; Plug's belief that its growth strategies will have the intended benefits; Plug's belief that hydrogen investments will accelerate revenue growth and the anticipated effect of revenue on the compound annual growth rate; the expected benefits of Plug's planned equipment improvements, service improvements, and fuel improvements; Plug's ability to realize growth across multiple business units, including electrolyzers, stationary power, on-road, green hydrogen, and material handling, and its expectation that its applications business will grow by 45% year-over-year in 2023; Plug's ability to obtain financing for its hydrogen plants; the ability of joint venture partners to complement Plug's growth; Plug's expectation that favorable government policy initiatives will continue; Plug's expectation regarding its liquidity and potential for investments; Plug's expectation joint effort with Energy Vault will accelerate the deployment of energy storage solutions; the expected timing and forecasts related to its key performance indicators; the anticipated opportunities for financing and investment, including potential projects; the anticipated benefits, capacity, capabilities, and output of Plug's green hydrogen plans, including those located in Georgia and Finland; the potential for global adoption of hydrogen power and Plug's electrolyzer products; Plug's 2030 projections with respect to, among other things: hydrogen output, demand and use of its HyVia vans, stationary products, electrolyzers, fuel cell powered forklift trucks, and manufacturing capabilities; Plug's ability to meet its anticipated hydrogen outputs by 2025, 2026, 2027, 2028 and 2030; the expansion of Plug's hydrogen network, including its European and United States expansion, including Plug's ability to build the first kiloton-scale plant by 2030; Plug's ability to meet its key objectives outlined for its electrolyzer, cryogenic, and green hydrogen plant businesses; Plug's expectation that it can grow its revenue and expand margin in 2023 and 2024; the projected growth in Plug's applications, material handling, and stationary power businesses; the expected addition of pedestal customers in 2023; the expected timing and outcome of Plug's yard tractor pilot program and green EV charge pilot program; Plug's ability to capitalize on demand from electric vehicle and new home power generation; Plug's expectation with respect to the output opportunities for each of its hydrogen plants; Plug's expectation with respect to ELX scaling; Plug's ability to deliver each of its supply chain goals and execute its supply chain improvement strategy; Plug's ability to continue to deliver on expanding its green hydrogen network and capacity; and the scalability of Plug's products, services, and hydrogen plants.

You can identify the forward-looking statements by forward-looking words such as "anticipate," "believe," "could," "continue," "estimate," "expect," "forecast," "intend," "may," "should," "will," "would," "plan," "projected," "target" or the negative of such words or other similar words or phrases. Plug believes that it is important to communicate its future expectations to investors. Such statements should not be read as a guarantee of future performance or results. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements, including that Plug continues to incur losses and might never achieve or maintain profitability, that Plug will need to raise additional capital to fund its operations and such capital may not be available to the company, global economic uncertainty, including inflationary pressures, fluctuating interest rates, bank failure, and supply chain disruptions, and that Plug's lack of extensive experience in manufacturing and marketing of certain of its products may impact its ability to manufacture and market products on a profitable and large-scale commercial basis. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of Plug in general, see Plug's public filings with the Securities and Exchange Commission (the "SEC"), including the "Risk Factors" section of Plug's Annual Report on Form 10-K for the year ended December 31, 2022, Quarterly Report on Form 10-Q for the quarter ended March 31, 2023 and any subsequent filings with the SEC. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof and Plug undertakes no obligation to update such statements as a result of new information.

Financial projections which are included in this presentation are based on assumptions and analyses made by management based on its experience and perception of historical trends, current conditions and expected future developments, as well as other factors it believes are appropriate under the circumstances. There is no assurance that the financial projections will be realized. Information provided in this presentation is solely as of the date it is provided and may change or be modified at any time without notice. Market data and other statistical information used throughout this presentation are generally based on independent industry publications, reports by market research firms or other published independent sources. In addition, certain information contained herein has been obtained from sources prepared by other parties or by management.

In addition, Plug does not undertake any responsibility for the accuracy of the information provided by Energy Vault and none of Plug and its representatives shall have any liability with respect to the information provided by Energy Vault in this presentation.





We are building, selling and deploying real products, today!

# Plug Green Hydrogen Plant – Woodbine, Georgia

  

  

## Plug Green Hydrogen Production Sites in Finland
(FID 2025/2026)



**Kokkola**
Electrolysis Capacity: 1GW

Green Ammonia + Green Hydrogen

**Kristiinankaupunki/ Kristinestad**
Electrolysis Capacity: 1GW

Green DRI/HBI

**Porvoo**
Electrolysis Capacity: 250 MW

Green Hydrogen

- Production of 850 tons per day of green hydrogen

- 2.2 GW electrolyzer interconnection by the end of the decade

- 1,000 direct jobs and 3,000 indirect jobs

- Contribute to Finland's target to be carbon neutral by 2035

- Support the development of green electricity and hydrogen European backbone pipeline

5

# 1MW and 5MW Plug Electrolyzers – Global Adoption

  



# Plug's 1GW Plant: Green Hydrogen at Work







ELX425D

ELX2125D

ELX4250D

## Large-Scale Stationary Power: Manufacturing Ramping







## Plug for Mobility Applications






## Robust Manufacturing in New York State



Vista Tech Park, NY



Rochester, NY



10

## We are at an inflection point

- Revenue will be between $1.2B - $1.4B

- Gross margins positive

- Broad span of products with leading edge manufacturing capabilities

- 25% of our revenue will be European this year

- 60% of our revenue will be non-material handling

- A policy climate strongly supporting our business

- Unmatched in the industry



11

## The Plug World we are Building for 2030

- Over 2,000 T of hydrogen per day

- 100,000 HyVia vans on the road

- 1GW of stationary products deployed

- Shipping 5GW of electrolyzers per year

- 500K fuel cell powered forklift trucks

- Manufacturing capability to support 10GW of fuel cells and electrolyzers



Markets and opportunities that allow us to continue to dream!

12



Green Hydrogen at Work™



# Applications
# Business Unit

Jose Luis Crespo,
General Manager Fuel Cell Applications/Global Accounts

Copyright 2023, Plug Power Inc.

Our Applications business is projecting to grow by 45% YOY in 2023 propelled by:

The value our technology brings to customers

Low carbon and global electrification trends



# Material Handling drivers for growth

Plug's productivity value proposition is getting stronger

Grid constraints are now part of our value proposition

Plug's mid-market (around 50Kg/day) solution



In 2023 already signed 2 new pedestal customers in Europe (Stef and Asda) and 1 new pedestal customer in the US

Working on another two in 2023 almost doubling the number of pedestals



16

# Other Mobility Activities



Successful introduction of the
Hyvia Van in Europe

Working with Geely and SK in
Korea on busses

Yard tractor pilots in Q2







17

# Stationary Power

Grid constraints & regulations driving increased demand for zero-emission $H_2$ generators





Green EV Charge
Pilots in progress



Prime Power
Energy Vault
SK-Power Generation



Enhanced (Back-Up) Power
Microsoft

Green EV Charging
- Large fleets with grid availability & deployment timing constraints

amazon ups
FedEx

Prime Power
- Utility Grid Support, Energy Arbitrage, Peaker Plants
- CA PSPS solutions

SDG&E
Sempra Energy
PG&E
conEdison
ercot

Enhanced Backup Power
- Zero-Emission Datacenter
- Displace Diesel Generators
- Achieve Sustainability Goals

Microsoft
Google
aws

18

# +$1T Addressable Market



Enhanced Back-Up Power

**$30B Generator TAM**

Green EV Charge

**$1B BEV Fleet Charge TAM**

Prime Power

**$1T Grid Parallel TAM**

plug

19



"The proliferation of electric vehicles will be the biggest disrupter to the electric grid since the invention of the air conditioner."

*- Smart Electric Power Alliance*



# Putting that in perspective...

## 230 TWh

Annual energy demand from electric vehicles in 2030

\* Source: McKinsey

230 = 21

terawatt-hours    million new homes

The US builds approximately 1.3M homes per year



# Green EV Charging

## Grid constrained locations



Hydrogen Power

Fleet Charging



# For Plug this is a Green H2 business

1MW generator consumes 65Kg/hr

Continued Power: 1.5T/day

EV Charging 10hrs/day: 650Kg/day





© ENERGY VAULT - ALL RIGHTS RESERVED - CONFIDENTIAL

# Plug Power and Energy Vault sign MOU to accelerate the deployment of economical and sustainable long duration energy storage solutions

- **Plug** selects **Energy Vault** as the <u>integrator of choice</u> for its customers that demand long duration storage and micro-grid solutions

- Energy Vault will license to Plug its Energy Management System (Vault-OS and Optimizer) that will increase the financial return of Plug's customers

- Energy Vault will optimize its ultra-long duration solutions with Plug's fuel cells and electrolyzers

The joint effort will address the rapidly growing multi day and micro-grid energy storage segment with a *SAM over five years of +100GWh (+$10Bn)*

*(equivalent to 100 "Calistoga" type systems over five years)*



25

# Energy Vault | Energy Management System Differentiation



Only software solution with modular and flexible architecture that can implement and integrate any combination of assets across **all three solution layers**:

| **Applications**

| **Storage technology**

| **Generation technology**

**Configuration Flexibility**
Delivers optimized cost to customer with more use cases to generate economic return and better O&M functionality to reduce costs

**Inherent Agility and Adaptability**
Future-proofs customer investment



© ENERGY VAULT - ALL RIGHTS RESERVED - CONFIDENTIAL

# Exponential growth fueled by the tech-neutral solutions approach validated by largest utilities and IPPs

*- 40% growth q/q in the most recent Q1 2023 results in Project Awards and overall near term Sales Funnel*



935 MWh to be deployed in 2023

FLOW THROUGH

**SUBMITTED PROPOSALS**
**27.8 GWh**
Potential Bookings
**~$12B**
- Firm offer submitted
- Approx. 50% BESS / GESS mix

**SHORT-LISTED**
**2.7 GWh**
Potential Bookings
**~$720M**
- Short-listed following competitive bid
- Contract negotiations

**AWARDED**
**6.4 GWh**
Potential Bookings
**~$2.5B**
- LOI / Firm commitments
- Contract awarded
- Final contract negotiations

**BOOKED ORDERS**
**1,635 MWh**
Bookings
**$540M**
- Signed contracts to be deployed & executed license agreements

- **2023 Financial Guidance Supported by 1,635 MWh of booked orders and 6.4 GWh of awards**
- **Total Signed Contracts & Awards are approximately 8 GWh, representing more than $3B of potential revenue**





© 2023 ENERGY VAULT HOLDINGS INC. - ALL RIGHTS RESERVED

Enabling a Renewable World     5





# Energy Business Overview

Sanjay Shrestha, CSO and General Manager of Energy Business

Copyright 2023, Plug Power Inc.



# Controlling the Green Hydrogen Ecosystem



Portfolio of offerings and generation assets = robust customer solutions

31

# Peachtree Green Hydrogen Plant - Camden County, Georgia




Jul 2022


Sep 2022


Dec 2022


Mar 2023

- 15 TPD LH$_2$ (Future expansion to 30 TPD)
- Grid connected
- In-person sales showcase: product portfolio in action, customer training, construction details and planning
- Design optimization and EPC benefit for other plants
- Start-to-finish timeline of 12 months versus an industry average of 48 months


May 2023


Night shift


Pipe racks

LIQ Cooling Towers



32

# Path to 500 TPD by 2025



**2023**
Projects Currently Under Construction and In Operation

**YE 2025 – 500 TPD**

33

# Plug's Hydrogen Delivery Network and Logistics Capabilities



- **Delivery economics come down to demand**: how much hydrogen are you consuming daily and how far do you need to transport it?
  - Plug operates a robust hydrogen delivery network serving over 200 customer sites
  - **With the largest fleet of HPTT in North America** and 40 liquid tankers
    - One liquid hydrogen tanker contains more hydrogen than sixteen standard gas tube trailers

- Innovative equipment designs allow for a range of industrial, commercial, and chemical applications that use hydrogen

The Plug hydrogen tanker is the <u>largest and lightest trailer ever manufactured</u>, with unprecedented over-the-road payloads





34

# Green Hydrogen Generation Network Beyond 2025



**Further Geographic, Delivery, and Application Diversity**

- Optimization of plant and system design
- Application of engineering knowledge from initial portfolio of projects
- **1st "kiloton-scale" plant by 2030**
- Power generation, eFuels, and industrial decarbonization

● **Currently Operational and/or Under Construction**

○ In Progress: Permitting through Prospecting

35

# Generation Roadmap to 2030



| Path to 300TPD by 2027 |
| --- |
| 50 TPD by year-end 2025 |
| 120 TPD by year-end 2026 |
| 300 TPD by year-end 2027 |
| 500 TPD by year-end 2028 |
| 1,500 TPD by year-end 2030 |

**Hydrogen generation sites**
- One first site announced in Antwerp
- 2 GW-scale sites announced in Finland + 250 MW site
- Close to 20 sites under development throughout Europe
- 8-10 sites from 3rd-parties qualified for potential off-take of hydrogen

**GW-scale sites in the Nordics**

**Smallers sites in continental Europe, closer to demand centers (<100MW)**

acciona

36

# Energy Business – Key Objectives

**Electrolyzers:**
- Successfully execute on existing backlog of product and large project business
- Build strong bookings for both product and large project business globally

**Cryogenic Business:**
- Strong growth in liquefier, hydrogen trailer and tanker businesses

**Green Hydrogen Plants:**
- Georgia plant reaches 15TPD of liquid hydrogen production
- Project execution at Louisiana hydrogen plant
- Commission/construct multiple additional green hydrogen plants

<span style="color:green">Collectively results in substantial revenue growth and meaningful margin expansion exiting 2023 and into 2024</span>



37



Green Hydrogen at Work™



# Electrolyzer Discussion

Bruno Forget
VP, Strategy & Operations
Management

Copyright 2023, Plug Power Inc.



## Products by Scale of Opportunities



40

## Deployments Already Producing Globally






Until the end of this decade, it is all about
**Speed, Capability & Capacity**!



41

# Market Focus for ELX Scaling -  Twelve Month to FID Opportunities >$4B

 

**Industrial**
(Refining, Steel,  Semi-Con)

• Industry will go Green

• 5MW Product success
• EX: MOL, Ardagh, Apex, Hydro, Havrand, Inrving, India Refiners, Linde

 

(NH3, MEOH, SAF, SNG)

• "Go big or Go home" market.

• Ideal for ELX for Scaling
• Infintium, Fertiglobe

 

**H2 Mobility**
(HDV, LDV,MHE)

• Plug is the leader

• 1MW Product Success & Enterprise Sales Opportunities
• Atco, Ark, Hiringa, Lhyfe, Ganzair, Hyvia

 

**Power & Energy**
(Power, Back-up/ Peak, PtG)

• Plug Ecosystem

• Enterprise Sales Opportunity
• Utility NZ, Amazon

42

# Plug's Supply Chain: Four key pieces to Plug's successful supply chain execution



**PGM** (platinum group metals)

- Strategic partnership with Johnson Matthey

- Development of membrane recycling technologies for PGM extraction

**CCM** (catalyst coated membranes)

- Strategic partnership with Johnson Matthey

- Co-investment of CCM manufacturing facility with JM (5 GW scaling to 10 GW)

- 



43

## Plug Uniquely Positioned To Deliver on Robust Prospects:

**Dedication to Green Hydrogen → Green H2 at work today !**

- Plug created its own Demand (Worlds largest Merchant H2 user)
- To satisfy this demand, Plug is building with its own technologies a Green H2 plant network*
- **Systems** via Global Network of Fabrication Partners
  - Total Capacity for 1.8GW per year = 255 Systems and growing

## Execution Capacity & Flexibility

- Dissociated System & Stacks manufacturing
  - Stack: Gigafactory Operating at GW level today.
  - System: Regional, flexible, scalable, proven compliant manufacturing network + Strong dedicated experienced team
- Globally driven Supply chain



44



Green Hydrogen at Work™



# Finance Update

Paul Middleton, CFO

Copyright 2023, Plug Power Inc.

# What Will Plug Look Like in 2026 and 2030?

**2026**

| $5B+ | 30%+ | 17%+ |
|---|---|---|
| In Annual Sales | Gross Margin | Operating Income |

**2030**

| $20B+ | 35%+ | 20%+ |
|---|---|---|
| In Annual Sales | Gross Margin | Operating Income |

**A Global Hydrogen Ecosystem Market Maker Poised for Continued Substantial Growth**

Diversified Technology Company

Global Hydrogen Solution Platform

Generating Significant Earnings & Cash Flows

Differentiated Market Position in Large Global Markets



47

# Plug's Building Blocks to Drive Growth

1. Large global markets accelerating the hydrogen economy

2. Broad product platform and traction with industry leaders

3. Green hydrogen platform will be a new market and driver in other product lines

4. Investing in capabilities to expand industry and geographic footprints

5. Driving the cost curve through overhead leverage, supply chain, & design enhancements



48

# Hydrogen Investments Accelerating Revenue Growth
($s in billions)



49

# Revenue Forecast Outlook



Legend:
- Applications – MH, EV, stationary, etc. (orange)
- Energy - Hydrogen Fuel, Electrolyzers, and Cryogenic equipment (green)

**Market Tail Winds**
Regulatory
Social
Cost Curve

**2023**
~$0.78B
~$0.62B

**2026**
~$3.1B
~$1.9B

**2030**
~$14.4B
~$5.6B

## Action Plans

- Expand market channels - customers & partners
- Grow new markets – EV, Stationary Power, Aerospace
- Leverage global market for electrolyzers
- Build on cryogenic platform & converge on the pipeline
- Utilize flexible business models
- Develop new hydrogen solutions to accelerate adoption
- Cross sell using full hydrogen solution offering
- Scale capabilities (supply chain, mfg, green H2, etc.)
- Continue investment in cost downs & improved performance

50

# 2026

Target business model

>30% gross margin

~13% OPEX leverage



5.

# Gross Margin Map from Point A to Point B







| Equipment Improvements | Service Improvements | Fuel Improvements |
|---|---|---|
| Higher volume = better leverage of fixed cost & supply chain pricing | Stack enhancements to increase reliability and reduce costs | Hydrogen generation vertical strategy yields improved margins |
| Vertical integration to increase reliability and reduce costs | Utilizing analytics for predictive maintenance & performance improvement | Infrastructure design improvements increasing site efficiency & reducing costs |
| Innovation leading to simpler design of fuel cells | Leverage labor with cluster of customers in a dispatch model | New PTC Incentives |



52

# Success Yielding Improved OI and Operating Cash Flows (% of Revenue)

## Drivers

- ✓ Sales & Operating Margin Growth
- ✓ Core Business is not Capex Intensive
- ✓ Developing the Supply Chain Enables More Effective Working Capital Strategies
- ✓ Growth Drives More Efficient Cost of Capital Solutions

| 2026 Target Business Model | |
|---|---|
| Operating Income | 17% |
| Operating Cash Flows | >15% |



53

# Substantial Growth 2023

# Key 2023 Execution

- Successful execution of the electrolyzer business systems
  - Building systems at scale

- Building green hydrogen plants beyond Georgia

- Start ramp of stationary products for expansion in 2024

- Develop financing solutions for the hydrogen plants
  - Project equity and/or debt solutions
  - Corporate level debt solutions
  - No dilution of present shareholders

- Continual focus on government policy



55

# Near Term KPIs for 2023 Forecast

| | | |
|---|---|---|
| 1. | Ramp ELX stack manufacturing to > 100 MW/month | DONE (May 23 > 100) |
| 2. | Deploying first largescale stationary solutions | Within 30 Days |
| 3. | Commission 1st green hydrogen plant (Georgia) | Within 30 Days |
| 4. | Leverage MH pipeline to grow 2023 deployments by >50% | DONE Pipeline > 50% |
| 5. | Build cryogenic pipeline to grow 2023 ~300% | DONE (Pipeline >300%) |



56

# Mid Term KPIs – 2nd half 2023

1. Ramp ELX container supply chain/fabrication/customer deployment  to deliver >27 systems

2. Close on cryogenic sales pipeline (liquefiers, mobile refuelers, stationary storage, etc.)

3. Close additional largescale MW/GW plant sales opportunities in next 90 days

4. Deliver on upside MH opportunities

5. Drive key short term cost downs initiatives – supply chain, reliability, fuel, etc.

6. Nurture final government IRA guidance & leverage opportunities



57

# 2023 Financial Projections

| Condition | 2023 Revenue | 2023 Gross Margin | Comment |
|---|---|---|---|
| **Expected** | $1.4B<br><br>Applications: $620M<br><br>Energy: $780M | $140M | Key Items<br>• Shipping 27 5MW electrolyzer containers<br>• Sell an additional 60T of liquefiers<br>• Sell one more 500MW plant in the next 90 days – many are in the works<br>• Other opportunities in the works |
| **Lower Case** | $1.2B<br><br>Applications - $610M<br><br>Energy - $590M | $50M | |



58

# Liquidity Planning
## – Targeting $1B annually Green H2 Investment

**Leverage Opportunity**

- ~$6B     Total assets
- ~$2.5B   Cash/ST investments
- ~$1B     Property/Equipment
- ~$9M     Long-term debt

**Lucrative Project Portfolio**

GA Plant Example
- 15 TPD
- ASP $6 to $8 /kg
- PTC Opportunity
- COGS ~ $2 /kg (net)
- $35M Annual Net Positive Cashflows
- Ability to upsize to 30 TPD

**Range of Solutions**

- Project Finance
- Project Equity (strategic)
- Corporate Debt
- DOE



59



**Exhibit 99.2**

**Plug Power Hosts Analyst Day to Showcase Revenue Growth Opportunities and Operational Scale at Gigafactory**

*Company Introduces Portable Hydrogen Refueler Solution with Three Transit Customers*

Rochester, NY - June 14, 2023 - Plug Power Inc. (NASDAQ: PLUG), a global leader in comprehensive hydrogen solutions for the green hydrogen economy, will today host Analyst Day from its state-of-the-art Gigafactory in Rochester, NY.

During Analyst Day, Plug's management team will present the exciting revenue growth opportunities in the Applications and Energy business units, as well as provide a financial update. The team will also provide valuable insights into the operational scale of Plug's manufacturing facilities, including the Rochester gigafactory and Vista manufacturing facility, to showcase the company's ability to deliver innovative and sustainable hydrogen solutions at scale. This event marks the first time Plug Power has opened its Rochester gigafactory doors to invited guests since the Symposium held in October 2022.

During Analyst Day, Plug will also highlight a path to 2030 leveraging today's growth. The company's ambition is to produce more than 2,000 tons of hydrogen per day from its green hydrogen network including its first kiloton-scale plant by 2030. Also, by 2030, Plug aspires to deploy one gigawatt (GW) of stationary power products, ship five GW of electrolyzers per year, and deliver 500,000 fuel cell-powered forklift trucks.

In addition, Plug is positioning itself to have the manufacturing capability to support 10 GW of fuel cells and electrolyzers and, through its partnership with Renault, to have 100,000 HyVia vans on the road by 2030.

"We have built a vertically integrated hydrogen business that is rapidly gaining traction in the global market," said Andy Marsh, Plug Power CEO. "Our commitment to building, selling, and deploying real products has positioned us as a leader in the green hydrogen industry. We have the expertise and capability to meet the growing demand and get green hydrogen up and running successfully for customers."

**Plug Introduces Portable Hydrogen Refueler Solution, Signs with Three Transit Customers**

**Today, Plug introduced the HL 1500, the market's first portable hydrogen refueler,** designed to reduce infrastructure costs and deployment time for medium-duty and heavy-duty hydrogen-powered commercial vehicles. A complete self-contained fueling station "on wheels," the HL 1500 offers fleet managers a pathway to pilot deployment and a bridge to future permanent infrastructure.

Pre-built in a factory, the HL 1500 meets all industry quality and safety standards and requirements upon delivery, making permitting and deployment easier. The HL 1500 refuels commercial vehicles with hydrogen as quickly as diesel or other fossil fuels and can be flexibly redeployed to multiple locations. With a refueling capacity of 1,500 kilograms, it dispenses liquid hydrogen at 350 Bar or 750 Bar pressure levels.

Plug has seen immediate demand for the HL 1500 from major transit agencies, including Rochester (N.Y.) Genesee Transit and San Mateo County Transit District (SamTrans). By the end of this year, three transit customers will receive the first shipments.

"Our new portable hydrogen refueler levels the playing field with battery electric vehicles," said Mr. Marsh. "At one-third the cost of a permanent hydrogen fueling station, the HL 1500 is the ideal starter and small fleet fueling solution."

This new product resulted from the technology, capabilities and expertise Plug acquired from Applied Cryo Technologies in November 2021.

**Join the Webcast:**
- Date: June 14, 2023
- Time: 11:00 am - 12:30 pm ET
- Webcast: https://event.on24.com/wcc/r/4258956/AF3D8D97AFFE425EA558605F56D8D6ED?partnerref=MediaAdvisory

A recording of the webcast will be available on the Company's website for a period of time following the call.

**About Plug**
Plug is building an end-to-end green hydrogen ecosystem, from production, storage and delivery to energy generation, to help its customers meet their business goals and decarbonize the economy. In creating the first commercially viable market for hydrogen fuel cell technology, the company has deployed more than 60,000 fuel cell systems and over 180 fueling stations, more than anyone else in the world, and is the largest buyer of liquid hydrogen. With plans to build and operate a green hydrogen highway across North America and Europe, Plug is building a state-of-the-art Gigafactory to produce electrolyzers and fuel cells and multiple green hydrogen production plants that will yield 500 tons of liquid green hydrogen daily by year end 2025. Plug will deliver its green hydrogen solutions directly to its customers and through joint venture partners into multiple environments, including material handling, e-mobility, power generation, and industrial applications. For more information, visit www.plugpower.com.

**Plug Power Safe Harbor Statement**

This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc. ("PLUG"), including but not limited to statements about: Plug's projections regarding its future financial and market outlook, including Plug's revenue growth opportunities in the company's Applications and Energy Business Units; Plug's expectation that it can produce more than 2,000 tons of hydrogen per day from its green hydrogen network including its first kiloton-scale plant by 2030; Plug's expectation to have deployed one GW of stationary power products by 2030; Plug's expectation to ship five GW of electrolyzers per year in 2030; Plug's expectation to have delivered 500,000 fuel cell-powered forklift trucks by 2030; Plug's plan to have a manufacturing capability to support 10 GW of fuel cells and electrolyzers by 2030; Plug's plan to have 100,000 HyVia vans on the road by 2030 through its partnership with Renault; the expected timing for receipt of HL 1500 shipments; the expected capabilities of the HL 1500; the expected demand for the HL 1500. You are cautioned that such statements should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will have been achieved. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements, including that we continue to incur losses and might never achieve or maintain profitability, that we will need to raise additional capital to fund our operations and such capital may not be available to us, global economic uncertainty, including inflationary pressures, fluctuating interest rates, bank failure, and supply chain disruptions, and that our lack of extensive experience in manufacturing and marketing of certain of our products may impact our ability to manufacture and market products on a profitable and large-scale commercial basis. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of PLUG in general, see PLUG's public filings with the Securities and Exchange Commission (the "SEC"), including the "Risk Factors" section of PLUG's Annual Report on Form 10-K for the year ended December 31, 2022, Quarterly Report on Form 10-Q for the quarter ended March 31, 2023 and any subsequent filings with the SEC. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof, and PLUG undertakes no obligation to update such statements as a result of new information except as may be required by law.

**MEDIA CONTACT**
Caitlin Coffee
Allison+Partners
plugPR@allisonpr.com