# EXHIBIT 14

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT
### Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): October 11, 2023

# Plug Power Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **1-34392** | **22-3672377** |
|---|---|---|
| (State or other jurisdiction | (Commission File | (IRS Employer |
| of incorporation) | Number) | Identification No.) |

| **968 Albany Shaker Road,** | |
|---|---|
| **Latham, New York** | **12110** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(518) 782-7700**

**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.01 per share | PLUG | The Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01   Regulation FD Disclosure**

On October 11, 2023, Plug Power Inc., a Delaware corporation (the "Company"), will host its fifth annual symposium in person at its Vista manufacturing facility in Slingerlands, New York starting at 8:30 a.m. Eastern Time. The symposium will also be made available to the public via webcast at https://event.on24.com/wcc/r/4314727/2414AADF6F3CCEF63D0AF4A96F378ABA?partnerref=PR. During the symposium, certain of the Company's officers will provide a highlight of the Company's business and certain of the Company's officers and outside guest speakers will provide an overview of the hydrogen economy and the state of the industry.

A copy of the presentation that will be used at the symposium is furnished herewith as Exhibit 99.1 to this Current Report on Form 8-K and incorporated herein by reference. A recording of the webcast and corresponding slides will be available on the Company's website for a period of time following the call. Replays from the breakout room sessions will be available at Plug Power - YouTube.

The information included in this Item 7.01, including Exhibit 99.1, of this Current Report on Form 8-K is not deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), nor shall it be incorporated by reference into the Company's filings under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, except as expressly set forth by specific reference in such future filing.

**Item 9.01.   Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit Number | Title |
| --- | --- |
| 99.1 | Presentation of Plug Power Inc., dated October 11, 2023. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Plug Power Inc.

Date: October 11, 2023

By:     /s/ Paul Middleton

Name:  Paul Middleton
Title:   Chief Financial Officer

Exhibit 99.1



**Plug Symposium**

# Welcome

Andy Marsh, President and CEO

October 11, 2023

Copyright 2023, Plug Power Inc.



This presentation includes "forward-looking statements" about Plug Power Inc. ("Plug"). These forward-looking statements contain projections of Plug's future results of operations, or of Plug's business or financial position, or other forward-looking statements. Plug intends these forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements are based upon the current expectations, estimates, forecasts and projections as well as the current beliefs and assumptions of Plug's management and are subject to significant risks and uncertainties and include, but are not limited to, statements about: Plug's ability to achieve profitability; Plug's projections regarding its future financial and market outlook, including its ability to achieve forecasted revenue, gross margin, annual sales, operating income, operating cash flows and OPEX leverage targets; Plug's ability to achieve its strategic forecast and target business model; Plugs ability to drive down capital expenditure and achieve cost savings; Plug's expectation that substantial growth will continue and its expectation regarding the underlying drivers of the company's growth; Plug's expectation regarding the total addressable market, serviceable available market, serviceable obtainable market and the number and size of potential market opportunities; Plug's belief that the success of its pilot programs will lead to future sales or demand for its products; Plug's belief that its growth strategies will have the intended benefits; Plug's ability to realize growth across multiple business units; Plug's belief that newly implemented regulations, business expansion, margin enhancement and non-dilutive funding will accelerate revenue growth; the expected benefits of Plug's planned equipment improvements, service improvements, and fuel improvements; Plug's ability to obtain financing and project capital in amounts that are sufficient for Plug's working capital needs and on terms that are favorable as well as its ability to obtain DOE loans; Plug's expectation regarding its capital structure and ability to obtain project finance debt; Plug's expectation regarding its liquidity and potential for investments and Plug's ability to leverage its investments to capture market opportunities; the ability of joint venture and MOU partners to complement Plug's growth and to accelerate hydrogen ecosystems; Plug's expectation that favorable government policy initiatives will continue; the anticipated impact of the Inflation Reduction Act of 2022 (IRA) and the Bipartisan Infrastructure Law (BIL) on the hydrogen industry and Plug's ability to benefit from the provisions of such legislation, including the tax credits and incentives included in the IRA and the H2Hubs initiative contemplated by the BIL; Plug's expectation that the joint effort with Energy Vault will accelerate the deployment of energy storage solutions; Plug's expectations regarding the development of the microgrid and mobile generation markets; the anticipated benefits, capacity, capabilities, and output of Plug's green hydrogen network, including those located in North American and Europe and those under development in Belgium, Finland, Denmark and France; the societal value placed upon, and the potential for global adoption of, hydrogen power; Plug's projections with respect to, among other things, hydrogen output, demand and use of its HyVia vans, stationary products, electrolyzers, liquefier products, liquid hydrogen distribution products, fuel cell powered forklift trucks, fuel cells for peaking applications, port logistics solutions and manufacturing capabilities, and the planned expansion of Plug's hydrogen network; Plug's ability to execute its strategy for ELX system assembly and fabrication; Plug's ability to capitalize on demand from electric vehicle and new home power generation; Plug's ability to achieve each of its supply chain goals and execute its supply chain improvement strategy; Plug's ability to continue to deliver on expanding its green hydrogen network and capacity; the scalability of Plug's products, services, and hydrogen plants; Plug's expectations for expanding its manufacturing facilities and for automating parts of the production process; Plug's expectations for cost savings based on future labor models and increased scale; Plug's expectations for future innovations and improvements that it believes will help decease costs and improve performance; Plug's belief that it can extend the life of its materials by repairing them; Plug's belief that it can increase its service offerings and that those offerings can be profitable; and Plug's belief that datacenter's demand for its products will grow and that Plug will be able to capitalize on such demand.

You can identify forward-looking statements by forward-looking words such as "anticipate," "believe," "could," "continue," "estimate," "expect," "forecast," "intend," "may," "should," "will," "would," "plan," "projected," "target" or the negative of such words or other similar words or phrases. Plug believes that it is important to communicate its future expectations to investors. However, such statements should not be read as a guarantee of future performance or results. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements, including that Plug continues to incur losses and might never achieve or maintain profitability, that Plug will need to raise additional capital to fund its operations and such capital may not be available to the company, that global economic and political uncertainty, including inflationary pressures, fluctuating interest rates, bank failures, and supply chain disruptions, material availability, volatility in commodity pricing, labor shortages and competition may adversely affect Plug's business, and that Plug's lack of experience in manufacturing and marketing of certain of its products may impact its ability to manufacture and market products on a profitable and large-scale commercial basis. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of Plug in general, see Plug's public filings with the Securities and Exchange Commission (the "SEC"), including the "Risk Factors" section of Plug's Annual Report on Form 10-K for the year ended December 31, 2022, its Quarterly Reports on Form 10-Q for the quarters ended March 31, 2023 and June 30, 2023 and any of its subsequent filings with the SEC. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof and Plug undertakes no obligation to update such statements as a result of new information.

Financial projections which are included in this presentation are based on assumptions and analyses made by management based on its experience and perception of historical trends, current conditions and expected future developments, as well as other factors it believes are appropriate under the circumstances. There is no assurance that the financial projections will be realized. Information provided in this presentation is solely as of the date it is provided and may change or be modified at any time without notice.

Industry and market estimates, data and other statistical information included in this presentation are generally based on independent industry publications, reports by market research firms or other published independent sources. Such information involves a number of assumptions and limitations, and you are cautioned not to give undue weight to such information. Plug has not independently verified the industry and market information generated by such sources and, accordingly, Plug cannot guarantee their accuracy or completeness. In addition, certain information contained herein has been obtained from sources prepared by other third parties. None of Plug or any of its representatives shall have any liability with respect to any such industry, market or third-party information that is contained in this presentation.

Certain portions of this presentation, given in collaboration with Plug customers such as Tyson Foods, United Rentals, Edge Cloud, and Energy Vault, contain information provided by such customers. Plug has not independently verified such customer information and, accordingly, Plug cannot guarantee their accuracy or completeness. None of Plug or any of its representatives shall have any liability with respect to such information that is contained in this presentation.



# Today's Agenda

## Main Stage Broadcast: 8:30 – 10:30

**Opening Remarks:** Andy Marsh, CEO

**Financial Roadmap:** Paul Middleton, CFO

**State of the Industry:**
Jack Brouwer, University California Irvine

**Societal Value of Green Hydrogen:**
Tim Cortes, CTO
Dr. Luke Wentlent, Principal/Senior R&D Engineer

**Plug and the Evolving Hydrogen Economy:**
Andy Marsh, CEO
Sanjay Shrestha, General Manager, Energy Solutions & Chief Strategy Officer
Jose Luis Crespo, General Manager, Applications
Benjamin Haycraft, EVP, EMEA Region
Tim Cortes, CTO

**Question and Answer Session**

## Facility Tour: 11:00 – 12:30
## Live Breakout Sessions: 12:30 – 4:45

**Fuel Cell Applications**
Plug's Integrated Solutions
Fuel Cells for forklifts - the value proposition for Tyson Foods
Fuel Cells for Charging Battery EV Fleets
Microgrids with Energy Vault
Fuel Cells for Primary Data Center Power with EdgeCloudLink
Fuel Cells for Peaking Applications  with Monarch
Mobile Generation with United Rentals

**Green Hydrogen + Energy Solutions**
Where in the World is Green Hydrogen?
Green Hydrogen Plant Build Out to 2028
Plug's Electrolyzer Offering Value proposition
Hydrogen distribution methodologies
Decarbonizing the Dirtiest of Industries
Path to Green Hydrogen at Cost Parity

**Path Forward to Profitability**
Update on the Implementation of IRA
Update on the US's Hydrogen Hubs
Plug's Vertical Integration through JVs and MOUs
Ramping Manufacturing and Supply Chain
Hydrogen MythBusters
Cost-Down Initiatives

## Live Wrap Up:

**Closing Comments**
Comments from Government Partners

**Cocktail Reception &  Networking**
Hyvia Ride and Drive

Don't forget! Breakout session recordings will be made live on Plug's YouTube channel following the event. Check them out!



3

# The Hydrogen Economy by 2030









"Goals for the US to produce 50 million tonnes of clean hydrogen per year by 2050, with interim targets of 10 million tonnes by 2030 and 20 million tonnes by 2040"

Draft National Clean Hydrogen Strategy & Roadmap

"To achieve net-zero, estimates suggest we need 200Mt of clean hydrogen by 2030. This requires a two-fold scale up of production and a shift to away from grey hydrogen"

"RePowerEU calls for an EU production target of 10 million tons of clean hydrogen by 2030 along with 10 million tons of imported clean hydrogen by 2030."

European Commission

"Clean hydrogen is the Swiss army knife of zero-carbon technologies. If we get it right, it can do just about everything."

Jennifer Granholm,
*U.S. Energy Secretary*

4

# The Plug Ecosystem



# Plug has made the investments to capture the opportunity



Production Plants



Renewable generation



LH$_2$ delivery network



Hydrogen Infrastructure



1MW Fuel Cell Power System



HyVia Van



6

## Near Term Business Accelerators

Regulations

Business Expansion

Margin Enhancement

Non-dilutive Funding



Inflation Reduction Act (IRA) Regulations

# Follow the law

# Key: Regionality

**The bigger the region, the better**



8

# Business Expansion:
## Plug and Fortescue partnering to build out the Green Hydrogen Economy

Plug is the preferred supplier for 550 MW PEM electrolyzer supply contract for Fortescue's Gibson Island Project in Brisbane, Queensland, Australia

MOU for supplying a range of capital equipment including electrolyzer, liquefier/other cryogenic equipment, and potential co-investments in US green hydrogen plants.



Both Plug and Fortescue share a common mission to build out and scale up a global green hydrogen ecosystem.

Green hydrogen is critical to the decarbonization of hard-to-abate industries, such as long-haul transportation and heavy manufacturing of steel, chemicals, concrete and more.

9

# SK | plug hyverse  Accelerating the Korean H$_2$ Economy

| Leading Vehicle OEM/ Myoung Shin Transit Bus Program | 1 MW Electrolyzer – first Korean certification of PEM Stack | 1MW Stationary Pilot Project | SK Plug Hyverse, Coupang and Kendall Square MOU | Hyverse HRS Network |
|---|---|---|---|---|
| **2024:** 300 buses estimated<br>**2025:** 500+ / year estimated | Potential for large sales of electrolyzers | 200MW Power Plant Commercial Goal | S. Korea's First 'Eco-friendly Hydrogen Fulfillment Centers' | Largest LH2 Based Refueling Network in Korea |

















10

# Gross Margin Expansion: Hydrogen Generation





# Fuel Cell Products

## 2020



Class 1 10KW system



## Today



1MW Fuel Cell System

### ~3 Years and
### 150 Times More Power

# Manufacturing Capacity

## 2020



**50,000** Square feet



## Today



**Nearly 1M** Square feet

~3 Years and
**1,900%** More Capacity

# Hydrogen Production Plants
## 2020





## Today

**Operational**

Tennessee – 10TPD

**Final Commissioning**

Georgia – 15TPD

**Under Construction**

Louisiana – 15TPD
Texas – 45TPD
New York – 74TPD

**Under Development**

Antwerp – 35TPD
Finland – 3 sites
- 85TPD H2 + 70 kt ammonia
- 2 mt DRI/HBI/100TPD H2
Denmark – 1 site
France – 400TPD

# Plug is the Global Green Hydrogen Leader

We have a huge market opportunity

We have unmatched market knowledge

We have unmatched products

We have unmatched infrastructure

We have unmatched customer validation

We have a clear vision of the future









**Plug Symposium**

# Financial Roadmap

Paul Middleton, CFO

October 11, 2023

Copyright 2023, Plug Power Inc.



2023 ~$1.2B

2027 ~$6B

2030 ~$20B



# Strong Differentiated Platform

Broad foundation of technologies

Deep relationships

New investments

Strong cost discipline



# 2023 Revenue Outlook ~$1.2B



Electrolyzer

Stationary power

On-road

Green hydrogen

Material handling



# Strategic Forecast



## 2027 Forecast
Rev ~$6B
GM% ~32%

## 2030 Forecast
Rev ~$20B
GM% ~35%



5



# Hydrogen Investment Accelerating Revenue Growth
(forecast in billions)

# Revenue Forecast Roadmap





Projected Revenue by Region



8

# 2030

Target business model

>35% gross margin

~13% OPEX leverage



Continue innovation

Vertical integration

Supply chain leverage

Policy

OPEX leveraging







Equipment
Improvements

Fuel
Improvements

Service
Improvements

















# Debt & Project Capital Solutions

Corporate Debt Solutions

Project Finance

Project Equity Partners

DOE Loan Program





2023 ~$1.2B

2027 ~$6B

2030 ~$20B





Green Hydrogen at Work™



**Plug Symposium**

# The Societal Value of Green Hydrogen

Tim Cortes, CTO
Dr. Luke Wentlent, Principal R&D Engineer
*In collaboration with Dr. Robert Flores and Dr. Jeffrey Reed, University of California, Irvine*

October 11, 2023

Copyright 2023, Plug Power Inc.

Given the significant market demand outpacing the scale up of hydrogen generation projects,
there will be a limited amount of green hydrogen available to be deployed over the next 5 to 10 years.



# Green Hydrogen

**Annual U.S. Green Hydrogen Demand**



Until the green hydrogen economy reaches maturity, there will be a limited supply available.

During this maturation process, most large, hard-to-abate industries are expected to consume significant percentages of the green hydrogen produced, if not all of it.

What is the best way to deploy green hydrogen?
- Market Potential?
- GHG abatement?
- Locality?
- Technology readiness?

## What is the societal value of green hydrogen in various applications?

Source: National Hydrogen Strategy & Roadmap (https://www.hydrogen.energy.gov/docs/hydrogenprogramlibraries/pdfs/us-national-clean-hydrogen-strategy-roadmap.pdf), DOE's Pathways to Commercial Liftoff report, Hydrogen Council Global Hydrogen Flows report

Context

# Societal Value of Green Hydrogen

The value of various decarbonization technologies can be quantified and the value to society calculated.



In today's market, green hydrogen is generally cheaper than fossil fuel when the environmental damage costs are considered.



Various impact factors can be used to quantify and monetize the impact of different technologies and decarbonization methods.

There are a variety of well-established methods to conduct a life cycle analysis and quantify impacts[1].
[1] Rosenbaum, R. K., Hauschild, M. Z., Boulay, A. M., Fantke, P., Laurent, A., Núñez, M., & Vieira, M. (2018). Life cycle impact assessment. In Life cycle assessment (pp. 167-270). Springer, Cham.
International Life Cycle Data System used to define the LCA inputs and methodology (https://pre-sustainability.com/articles/the-normalisation-step-in-lcia/)
EcoInvent LCI Database utilized (https://www.openlca.org/lca-data/)

Preliminary Assessment

# Societal Value of Green Hydrogen

The value of various decarbonization technologies can be quantified and the value to society calculated.



We looked at the cumulative life cycle impact of the incumbent technologies (i.e., diesel) as well as various decarbonization options. ⟶ A PEM Fuel Cell Class 8 truck has a **societal benefit of ~$12.31 per kg of H$_2$ deployed** when compared to diesel.

5

Preliminary Assessment

# Class 3 Trucks Scope of Analysis

Full Fuel/Electricity and Truck Inventories



Societal Value
of $H_2$ vs. Diesel:

- PEM Fuel Cell 250 Mile: $6.05/kg H2

- PEM Fuel Cell 250 mile – 0.65 Load Factor: $0.86/kg H2

- H2 Combustion 85 mile: $0.60/kg H2

- H2 Combustion 250 mile: $0.42/kg H2

Societal Value
of FC $H_2$ vs. BEV:

- BEV 300: $-1.14/kg $H_2$

- BEV 500: $1.27/kg $H_2$

- BEV 750: $4.95/kg $H_2$

6

Preliminary Assessment

# Hard-to-Abate Sectors: Societal Value

Societal Value of the referenced technology vs the incumbent.



**Societal Value**
compared to incumbent technoloty

Class 8 Truck · Class 6 Truck · Class 3 Trucks · Steel · Ammonia · Transoceanic Shipping

$/kg-H2

In most applications, there is a large societal value of deploying green hydrogen. However, in some areas it can make an outsized impact.

Plug is doing the work to carefully understand where, how, and when we should deploy green hydrogen to not only grow the business but have the biggest benefit to society.

7



Green Hydrogen at Work™



**Plug Symposium Breakout Room**

# Ready Now:
# Integrated Hydrogen Solutions

Preeti Pande, CMO
Don Govel, Director of Market Strategy

October 11, 2023

Copyright 2023, Plug Power Inc.

# The Hydrogen End-to-End Integrated Solution
## Only from Plug

| MOLECULES | DELIVERY | STORAGE & DISPENSING | DEVICES |
|---|---|---|---|

   

**SERVICE** — Support through every step of the ecosystem



2



# The Customer Voice
## Clear impact on customer operations

"We move 40% more volume during a nine-hour shift with fuel cells than we did with batteries"

Operations Manager,
Refrigerated Warehouse

"I could feel the difference just from driving the lift to the refueling station for the first time. I'll tell you how it does in the morning... It did great"

Forklift Operator,
Food and Beverage

"There has been an overall increase in employee job satisfaction. Right now, we have a mixed fleet of hydrogen fuel cells and lead-acid batteries, and employees literally rush to get to the Plug units before they are claimed by others"

Operations Manager,
Grocery Chain



4

# Plug's Green Hydrogen Ecosystem





# Broad and Strong Technology Foundation





6

# Logistics



# Microgrids (1 MW – 50 MW)



8

# Maritime Ports



# Dreaming Big!

## One-stop-shop
Integrated Solutions is Plug strategy

## Strong partnerships
Core technology and hydrogen on-site key to making integrated solutions a reality

## Expandable Platform
Leveraging hydrogen infrastructure for deeper decarbonization

## Catalyzing the Hydrogen Economy
Building the market for hydrogen starts at Plug



10





**Plug Symposium Breakout Room:**
Tyson Customer Case Study-
Fuel cells for forklifts - expanding the value proposition

# Tyson and Plug Partnership

Jose Luis Crespo, General Manager, Applications, Plug
Tim Terrill, VP, Sales & Logistics, Plug
Matthew Portugal, Automation Engineer III, Distribution and Warehousing, Tyson Foods

October 11, 2023

Copyright 2023, Plug Power Inc.

# Tyson and Plug Partnership

## Transforming Logistics for a Sustainable Future

Join us on a journey to explore how Tyson and Plug have come together to revolutionize logistics while championing sustainability.





         

         

       

    



3

# The Genesis of Partnership
From a Conversation to Commitment







Matt Portugal, continuous improvement leader at Tyson Foods and a key catalyst for change, was looking to solve high value productivity and sustainability challenges at Tyson Foods

*(Matt's brother-in-law made the introduction to Plug)*

It all started on September 7, 2022, via video conference call with Plug

Matt and Tyson Foods saw a potential for positive change –

*"Our journey started with a conversation, but it is transforming the future."*



4

# Pioneering Success: Driving Productivity, Reducing Carbon Footprint

**How -** Tyson Foods and Plug agreed on a month-long pilot and selected a Pilot site

**Where -** Plug converted 4 battery powered forklifts to fuel cells at Tyson's Pottsville, PA facility

**Results** – Overwhelmingly positive business case
- 13-15% productivity gain
- 17M lbs. estimated Carbon footprint reduction across Tyson's sites annually
- 50,000 annual labor hours estimated to be saved across 8 sites



# Shaping the Future:
Expanding Horizons and Sustainability Goals

 



- Tyson's speed of decision to roll out fuel cells to multi-site

- Leveraging Plug's hydrogen product offering and project management expertise

**Together, we are shaping a sustainable future**



Green Hydrogen at Work™



**Plug Symposium Breakout Room:**

# Fuel Cells for Charging Battery Electric Vehicle Fleets

Jose Luis Crespo, General Manager, Applications
Deepesh Goyal, VP and Amazon Account Executive

October 11, 2023

Copyright 2023, Plug Power Inc.

## Large commercial fleets have committed to EV adoption as part of Net Zero targets





# Fleet EV Charging







An EV charger pulls current from an outlet or the grid and delivers that electricity to the vehicle.

Chargers can range from 5kW to 350kW

Up to 1:1 ratio of EV chargers to vehicles required for commercial fleets

Typically 20kW-50kW each for LCV's, 150kW+ for HD vehicles.

1 – 5 MW of additional power for site driving need for expensive distribution transformer upgrades, feeders, service panel upgrades, etc.

1MW = ~800 US homes



3

# EV adoption:
# The grid infrastructure challenge

**Grid availability:** Utilities dealing with grid congestion in desirable areas for EV deployment, not having immediate grid capacity to provide MW-scale interconnection

**Grid upgrade cost:** Major investment sometimes required to upgrade the grid or on-site equipment to be able to provide the additional 1-5 MW power

**Priorities:** Utilities also tackling other priorities at this time – extreme weather impacts, malicious security threats, etc., requiring 2-4 years of heads-up to react, plan, prioritize

**Grid reliability:** Some locations vulnerable to power outages, forcing costly investments in redundant power resources or clean energy microgrids to support

**Electricity costs:** Floating electricity rates make it challenging for fleets to assess and forecast their costs

plug

Alternative sources of power required to supplement the grid and to keep up with fleet's ambitious pace of EV deployment in the field.

4



## Plug's High-Power Stationary Fuel Cell System for EV Charging

GenSure HP Systems

AC Power
DC Power
Green Hydrogen





**Plug Symposium Breakout Room:** **United Rentals and Plug**

# Mobile Generation

Jose Luis Crespo, General Manager, Applications, Plug
Rick Mason, VP, Product and Program Management, Plug
Dan Gribbel, Sales and Marketing Director, United Rentals

October 11, 2023

Copyright 2023, Plug Power Inc.

# Mobile Generation Opportunity

Separate Power Rental Market (from $20B+ generator sales market)

Customers are asking for diesel alternatives

Expected CAGR >6% through 2030





TAM: **$9.8B:** >250K Units

SAM: NA/Euro: $4.7B - 48.3%

SOM: $1.7B - 37% (up to 500kW) w/ Partner

2

# Company Overview



**#1 Market Share[1]**
- 2021 total revenue $9.72 billion (+13.9% Y/Y)
- 2021 adjusted EBITDA[2] $4.41 billion (+12.3% Y/Y; 45.4% margin)

**1,331 locations across North America[3]**
- 1,188 branches in the U.S.; locations in 49 of 50 states
- 143 branches in Canada; locations in all 10 provinces
- 13 European branches in France, Germany, the United Kingdom, the Netherlands and Belgium
- 28 branches in Australia
- 18 branches in New Zealand

**$16.6B of fleet comprised of 845,000 units[4]**

**Highly diversified product and end-market mix**

**Team of approximately 21,600 employees[5]**

**United Rentals is the North American equipment rental leader**

3

# United Rentals Branch locations



**North American branch count 1,331[1]**
- General Rentals: 861 locations
- Specialty: 470 locations[2]

**Largest U.S. states by number of locations[1]**
- Texas: 164
- California: 117
- Florida: 80
- Louisiana: 51
- Georgia: 47

**Largest, broadest and most diverse footprint in North America**

4

# Core values provide the foundation of our culture



**Building a better future is our commitment to the people and communities we serve**

# Plug & United Rentals

## United Rentals Needs:

## Plug can provide:

Green power solutions:
- 50% of fleet less than 500kW
- Ideal size of 30kW
- Long run times

→ Fuel cells / Integrated Solution:
- Improved efficiency over diesel
- Long run time (external fuel)
- Zero emissions
- Eligible for ITC

North American hydrogen network
- 2-3X diesel cost to start

→ Global Green Hydrogen Supply
- Logistics and delivery assets

Siting support / Experience with local authorities

→ Sited H2 infrastructure in 39 US States and multiple provinces in Canada

Partner with similar core values

→
- Innovation in our DNA
- Focused to help customers decarbonize





# Planned Initial Launch
Future expansion to Texas, Louisiana, New York

Targeting ~200 miles from Woodbine, GA

Targeting 30kW Genset Prototype by YE 2023

Hydrogen Storage Options:
- 150kg Single Pod (~10ft / >2.25MWh)
- Large HPTT up to 800kg (>12MWh)









Green Hydrogen at Work™



**Plug Symposium Breakout Room:** ECL Customer Case Study

# Fuel Cells for Primary Data Center Power

Jose Luis Crespo, General Manager, Applications, Plug
Darin Painter, VP, Stationary Sales
Yuval Bachar, CEO, EdgeCloudLink

October 11, 2023

Copyright 2023, Plug Power Inc.



# DISCLAIMER



*Forward-looking Statements*

*These materials contain forward-looking statements that are based on our management's beliefs, assumptions and expectations, and on information currently available to our management. Generally, you can identify forward-looking statements by terms such as "may," "will," "should," "could," "would," "expects," "plans," "anticipates," "believes," "estimates," "projects," "predicts," "potential" and similar expressions intended to identify forward-looking statements, which generally are not historical in nature. All statements that address operating performance, events or developments that we expect or anticipate will occur in the future are forward-looking statements, including without limitation, our expectations regarding (a) the potential size of our target markets and our ability to access them; (b) our capital requirements; (c) functionality and performance of our existing and proposed products and services; and (d) our cost structure; and (e) other statements which are forward-looking or predictive in nature.*

*The forward-looking statements reflect our management's current view about future events and are subject to risks, uncertainties and assumptions. Accordingly, you should not place undue reliance on our forward-looking statements. We do not assume any obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise. We may not actually achieve the plans, projections or expectations disclosed in our forward-looking statements, and actual results, developments or events could differ materially from those disclosed in the forward-looking statements. Forward-looking statements are subject to a number of risks and uncertainties. For example, the following important factors could prevent us from achieving our goals, and cause the assumptions underlying the forward-looking statements and our actual results to differ materially from those expressed in or implied by those forward looking statements: (a) inability to fund ongoing operations, including raising additional capital to support our research and development and our further growth; (b) inability to recruit, retain and motivate appropriately qualified employees; (c) unsatisfactory or uncompetitive outcomes for our services; (d) legislative or regulatory developments in the jurisdictions in which we do business; or (e) lack of market acceptance of our services or greater relative market acceptance of the services of our competitors. The foregoing list is representative, but not complete or exhaustive; other factors known and unknown, expected and unexpected, may have an impact on our actual results as well.*

# Datacenters - Stationary Value Proposition

**Regulatory and grid constraints / sustainability commitments are impacting capacity growth**

- Growing demand for cloud and AI processing capacity
- Global problem with increasing urgency from customers
- Significant scale opportunity (300MW+ at a single location)

- **Plug's value proposition for stationary power:**
- Time to power / time to market
- Limited impact to current datacenter architecture
- True zero-emission solution
- Enables 100% renewable matching
- Additional grid services





3



## BLUE SKY For Data Center Environmentalists

Fully Green Power

Optimal Efficiency (PUE)

Zero Emission

No Diesel Generators

Zero Water Use

Circular Economy

Minimal Noise Pollution

Sustainable Construction

Community Integration

Zero Waste Construction

Minimal Embed Carbon Footprint

Zero Operations Carbon Footprint

No Greenwashing

## ECL Data Center Solution



- Zero Emission
- Zero Water Use
- 100% Green Power
- High Efficiency -  PUE 1.05
- No Diesel Generators
- Minimal Noise
- Sustainable waste-free construction
- Community Integration
- Minimal carbon footprint
- **REAL GREEN**



# The ECL Product

Fully-sustainable Data Center as a Service for private colocation or on-prem applications





# CHANGING THE DATA CENTER ECONOMY

Typical ECL data center power



- **10MW of IT load**
- **24/7/365 operations**
- **15TPD Hydrogen consumption**

ECL Projections









**PLUG Symposium Breakout Room:**

# Emerging Grid Applications -
## Microgrids and Peaker Plants

Jose Luis Crespo, General Manager, Applications, Plug
Darin Painter, VP, Stationary Sales, Plug
Kevin Kopczynski, VP, Strategy and M&A, Plug
Craig Horne, Vice President, Advanced Energy Storage, Energy Vault
Kevin Boudreaux, Head of Power Supply, Monarch Energy

October 11, 2023

Copyright 2023, Plug Power Inc.

# Fire Safety Transmission Line Shutdowns

**Increased fire risk is requiring transmission line shutdowns**

- Camp fire in CA and Lahaina fire have resulted in increased focus on PSPS / utility liability
- Initial PG&E PSPS implementations have relied on rental diesel with significant CARB pushback
- Batteries do not scale to durations required (days, not hours)

**Plug value proposition**

- Long-duration
- True zero emissions
- Grid services
- Fast start up





Energy Vault selects Plug Power to Supply 8 MW of Hydrogen Fuel Cells as part of hybrid microgrid backup system for PG&E and the city of Calistoga

Customer: PG&E
MW: 8.5 peaking
Duration 48 up to 96 hours
COD: targeting June 2024

# Increasing Wildfire and Grid Impact



**Figure 2.** Wildfire Extent in the United States, 1983–2021

**Table 1**
Wildfires Caused by Electrical Power Account for 19 Percent of Cal Fire-Reported Acres Burned
2016 Through 2020

| YEAR | WILDFIRES | | WILDFIRES CAUSED BY ELECTRICAL POWER | | | |
|---|---|---|---|---|---|---|
| | TOTAL WILDFIRES | TOTAL ACRES BURNED | NUMBER | PERCENT | ACRES BURNED | PERCENT |
| 2016 | 2,816 | 245,000 | 270 | 10% | 3,000 | 1% |
| 2017 | 3,470 | 467,000 | 408 | 12 | 250,000 | 54 |
| 2018 | 3,504 | 1,063,000 | 297 | 8 | 247,000 | 23 |
| 2019 | 3,086 | 130,000 | 304 | 10 | 84,000 | 65 |
| 2020 | 3,501 | 1,459,000 | 335 | 10 | 59,000 | 4 |
| Totals | 16,377 | 3,364,000 | 1,614 | 10% | 643,000 | 19% |

Source: Cal Fire's Wildfire Activity Statistics reports, 2016 through 2020.
Note: These data consist primarily of wildfire incidents within the Cal Fire direct protection area responded to by Cal Fire personnel.



According to CA Public Utilities Commission (CPUC) Data, there were 3,550 Utility-Caused Fire Incidents Reported by the Three Largest Utilities in CA from 2015 through 2020

California State Auditor - https://www.auditor.ca.gov/pdfs/reports/2021-117.pdf
https://mauinow.com/2023/08/28/hawaiian-electric-responds-to-lawsuit-filed-by-county-of-maui-over-lahaina-fire/
https://www.mauicounty.gov/CivicAlerts.aspx?AID=12759#:~:text=The%20lawsuit%20alleges%20that%20the,and%20brush%2C%20causing%20the%20fires.
Source – EPA - https://www.epa.gov/climate-indicators/climate-change-indicators-wildfires#:~:text=The%20extent%20of%20area%20burned,2015%20(see%20Figure%202)

# Quantifying the Wildfire Power Problem

### U.S. Generation Capacity



### Population Density



### Fire Danger



The data shows that:
- The U.S. has 1,160 GW of Generation
- At 333.3 Million People, we build 3.48 kW per person
- On a given day (9/3/23) ~14% of the population was in a fire danger zone with >2% 7 day spread probability

This means
159,522 MW of power moves through transmission lines in high fire danger zones to get to the people who need it

(really more given that electricity moves through dangers zones to reach people in safer zones...)



https://www.eia.gov/energyexplained/electricity/electricity-in-the-us-generation-capacity-and-sales.php
https://en.m.wikipedia.org/wiki/File:US_population_map.png
https://firedanger.cr.usgs.gov/apps/staticmaps

4

# Fuel Cells for
# Peaking Applications

plug

# What is a Peaker Plant?





Source:
PJM Learning Center - How PJM Schedules Generation to Meet Demand
EIA – Annual Energy Outlook 2023: Release Presentation

6

# Solutions for Clean Peaker Plants



- Li-ion being deployed at scale but limited to several hours of discharge
- Hydrogen can address both scalability and duration beyond 6-8 hours



Adapted from University of Michigan Center for Sustainable Studies: U.S. Grid Energy Storage Fact Sheet



Large scale fuel cell plants



Hydrogen blending into capable turbines

# Market Drivers for Clean Peaker Plants

### US Greenhouse gas emissions by sector in 2021 [1]







### State & Local Clean Power Policy

1 FERC - Electric Power Markets, 2023
1 DOE – Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990–2021





**Plug Symposium Breakout Room:**

# Where in the World is Green Hydrogen?

Benjamin Haycraft, EVP EMEA Region

October 11, 2023

Copyright 2023, Plug Power Inc.

# Where Produced vs Where Consumed

## Where is the most competitive hydrogen produced at scale?

Excellent combined wind, solar and other renewable resources (e.g. hydro)

Ability to scale production (land, interconnection)

Distribution infrastructure
(coastal access, pipeline, close to demand centre)

Stable, predictable geopolitical risk

Example: Plug's future hydrogen generation sites in New York or in Finland



## Where is hydrogen critical?

Industrial clusters

Zero / low emission areas

Lack of electrical grid access

Areas with binding decarbonization targets

Example: Plug's future hydrogen generation site in Antwerp, Plug's stationary systems

# Electrolyzer Short-Term Focus Primarily on Industrial Applications Where One Substitutes Grey for Green: Europe

### Existing Industrial volume to decarbonize



### Breakdown by usage





# Plug is Uniquely Positioned to Take Advantage of Opportunities




Sines refinery





Maasvlakte Energy Hub

Energy    Green H2 Tech

Infrastructure








Green Hydrogen at Work™



**Plug Symposium Breakout Room:**

# Green Hydrogen Plant Build Out to 2028

Sanjay Shrestha, Sanjay Shrestha, General Manager, Energy & Chief Strategy Officer
Paul Middleton, CFO

October 11, 2023

Copyright 2023, Plug Power Inc.

# Global Green Hydrogen Network



**Targets for North American Network**
500 TPD by 2025



**Targets for EU and Global Network**
2,500+ TPD Globally by YE 2030
1,000 TPD in Europe by YE 2030



## North America

Georgia, Tennessee, Louisiana, New York, Texas, and West Coast

## Europe

35TPD plant at Port of Antwerp-Bruges, producing in 2025

15 TPD plant, with JV partner Acciona, announced in Spain

## Finland

Developing three green hydrogen production plants in Finland with FID expected by 2025/2026

Targeting 850 TPD of green hydrogen

2

# Capital Structure Evolution



**$1 of Plug Equity Today will get us 8x more capacity in the future**
- 2/3rd Capital Leverage
- 1/3rd CapEx

3

# Financing the Build Out



**Yesterday**
- **Execution of Gen 1 Plants**
- 100% Balance sheet financing
- $15MM/TPD Liquid Plants
- Peachtree 1

**Today**
- **Refinancing Gen 1 & developing Gen 2**
- Strategic equity partners & training-wheels debt
- Recycle ~40% of equity $10-12MM->$9MM/TPD

**2024-2025**
- **Execution of Gen 2**
- Drive-down CapEx to $9-10MM/TPD
- Training-wheels debt & Strategic equity partners,
- DOE loan guarantee program

**Future**
- **Path to project finance (70-80% Leverage)**
- EPC Wrap (*completed*)
- Bankability of offtake (BOO Model)
- Operational track record
- Drive-down CapEx to $6MM/TPD



4



Green Hydrogen at Work™



**Plug Symposium Breakout Room:** Plug Electrolyzer Portfolio and Value Proposition

# Perspectives from Plug & Key Customer Testimony

Sanjay Shrestha, Sanjay Shrestha, General Manager, Energy & Chief Strategy Officer
Bruno Forget, VP, Strategy & Operations management, Electrolyzer BU
Drew Miller, VP of Projects, Infinium
Anselmo Andrade, CEO, H2B2
Florencio Ferrera, Chief Operating Officer, H2B2

October 11, 2023

Copyright 2023, Plug Power Inc.

# Operational experience

**63 million hours of operation** total across all platforms with a demonstrated record of reliability (1.61 Lambda, failures per million hours)

**Demonstrated ~10-year stack life** in high stress mission critical operation on submarines

**Hundreds of 30-Nm3/hr stacks deployed** for C&I applications

**1MW stack platform** uses same technology and has demonstrated similar performance as predicted.



3
Nm³/hr

30
Nm³/hr

**220+ Nm³/hr**
(MW Scale)

Commercial/Industrial Applications



## Plug already manufacturing PEM at scale

- ✓ 1.2+ GW annual run rate of electrolyzer capacity
- ✓ Capacity to grow up to 2.5 GW



| JUN 2018 | JUN 2020 | JAN 2021 | NOV 2021 | MAR 2022 | MAR 2023 |
|---|---|---|---|---|---|

Plug acquires American Fuel Cell MEA manufacturer

Plug acquires Giner ELX –PEM innovators since 1974

Rochester NY site build-out commences

Grand opening of Gigafactory

Serial stack production commences

Production ramp-up achieves **100MW/month**

2

# H2B2 Projects with Plug inside





# 5MW Containerized Solution:
turn-key, all-in-one packages for mid-sized markets

Up to 2,125 kg H2/day          5 x 1MW PEM Stacks



Process Container

HVAC

Utility Container

Power Conversion Unit
(MV transformer/rectifier)



Fully integrated balance of plant for plug-and-play deployment from simple municipal water and AC power inputs

Included MV transformer customized to on-site voltage



France

India

Poland



**INFINIUM** turns electrons into molecules. We produce a new class of synthetic fuel called **electrofuels** a.k.a. eFuels, PtX, Power-to-Liquids.

Infinium's production process uses **renewable power, waste $CO_2$ and water,** and unlike most of today's SAF and renewable diesel, **does not compete with food or land resources,** allowing for greater potential scale.

The EU and UK are implementing mandates for these fuels, notably **eSAF** for aviation.

**Why Plug?**

- PEM technology leader
- Manufacturing base expanding; on pace with Infinium's pipeline
- Attractive, economical containerized solution
- Customer-focused project and operations support

## Infinium Project Portfolio

- Infinium's projects utilize **low-cost renewable power** and **ample waste $CO_2$** where readily available

- 12 large scale projects are under development spanning **Europe**, **Australia/Asia**, **Middle East** and **North America**

- In total, Infinium has **~60,000 BPD** of eFuels capacity under development, requiring more than **5 GW** of electrolysis



Copyright © 2023 Infinium

# 10MW Modular Unit:

Efficient, **modular building block** for industrial-scale Hydrogen plants

Up to 4,125 kg H2/day          10 x 1MW PEM Stacks



Heat Exchanger

Stack Ventilation

10 x 1 MW Stacks

Cathode/anode vessels

 Shared BoP optimized around process skids in building

## Plug know-how from building plants



Camden County, GA
15 TPD green hydrogen



Genesee County, NY
75 TPD green hydrogen

## BEDP Packages

 



Green Hydrogen at Work™



**Plug Symposium Breakout Room:**

# Getting Hydrogen
# From Here to There

Sanjay Shrestha, Sanjay Shrestha, General Manager, Energy & Chief Strategy Officer
Kevin Kopczynski, VP, Strategy and M&A
Raja Amirthalingam, Ph.D., P.E., Principal R&D Engineer, Hydrogen Production and Liquefaction

October 11, 2023

Copyright 2023, Plug Power Inc.

# Options for Hydrogen Transportation

| |  **GAS TRUCK** |  **LIQUID TRUCK** |  **GAS PIPELINE** |  **AMMONIA** |
|---|---|---|---|---|
| Total Capital Costs | Low | Medium | High | High |
| Operating Costs | High | Medium | Low | High |
| Transport Cost per kg | High | Low | Low | Low |
| Representative Transport Distance | Local<br>~100 miles | Regional<br>~500 miles | Continental<br>~1,000 miles | Intercontinental<br>>1,000 miles |
| Applicable Scale | 1 to 10 TPD | 10 to 500 TPD | 100+ TPD | 100+ TPD |
| Representative Transport Costs ($/GJ) | $15 / GJ* | $7 / GJ* | $1 / GJ* | $2 / GJ* |

Based on Plug internal analysis (2023).



* 1 GJ = ~7 kg  of hydrogen

2

# Plug's Approach to Hydrogen Delivery

## Internal Delivery Network
### Targeting 500 TPD by 2025

Southwest · Midwest · Texas II · Gulf Coast

plug Hydrogen Production Plant

● Plug Customer Location

## Emerging Industrial Markets

| User | Driver(s) | Example Markets |
|---|---|---|
| Power Gen / Storage | • Long Duration Green Capacity <br> • Redundant Power System | • CA / West Coast <br> • NY |
| Refining | • Low Carbon Fuel Standard <br> • Scope 1 Emissions | • Midcon <br> • WY |
| Ammonia | • EU and Asian Markets | • Gulf Coast |

3

# Here to There: Today and into the Future

| | Use Case | Key Constraints |
|---|---|---|



**GAS TRUCK**

- Short distances/distributed production
- Small users

- Transport volumes and station capacity
- Local power costs
- Compressor reliability



**LIQUID TRUCK**

- Transport from regional hubs
- Long haul trucking, transit agencies, ports and airports
- Energy storage/backup power

- Concurrently scaling supply and demand
- Costs of cryogenic equipment, reliability and losses



**GAS PIPELINE**

- Large-scale transport from supply to demand regions
- Enhancing clean grid reliability and flexibility
- Regional resiliency with cavern storage

- Achieving scale to offset CAPEX
- Standards / contamination potential for multi-user access



**AMMONIA**

- Intercontinental energy transport
- Chemicals, fertilizer and power

- Secured offtake for capital investment
- Cost of ammonia as an energy carrier

4



Green Hydrogen at Work™



**Plug Symposium Breakout Room:**

# Decarbonizing Multiple Industries:

Sanjay Shrestha, Sanjay Shrestha, General Manager, Energy & Chief Strategy Officer
Bruno Forget, VP, Strategy & Operations management, Electrolyzer BU
Ben Victor, VP, Hydrogen Energy Solutions

October 11, 2023

Copyright 2023, Plug Power Inc.

## Decarbonizing Multiple Industries with Green Hydrogen



### Industrial

Refineries, steel, and chip fabs are going green

5 MW containerized system ideal for pilots

### Hydrogen for Logistics

Hydrogen is the optimum zero-carbon fuel for long haul trucking, last-mile delivery, and mass transit vehicles





### Green Chemicals & Fuels

Ammonia, methanol, and SAF will be required to decarbonize air and sea shipping

Large plants will drive scale

### Power & Energy

Green hydrogen enables renewable energy to be accessed by anyone at anytime

Enterprise and utility sales opportunities





2

# Electrolyzer Roadmap



**2024**  **2025**  **2026**

5 MW

50 MW

200 MW

1 GW

**10 MW System**
- Lower footprint
- 4 TPD Containerized Hydrogen Plant

**10 MW Array**
- Outdoor installation
- Highly integrated
- Plant level operation
- Lower total plant cost

**Plant in a box**
- Optimized for GW deployments
- Full hydrogen plant scope
- Fast field deployment
- Minimal plant engineering and construction

3

# Plug Liquefier Roadmap

Designed for flexible operations and quick turn down / ramp up

All equipment designed for highest reliability

Integrated control system for ease of operations



Light green – project development
Dark green - production

| | LX-15T | LX-30T |
|---|---|---|
| Liquefaction Capacity | 15,000 kg/day | 30,000 kg/day |
| Specific Energy Consumption | <11 kWh/kg | |
| $LH_2$ Purity | 99.999% | |
| Turndown | Up to 50% | |



# PCT LH2 Product Portfolio & Product Development Roadmap

### LH2 Distribution: On-Road Tankers



**17,700 gal, 155 MAWP Tanker**
*316 grade stainless inner pressure vessel*

**18,250 gal,155 MAWP Tanker**
*Provides unmatched payloads*

**9,000 gal, 110 MAWP Mini-Trailer**
*Improved maneuverability for inner city applications*

**13,000 gal, 155 MAWP**
*Designed and optimized for South Korea*



### LH2 Bulk Storage



18,000 gal. Horizontal Storage

10,000 gal. Horizontal Storage

18,000 gal. Vertical Storage

10,000 gal. Vertical Storage

### LH2 Refueler & Recharger









Self-contained LH2 fueling station on wheels, that can be easily deployed and re-deployed with minimal construction or site infrastructure requirements.

The refueler can facilitate high pressure fueling up to 700 bar as well as liquid H2 delivery capability up to roughly 1,588 kg (3,500 lbs.).

5



Green Hydrogen at Work™



**Plug Symposium Breakout Room:**

# Path to Green Hydrogen at Cost Parity

Sanjay Shrestha, General Manager, Energy & Chief Strategy Officer
Jerry Kahil, VP Finance

October 11, 2023

Copyright 2023, Plug Power Inc.

# Projected Fuel Costs & Supply Build-out



Green hydrogen will be cost competitive with gray hydrogen in the market today

Key Drivers are:
- Cost of electricity
- Electrolyzer and liquefier energy consumption
- Reduction of CAPEX

Current cost to deliver ~$0.25 per 100 miles; delivery costs expected to decrease as network expands



2

## Levelized Cost of Green Hydrogen ($/KG)



**2024:**
- Energy $0.03 - $0.04 per KWh
- All-in energy consumption of 70 – 75 KWh/kg
- Capex ~$10M/ton

**2030**
- 20-30% reduction in energy costs
- ~20% improvement in energy efficiency
- ~40% reduction in capex costs

LCOH is primarily driven by electricity reductions, efficiency improvements, and CAPEX

Source: Internal estimate

3

# Cost of Hydrogen: Blue vs Green





Source: S&P Global

- Blue vs Green H2 is a function of future Natural Gas vs Electricity costs

- Blue H2 assumes ideal geological formation for carbon capture and sequestration

- Green H2 benefits from ongoing decline in LCOE for solar and wind

- Green H2 should see further decline in overall opex with scale

- Green H2 is expected to yield a higher PTC value

4



Green Hydrogen at Work™



**Plug Symposium Breakout Room:**

# Updates on the Implementation of the Inflation Reduction Act

Erin Lane, VP Public Affairs, Plug
Gerry Conway, EVP/General Counsel, Plug
Don Boyajian, Director Government Affairs & Counsel

October 11, 2023

Copyright 2023, Plug Power Inc.

Personnel and context

# Overview of personnel and context for this breakout discussion

| Personnel | Context |
|---|---|

**Context**

> • The IRA is the largest piece of federal legislation and investment in clean energy and climate action ever, which can be summarized as follows:
>   - ○ $220-372 billion in energy; $67-183 billion in manufacturing; $28-48 billion in building retrofits and energy efficiency; $33-436 billion in transportation; $22-26 billion in environmental justice, land use, air pollution reduction and resilience; and $3-21 billion in agriculture

**Personnel**

- Gerry Conway, EVP/General Counsel, Plug Power

- Erin Lane, VP Public Affairs, Plug Power

- Don Boyajian, Director Government Affairs & Counsel

- The IRA includes many credits and provisions potentially relevant to Plug and the hydrogen industry. Including, but not limited to:
  - ○ Section 48 Investment Tax Credit for Qualified Fuel Cell Properties and Energy Storage Technology; Section 48E Clean Electricity Investment Credit; Section 45X Clean Fuel Production Credit; and the Section 45V Clean Hydrogen Production Tax Credit.

- The IRA can be transformative in enabling the U.S. to meet its climate goals, strengthen energy security, invest in America to create good-paying jobs, and reduce energy costs for families. These impacts are already being observed across the nation.



2

IRA impact

# Inflation Reduction Act – Year in Review

According to the White House, just twelve months after the law was signed, the IRA is already having a significant impact on American workers and families and is delivering for underserved communities that have historically been underrepresented:

- Investments in clean energy and climate since the IRA was signed into law have created more than 170,000 jobs and is projected to create more than 1.5 million additional jobs over the next decade.

- The private sector has announced more than $110 billion in new clean energy manufacturing investments.

- Public and private sector investments driven by the IRA and the Bipartisan Infrastructure Law (BIL) are expected to reduce greenhouse gas (GHG) emissions by approximately 1 billion tons in 2030, by up to 41 percent below 2005 levels.

- Together with additional actions being taken by federal, state, and local governments as well as the private sector, the U.S. is on a path to achieve the ambitious goal of reaching net-zero emissions by no later than 2050.

- Department of Energy (DOE) found that the IRA and BIL are driving significant new clean electricity generation, enabling the U.S. to potentially reach 80 percent clean electricity by 2030.



3

Section 45V PTC

# Section 45V Clean Hydrogen Production Tax Credit

- Congress enacted the Section 45V Clean Hydrogen Production Tax Credit ("PTC") as part of the IRA in August 2022. The PTC affords taxpayers a credit of up to $3.00 per kilogram of hydrogen produced for sale or use, with credit amounts decreasing as the carbon intensity of hydrogen production increases.

- The credit is agnostic to hydrogen production pathways, as Congress' goal of enacting the PTC was to quickly scale clean hydrogen production by driving cost parity with incumbent, carbon-intensive technologies.

- To achieve the full $3.00/kg PTC, taxpayers must demonstrate a hydrogen production carbon intensity less than 0.45 kg of CO2e per kg of hydrogen. The amount of the credit is also dependent upon the ability of a taxpayer to satisfy certain prevailing wage and apprenticeship labor provisions.

- The new 45V PTC is available for a ten-year period after a clean hydrogen production facility is placed in service. The facility must begin construction before 2033.

| Carbon Intensity (CO2e) per kg H2 | Maximum Credit Amount per kg H2 |
|---|---|
| Greater than 4 kg | $0.00 |
| 2.5-4 kg | $0.60 |
| 2.5-1.5 kg | $0.75 |
| 1.5-0.45 kg | $1.00 |
| **Less than 0.45 kg** | **$3.00** |



4

Section 45V PTC potential

# IRA Implementation Updates

- The White House and U.S. Department of Treasury, in consultation with the U.S. Department of Energy and Environmental Protection Agency (as applicable) are still in process of publishing implementation guidance and regulations.  Relevant updates include:

  - Section 48 ITC updates: Prevailing Wage and Apprenticeship (PWA), Domestic Content, and Energy Communities guidance and draft rules published.  Awaiting further guidance, finalization of PWA draft rule, and clarification on energy storage technology ITC (which explicitly references hydrogen).

  - Section 45V Clean Hydrogen Production Tax Credit.  Awaiting guidance, anticipated by end of 2023. Among other key areas, substantial advocacy regarding the calculation of "lifecycle greenhouse gas emissions."

  - Section 45X Advanced Manufacturing Production Credit. Awaiting guidance in entirety.



As a first mover in the clean hydrogen space, Plug has been well-positioned to provide valuable insight to policymakers through these processes.

5





**Plug Symposium Breakout Room:**

# Updates on the U.S. Regional Clean Hydrogen Hubs (H2Hubs) Program

Erin Lane, VP Public Affairs, Plug
Gerry Conway, EVP/General Counsel, Plug
John Lochner, NYSERDA
Mitch B. Carmichael Cabinet Secretary, WV Dept. of Economic  Development

October 11, 2023

Copyright 2023, Plug Power Inc.

Personnel and context

# Overview of personnel and context for this breakout discussion

| Personnel | Context |
|---|---|



**Personnel**

- Gerry Conway, EVP/General Counsel, Plug Power

- Erin Lane, VP Public Affairs, Plug Power

- John Lochner, VP Innovation NYSERDA

- Mitch Carmichael, Cabinet Secretary, WV Department of Economic Development



**Context**

- The Bipartisan Infrastructure Law (BIL) is a once-in-a-generation investment, designed to modernize and upgrade American infrastructure to enhance U.S. competitiveness, drive the creation of good-paying union jobs, tackle the climate crisis, and ensure stronger access to economic, environmental, and other benefits.

- The BIL appropriates more than $62 billion to the DOE to invest in American manufacturing and workers; expand access to energy efficiency; deliver reliable, clean and affordable power to more Americans; and deploy the technologies of tomorrow through clean energy demonstrations.

- The H2Hubs effort is expected to catalyze investment in the development of H2Hubs that demonstrate the production, processing, delivery, storage, and end-use of clean hydrogen, in support of the Biden Administration's goal to achieve a carbon-free electric grid by 2035 and a net zero emissions economy by 2050.

- The H2Hubs initiative is set to establish the cornerstone of a crucial nationwide clean hydrogen infrastructure, playing a pivotal role in cutting emissions and achieving decarbonization across various sectors of the economy.

- Matching the scale-up of clean hydrogen production to a growing regional demand is a pathway to achieving large-scale, commercially viable hydrogen ecosystems.

- This is expected to accelerate the deployment of these technologies and enabling infrastructure, attract greater investments from the private sector, and promote substantial U.S. manufacturing of numerous hydrogen related technologies.

2

H2Hubs program outline

# Regional Clean H2Hubs Program Outline

- Notice of Intent issued June 6, 2022. Final applications were due April 7, 2023.  Selection notifications anticipated for fall 2023.  Award negotiations expected through winter 2023 and into 2024.

- The BIL established the definition of a "regional clean hydrogen hub" as "a network of clean hydrogen producers, potential clean hydrogen consumers, and connective infrastructure located in close proximity" that:
    o Demonstrably aid the achievement of the clean hydrogen production standard;
    o Demonstrate the production, processing, delivery, storage, and end-use of clean hydrogen; and
    o Can be developed into a national clean hydrogen network to facilitate a clean hydrogen economy.

- Statutory provisions require that to the maximum extent practicable, DOE select proposals covering characteristics of:
    o Feedstock diversity – at least one H2Hub shall demonstrate the production of clean hydrogen from fossil fuels, one H2Hub from renewable energy, and one H2Hub from nuclear energy.
    o End-use diversity – at least one H2Hub shall demonstrate the end-use of clean hydrogen in the electric power generation sector, one in the industrial sector, one in the residential and commercial heating sector, and one in the transportation sector.
    o Geographic diversity – each H2Hub shall be in a different region of the country and shall use energy resources that are abundant in that region, including at least two H2Hubs in regions with abundant natural gas resources.

- The U.S. Department of Energy (DOE) initially envisioned funding 6-10 hubs at around $6-7 billion, reserving the remaining $1-2 billion for future hub launches and/or "supporting activities" such as the demand-side incentive.
    o Each hub is expected to be funded at a minimum of $400-500 million and a maximum range of $1million to $1.25 billion with a 50% non-federal cost share
    o Execution of full project is expected over 8-12 years
    o Ongoing project funding to be evaluated through four phases, each with go/no-go criteria to advance

plug

3

H2Hubs final applications

# Regional Clean H2Hubs Final Application Landscape

DOE received 79 concept papers, of which 33 were encouraged to submit full applications.

Out of the 33 encouraged to apply, 20 hubs confirmed submission of a final application.[1]





[1] https://www.spglobal.com/commodityinsights/en/market-insights/latest-news/energy-transition/041823-at-least-20-hubs-submitted-final-applications-for-us-hydrogen-hub-funding

4

H2Hubs program phases

# Regional Clean H2Hubs Program Phases

| | ★ Initial Application  ◇ Go/No-Go Decisions | Application | ★ Phase 1: Detailed Plan | ◇ Phase 2: Develop, Permit, Finance | ◇ Phase 3: Install, Integrate, Construct | ◇ Phase 4: Ramp-Up & Operate |
|---|---|---|---|---|---|---|
| | | Pre - DOE funding | Up to $10M DOE Funding, Non-Federal Cost Share ≥ 50%, 12-18 Months | TBD DOE Funding, Non-Federal Cost Share ≥ 50%, 2-3 Years | TBD DOE Funding, Non-Federal Cost Share ≥ 50%, 2-4 Years | TBD DOE Funding, Non-Federal Cost Share ≥ 50%, 2-4 Years |
| **Engineering, Procurement, Construction, Operations** | | • Conceptual Design • Technical Readiness • Project Schedule • Total Project Cost Estimate | • Engineering & Design Documents • Technical Maturation Plans • Integrated Project Schedules | • Mature Engineering & Design • Technical Risk Management • Execution ready schedule & cost estimate, PM Tools • Operations Plan | • Ongoing execution reporting • Interim Go/No-Go reviews | • Ongoing performance Reporting • Technical risk updates, tracking • Final TPC accounting |
| **Business Development & Management** | | • Business Strategy • Team Description • Workforce Plan • Finance Plan • Market potential analysis | • Project Management Plan • Risk Management Plan • Financial modelling • Site selection | • Finalized project structure, management, financing • Ongoing risk management • Final legal, workforce, procurement agreements • Feedstock & Offtake Plans | • Ongoing execution reporting • Ongoing risk management | • Updated financial analyses • Revised growth plans • Updated Risk Management |
| **Permitting & Safety** | | • Safety history/culture description • Regulatory approval timeline overview | • Initial Hydrogen Safety Plan (HSP) & Site Safety Plan • Physical, Information, Cyber Security Plans • Environmental & Regulatory preparations | • Execution ready HSP and security plans • Permits & approvals in place for construction | • Ongoing permit, environmental, safety reporting • Permits & approvals in place for operations | • Ongoing permit, safety, and security reporting |
| **Community Engagement & Impacts** | | • Initial Equity Plan addressing community engagement, Justice40, community consent or benefits agreements, job quality, workers rights, etc. | • Stakeholder engagement and Community Consent or Benefits Agreement drafts | • Finalized Equity Plan, Agreements • Community development targets identified, tracking plans | • Ongoing reporting on Equity Plan activities | • Revised community engagement plans for operations • Ongoing reporting and evaluation |
| **Technical Data & Analysis** | | • Lifecycle Analysis • Techno-economic Analyses | • Project Production Model • Updated Lifecycle and Technoeconomic Analysis | • Final Lifecycle & Technoeconomic Analyses • V&V and Project Completion Testing Plans | • Periodic analyses updates • V&V data collection • Project completion testing and performance ramp V&V | • Validated performance model • Finalize lifecycle and technoeconomic analyses • Dissemination of analyses, lessons learned |



Completed

1    DE-FOA-0002779_Regional_Clean_Hydrogen_Hubs_Funding_Opportunity_Announcement_MOD_000002_

5



Green Hydrogen at Work™







**Plug Symposium Breakout Room:**

# Vertical Integration through JV's and MOU's

Keith Schmid, EVP, Special Projects



October 11, 2023

Copyright 2022, Plug Power Inc.

# Partnerships Enabled By Plug Technology Accelerate Regional Hydrogen Ecosystems



## The Right Fit

| Market Knowledge & Access | Scale | Complementary Skills | Influence Public Policy | Local Supply Chain | Cultural Fit |






| Leading Global Automotive Manufacturer | Leader in hydrogen solutions and fuel cells |
|---|---|
| Electrified Light Commercial Vehicle Platforms | Proven Technology 1B+ hours of operation |
| Established Sales and Service Network | Blue Chip Fleet Customer Base |
| Automotive Supply Chain | Vertically Integrated in Core Fuel Cell Technology |
| High Volume Automated Manufacturing Plants | High Volume Fuel Cell Gigafactory for Scale |








First Generation Commercially Available
Pilot Deployments Underway
Second Generation Vans in Validation Testing
High Volume New Master Van Platform anticipated in 2025

# Primary Business Focus



SK E&S LH2 Production Plants
- 90 tons/day planned 2024
- 250 tons/day planned 2026







## Hyverse HRS Network

### Largest LH2 Based Refueling Network in Korea



29 Stations in Network
Initial Stations Online 2023
15-20 projected in 2024
Balance in 2025







| | |
|---|---|
| **Electrolyzers:** | 1MW approved (KGS) for Korean market<br>5MW  KGS modifications in process<br>Pipeline developing |
| **Stationary:** | Localizing MW scale stationary<br>Targeting  Power Generation Market 50-200MW |
| **Material Handling:** | MOU's signed with key logistics players<br>GenDrive units in local test and certification process |
| **Cryotech:** | LH2 storage and trailers shipping Q4 for H2 network |









| Fully Staffed and Operational |
| First Plant projected to be online Q4 2024/Q1 2025 |
| Plant Colocated with Acciona Wind/Solar Field in North of Spain. Capable of Scaling to 50MW |
| 4GW Pipeline: >1 GW (8 Projects) in Advanced Stage 3.0 GW in Early Stage |



Green Hydrogen at Work™



**Plug Symposium Breakout Room:**

# Ramping Manufacturing and Supply Chain

Dave Mindnich, EVP Global Manufacturing
Brandon Snyder, SVP, Integrated Supply Chain

October 11, 2023

Copyright 2023, Plug Power Inc.

# Flagship Facilities

## Vista Manufacturing

2023
- GenDrive & Stationary

2024
- GenDrive & Stationary
- ProGen and GenFuel integration

2025 → EOY 2030 Ramp Targets
- GenDrive → 80K per annum
- Stationary → 500 per annum
- ProGen → 20K per annum
- GenFuel → 250 per annum



## Rochester Innovation Center

2023
- Coating
- Stack – 1MW, FC High Power

2024
- Transition of LC and AC Stack
- Transition balance of ELX product

2025 → EOY 2030 Ramp Targets
- 2.5GW → 5GW → 5GW+ ELX
- 200K+ FC Stack per annum

# ELX System Assembly and Fabrication Strategy

Global Expansion

Operational Flexibility

Integration of New Technology
- Propriety licensing agreements
  - Power Electronics, DeOxo, Diffusion Bonding

Co-investment with Alpha ECC (Vietnam)

Vertical integration planning on-going





# Plug's Current Fabricators



# Building Blocks For Expansion



Line layout designed to add volume to facility



5

# Stationary – Expansion and Industrialization

## Supply Chain
- Supply Chain Diversification
  - Both with Suppliers and Regionality
- Cost Maturity → Increased Gross Margin

## Manufacturing
- Expansion to 12 Build Bays
- In Process Inspection
- In Process Testing
- Automated Factory Acceptance Testing
- 24/7 Flex Labor Model
  - Utilize 168 hrs. In week before adding capital investment







Green Hydrogen at Work™



**Plug Symposium Breakout Room:** Hydrogen: Fact and Fiction

# A level setting discussion regarding hydrogen leakage, safety, and similar topics

Tim Cortes, CTO
Dr. Luke Wentlent, Principal R&D Engineer

October 11, 2023

Copyright 2023, Plug Power Inc.

# Hydrogen Therapy: Facts vs Fiction

There is a significant amount of misinformation circulating around the world regarding hydrogen...



Does hydrogen make sense?

Is hydrogen dangerous?

Does hydrogen leak?

Is hydrogen safe?

Is hydrogen toxic?

Is hydrogen flammable?

How much water does hydrogen use?

Is hydrogen explosive?



2

# They Said It Best…



# Real Benefits of Hydrogen

Hydrogen an energy carrier with a unique combination of characteristics, properties, and flexibility.
It is no surprise that it is widely recognized as essential to realizing society's decarbonization efforts.

Why is hydrogen so critical to decarbonization?

    

| Zero Emissions | Produces Clean Fuel and Power | Flexible | Safety | Industrial Feedstock |
| --- | --- | --- | --- | --- |
| Electrolyzers and renewable power can produce hydrogen with zero emissions (0 kg-$CO_2$/kg-$H_2$) | | Hydrogen is a flexible energy carrier that can be stored or moved as a liquid or gas | Hydrogen is non-toxic, environmentally safe, and has a better safety track record than any fossil fuel used today | Clean hydrogen can be used as a feed stock to decarbonize critical chemical sectors (i.e., ammonia, steel) |



4

# Hydrogen is critical to enable decarbonization.



Hydrogen is a critical component of large scale decarbonization, particularly in hard-to-abate industries.



# Market Adoption for Each End Use Sector....



Interpolated baseline demand curves by end-use sector

Impact



1. Logistic function (A+(A+B)/1+C/x)^n) is applied where A=forecasted minimum demand, B=forecasted maximum demand, x=individual year, n=curvature number
2. Threshold calculated based on the smallest project with 2025 Commercial Operation Date, Niagara Liquid Green Hydrogen (~6 ktpa); demand for each end-use is then assumed to pick up after it exceeds ~10x the size of this smallest viable hydrogen project
3. Ammonia demand for 2040 is adjusted up to account for 35% of total green hydrogen demand across end uses for curve fitting

Source: Plug Power analysis, DOE Liftoff report, National Hydrogen Strategy & Roadmap (https://www.hydrogen.energy.gov/docs/hydrogenprogramlibraries/pdfs/us-national-clean-hydrogen-strategy-roadmap.pdf)

6

# Let's break some myths

## Hydrogen Safety

### The Myth:
Hydrogen is unsafe compared to existing fuels due to its various chemical properties and features (highly flammable, ignites easily, cryogenic/high pressure storage, etc).

## Hydrogen Leakage

### The Myth:
Hydrogen will leak more than natural gas (i.e. in pipelines) because it is a smaller molecule.

## Water Usage

### The Myth:
Electrolysis requires and wastes large amounts of water, far more than conventional power generation using natural gas.



# Hydrogen Safety

**The Myth:** *Hydrogen is unsafe compared to existing fuels due to its various chemical properties and features (highly flammable, ignites easily, cryogenic/high pressure storage, etc).*

## THE FACTS

**Toxicity**

Hydrogen is **non-toxic, not poisonous,** and will not contaminate ground water[1,3].

**Density**

**$H_2$ is 8x lighter than natural gas[1,3].**
- For a specific unit of energy, $H_2$ weighs 64% less than gasoline and 61% less than natural gas
- $H_2$ is 14.4 times lighter than air and 57x lighter than gasoline vapor.

**Diffusivity**

**Hydrogen is the most diffusive fuel available.**
- Hydrogen is 4x more diffusive than natural gas and 11x more diffusive than gasoline fumes[1,4,5].

**Flammability**

**4x the concentration of gasoline is required to get flammability of $H_2$[2,4,5].**
- $H_2$ disperses 11x faster than gasoline in ambient conditions
- Hydrogen flames have lower radiant heat than those from a burning hydrocarbon

**Ignition Energy**

At 4-10% concentrations (what would be seen during a leak), **the ignition energy of $H_2$ is comparable to natural gas[4,5].**
- At these concentrations, a typical static shock would be able to ignite not just hydrogen but also methane, propane, gasoline, and hydrogen
- Hydrogen cannot ignite on its own, an oxidizer must be present.



## MYTH BUSTED

Based upon any metric, **hydrogen is no more or less dangerous than any other fuel currently used today.** If anything, it is far safer.

| Toxicity | Hydrogen | Natural Gas | Petrol |
|---|---|---|---|
| | None | Some | High |
| Buoyancy (relative to air) | 14x lighter | 2x lighter | 3.75x heavier |
| Flammability in air, vol% | 4-74% | 5.3-15% | 1.4-7.6% |
| Detonability in air, vol% | 19.3-59.0 | 5.3-15 | 0.8-8.1 |
| Flame Temperature (C°) | 2045 | 1875 | 1977 |
| Explosion Limits (in air) vol% | 18.3-59.0 | 5.7-14.0 | 1.1-3.3 |
| Stoichiometric Mixture (most easily ignited in air) | 29% | 9% | 2% |

# Hydrogen Leakage

**The Myth:** Hydrogen will leak more than natural gas when used in the existing natural gas infrastructure (i.e. pipelines) because it is a smaller molecule.

**THE FACTS:** Swain & Swain studied two types of leaks in their study, one's common to low-pressure piping and large atypical leaks (not commonly observed)[1,2]. Most of the discussion and conclusions focused on the atypical leaks, which are not representative of in-service conditions.

| | |
|---|---|
| Initial Study Results were Overlooked | Swain & Swain (1992) also presented data that in **realistic sized leaks, natural gas and $H_2$ will leak at the same rate**[1]. |
| Existing NG Infrastructure is Perfectly Compatible | Multiple experimental efforts over the past decade have shown that **$H_2$ does not preferentially leak from typical low-pressure NG piping** when mixed in a blend[2,3,4,5]. |
| Mechanisms are Over Simplified | **Saying $H_2$ molecules are smaller so they will leak faster is a gross oversimplification.** Molecular dynamic analyses have shown it is a far more complex mechanism ultimately resulting in the same net leakage rate[1,3]. |



## MYTH BUSTED

**In realistic conditions, $H_2$ leaks no different than natural gas.**

Change in pressure vs time of various gas mixtures for a fixed low-pressure piping configuration.



9

# Water Usage

## The Myth: Electrolysis requires and wastes large amounts of water, far more than conventional power generation using natural gas.

## THE FACTS: All power generation techniques (fossil and hydrogen-based) require water.



| Water Consumption (gal/kWh produced) | | Uses for Water |
|---|---|---|
| 0.24 | Combined Cycle Gas Turbine (CCGT) | 1. Natural Gas Production 2. Power Plant Cooling |
| 0.25 | ELX with Fuel Cells | 1. Electrolyzer $H_2$ Production Process |
| 0.31 | ELX & $H_2$ Combustion | 1. Electrolyzer $H_2$ Production Process 2. Power Plant Cooling |

Learn even more at https://www.plugpower.com/water-electrolysis-powering-the-world-with-green-hydrogen/!
**Electrolyzers and Water: Saving Water, Powering the World with Green Hydrogen** – blog by Plug's Dr. Thomas I. Valdez, Principal Engineer for Office of the Chief Technology Officer

## MYTH BUSTED

Considering the full lifecycle (from production to power generation), **electrolysis generation and fuel cell utilization consume the same amount of water as the natural gas CCGT power plants in use today.**



10



Green Hydrogen at Work™

# References

**Slide 8**
1. **United States Department of Energy Office of Energy Efficiency and Renewable Energy.** Fact Sheet Series. *"Hydrogen Safety".* 2020.
2. **Shapiro, Z.M.; and Moffette, T.R.;** *"Hydrogen Flammability Data and Application to PWR Loss-Of-Coolant Accident"* Westinghouse Electric Corp. 1957
3. **International Chemical Safety Card,** *"Hydrogen".* Inchem.org/documents/icsc/eics0001.htm. July 7, 2022.
4. **Yang, J.M.** *"An Improved Analytical Approach to Determine the Explosive Effects of Flammable Gas-Air Mixtures".* Lawrence Livermore National Laboratory. UCRL-TR-217005. 2005
5. **Coward, HF and Jones,** GW (1952). *Limits of flammability of gases and vapors,* Bulletin 503, Bureau of Mines, p. 155.
6. **Schroeder, V and Holtappels, K** (2005*). Explosion characteristics of hydrogen-air and hydrogen-oxygen mixtures at elevated pressures.* 1st International Conference on Hydrogen Safety, Pisa, Italy
More references available upon request

**Slide 9**
1. **Swain, M.R.; Swain, M.N.,** *"A Comparison of H2, CH4, and C3H8 Fuel Leakage in Residential Settings".* **Int. Journal of Hydrogen Energy. Vol 17. No 10. pp 807-815, 1992.**
2. **Swain MR, Shriber J.** *Comparison of hydrogen, natural gas, liquified petroleum gas, and gasoline leakage in a residential garage.* **Energy Fuels 1998;12:83e9.**
3. **Meija, A.; Brouwer, J.; & Kinnon, M.M.;** *Hydrogen Leaks at the Same Rate as Natural Gas in Typical Low-Pressure Gas Infrastructure.* **International Journal of Hydrogen Energy. 45 (2020) 8810-8826**
4. **Ge X, Sutton WH.** *Analysis and test of compressed hydrogen interface leakage by commercial stainless steel (NPT) fittings.* **SAE Tech Pap 2006:2006-01-0130.**
5. **Qi Y, Meng X, Mu D, Sun Y, Zhang H.** *Study on mechanism and factors affecting the gas leakage through clearance seal at nano-level by molecular dynamics method.* **Energy 2016;102:252e9.**

**Slide 10**
1. **Tidwell, V. & Moreland, B**. *Mapping Water Consumption for Energy Production Around the Pacific Rim.* Sandia National Laboratories. 2016.
2. **Energy Technology Innovation Policy Research Group.** *Water Consumption of Energy Resource Extraction, Processing, and Conversion.* Harvard Kennedy School Belfer Center. October 2010
3. **Seebregts, A.J.** *Gas Fired Power.* IEA Energy Technology Systems Analysis Programme Technology Brief E02. April 2010.



12



**Plug Symposium Breakout Room:** Global Service and Cost Leverage

# Leveraging Scale and System Performance Improvements for the Hydrogen Economy

Chris Suriano, EVP, Service

October 11, 2023

Copyright 2023, Plug Power Inc.

# Plug Service: Delivering Hydrogen Ecosystem

**Mission:** Provide world class lifecycle service across all Plug products delivering the hydrogen ecosystem to our customers and the world.



15 Years of Fuel Cell Service & H2 System Maintenance

1 Billion+ Fuel Cell Operating Hours

50K - Fuelings Per Day
- 80,000,000 Fills and
- 45,000,000 kilograms

700+ Dispensers in Operation

99.0% Avg Fleet Availability in 2023

292 - Global Customer Locations
- Fuel Cells – Motive & Stationary
- Liquid Hydrogen
- Gaseous Hydrogen
- Electrolyzer
- 100+ Hydrogen Projects / Year

3 - Global Operations Centers
- New York
- Ohio
- Germany

# Three Elements to Service Cost Performance







**Global Scale & Leverage**

Platforms and Skillset enable growth

Lower cost of entry to new markets

Fleet revenue opportunities

**System Life**

Increased stack power density

Stack MEA longevity

Reliability and durability improvements

**Per Unit Costs**

Total lifecycle cost management

Sustainable remanufacturing

Technical labor efficiency



3

# Global Platforms & Skillsets for Hydrogen Economy

Existing network and experience in system technologies allows for
profitable and low cost of entry service offerings



Fuel Cell
Applications

Common Skill Sets

Electrolyzer &
Hydrogen Systems



Fleet
Monitoring
&
Diagnostics

Safety          Quality

Global
Operations

Global
Hydrogen &
Fuel Cell
Expertise

Service
Engineering

Efficiency

Regional
Customer
Execution



4

# System Life - Stack Innovations drives Service Cost



**Fuel Cell Stack Technology Innovation reduces Service Lifecyle Cost**

Power density increases stack life in existing and new equipment

Fleet optimization and balance of plant upgrades enhance system performance

New platform releases enables service cost down acceleration

## Per unit Lifecycle Costs
Operations Leverage and Lifecycle material management



### Density of customer fleet
Operations and Labor Efficiency

## Sustainable Remanufacturing
Extending Material Life





Repair vs Replace
Recycled Material

## Breadth of service offerings enable profitable growth

| Product Delivery & Site Installation | 24/7 Technical Support, Monitoring & Diagnostics (M&D) |
| --- | --- |
| Commissioning & Customer Training | Warranty & Guarantees |
| Maintenance (Planned & Unplanned) | Spare Parts & Consumables |

6

